**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

Mondaire Jones, Alessandra Biaggi, Chris Burdick,
Stephanie Keegan, Seth Rosen, Shannon Spencer,
Kathy Rothschild, Diana M. Woody, Perry Sainati,
Robert Golub, Mary Winton Green, Marsie Wallach,
Matthew Wallach, Mac Wallach, Carol Sussman, and
Rebecca Rieckhoff, individually, and on behalf of
All others similarly situated,

                    Plaintiffs,

              -against-

United States Postal Service, Louis DeJoy, as
Postmaster General of the United States Postal
Service; and Donald J. Trump, as President of
the United states.

                Defendants.
-------------------------------------------------------------------------X

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

Docket No.: 20-CV-6516

**AFFIDAVIT**

Atty.:

Cohen & Green
By: J. Remy Green, Esq.
1639 Centre St. Suite 216
Ridgewood, N.Y. 11385

BYRAN MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 20, 2020, at 11:55AM, at 86 Chambers Street, 3RD Floor, New York, N.Y. 10007, deponent
served the **SUMMONS AND COMPLAINT, with EXHIBITS, Civil Case Cover Sheet, Related Case Statement,
Letter Motion for Briefing Schedule,** Upon **United States Postal Service**, one of the defendants herein
named.

**BUSINESS/CORP.:** By delivering thereat a true copy personally to Lisa Ahearn, a person of suitable age and
discretion. Person served identified herself as the Civil Clerk Supervisor, and is authorized to accept service
on their behalf.

**DESCRIPTION:** Deponent further states that he describes the person actually served as follows:
Gender: Female; Race/Skin: White; Hair: Grayish-Brown; Approx. Age: 53; Approx. Height: 5'7"; Approx.
Weight 165lbs.; Glasses.

Sworn to and before me
On 8/21/2020

*Joseph K. Eady*

JOSEPH K. EADY
Commissioner of Deeds
City of New York, No. 3-3593
Certificate Filed in Bronx County
Commission Expires Nov. 1, 2020

Byran Mc Elderry
Lic # 869802

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Mondaire Jones, Alessandra Biaggi, Chris Burdick,
Stephanie Keegan, Seth Rosen, Shannon Spencer,
Kathy Rothschild, Diana M. Woody, Perry Sainati,
Robert Golub, Mary Winton Green, Marsie Wallach,
Matthew Wallach, Mac Wallach, Carol Sussman, and
Rebecca Rieckhoff, individually, and on behalf of
All others similarly situated,

                            Plaintiffs,

                 -against-

United States Postal Service, Louis DeJoy, as
Postmaster General of the United States Postal
Service; and Donald J. Trump, as President of
the United states.

                       Defendants.
-------------------------------------------------------------------X

Docket No.: 20-CV-6516

**AFFIDAVIT**

Atty.:

Cohen & Green
By: J. Remy Green, Esq.
1639 Centre St. Suite 216
Ridgewood, N.Y. 11385

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 20, 2020, at 11:55AM, at 86 Chambers Street, 3RD Floor, New York, N.Y. 10007, deponent served the **SUMMONS AND COMPLAINT, with EXHIBITS, Civil Case Cover Sheet, Related Case Statement, Letter Motion for Briefing Schedule,** Upon **Louis DeJoy c/o United States Postal Service,** one of the defendants herein named.

**SUITABLE AGE**: By delivering thereat a true copy personally to Lisa Ahearn, a person of suitable age and discretion. Person served identified herself as the Civil Clerk Supervisor, and is authorized to accept service on his behalf.

**DESCRIPTION**:   Deponent further states that he describes the person actually served as follows: Gender: Female; Race/Skin: White; Hair: Grayish-Brown; Approx. Age: 53; Approx. Height: 5'7"; Approx. Weight 165lbs.; Glasses.

Sworn to and before me
On 8/21/2020

*Joseph K. Eady*

JOSEPH K. EADY
Commissioner of Deeds
City of New York, No. 3-3593
Certificate Filed in Bronx County
Commission Expires Nov. 1, 2020

*Byran McElderry*
Byran Mc Elderry
Lic # 869802

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
Mondaire Jones, Alessandra Biaggi, Chris Burdick,
Stephanie Keegan, Seth Rosen, Shannon Spencer,
Kathy Rothschild, Diana M. Woody, Perry Sainati,
Robert Golub, Mary Winton Green, Marsie Wallach,
Matthew Wallach, Mac Wallach, Carol Sussman, and
Rebecca Rieckhoff, individually, and on behalf of
All others similarly situated,

                Docket No.: 20-CV-6516

            Plaintiffs,

        -against-                **AFFIDAVIT**

                                    Atty.:

United States Postal Service, Louis DeJoy, as
Postmaster General of the United States Postal
Service; and Donald J. Trump, as President of
the United states.                    Cohen & Green
            Defendants.             By: J. Remy Green, Esq.
-------------------------------------------------------------------------X  1639 Centre St. Suite 216
STATE OF NEW YORK: COUNTY OF NEW YORK ss:    Ridgewood, N.Y. 11385

BYRAN MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 20, 2020, at 11:55AM, at 86 Chambers Street, 3RD Floor, New York, N.Y. 10007, deponent
served the **SUMMONS AND COMPLAINT, with EXHIBITS, Civil Case Cover Sheet, Related Case Statement,
Letter Motion for Briefing Schedule, Upon Donald J. Trump, President of the United states of America,**
one of the defendants herein named.

**SUITABLE AGE**: By delivering thereat a true copy personally to Lisa Ahearn, a person of suitable age and
discretion. Person served identified herself as the Civil Clerk Supervisor, and is authorized to accept service
on his behalf.

**DESCRIPTION**:   Deponent further states that he describes the person actually served as follows:
Gender: Female; Race/Skin: White; Hair: Grayish-Brown; Approx. Age: 53; Approx. Height: 5'7"; Approx.
Weight 165lbs.; Glasses.

Sworn to and before me
On 8/21/2020

*Joseph K. Eady*                                   *Byran Mc Elderry*
                                             Byran Mc Elderry
            JOSEPH K. EADY                      Lic # 869802
        Commissioner of Deeds
       City of New York, No. 3-3593
      Certificate Filed in Bronx County
    Commission Expires Nov. 1, 2020

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

Jones, et al.,
*individually, and on behalf of all others similarly situated,*
                                                    Plaintiffs,          Docket No. 20-cv-6516-VM

                v.

United States Postal Service, et al.,          **DECLARATION OF MICAH PRUSSACK**
                                                    Defendants.

STATE OF NEW YORK            )
                            ) ss.:
COUNTY OF KINGS             )

I, Micah Prussack, being duly sworn, depose and say:

1. I am a paralegal for Plaintiffs' firm in this matter, and I base the below information on my

personal knowledge.

2. On August 20, 2020 at approximately 1:00 p.m., I mailed true copies of the following

documents filed in this matter onto defendants':

   a. Complaint, with Exhibits

   b. Civil Case Cover Sheet

   c. Related Case Statement

   d. Summons

   e. Letter Motion for Briefing Schedule

3. I sent the above documents by certified mail, by placing said copies in an official depository

of the United States Postal Service, and addressing the envelopes as follows:

   a. Donald J. Trump
      President of the United States of America
      c/o the White House
      1600 Pennsylvania Ave. NW
      Washington, DC 20500

   b. United States Postal Service
      475 Enfant Plaza, SW
      Washington, D.C. 20260

   c. Louis DeJoy, c/o

1

United States Postal Service
475 Enfant Plaza, SW
Washington, D.C. 20260

d.  Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue,
NW Washington, DC 20530-0001


As permitted in 28 U.S.C § 1746, I, Micah Prussack, declare that, under penalty of perjury that the foregoing is true and correct.

Executed On:  August 20, 2020

_____
Micah Prussack