# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mondaire Jones, et al., *individually, and on behalf of all others similarly situated,*<br><br>   Plaintiffs,<br>   v.<br><br>United States Postal Service, et al.,<br>   Defendants. | Docket No. 20-cv-6516-VM<br><br>**DECLARATION OF<br>J. REMY GREEN** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF KINGS      )

I, J. Remy Green, being duly sworn, depose and say:

1. I am counsel for Plaintiffs and the putative class, and I make this declaration to place certain documents in the record.

2. Attached as Exhibit 1 are true copies of excerpts from a transcript of Postmaster DeJoy's testimony to the House Oversight Committee, as required by the Court's Individual Practice II(E)(2). A full video of the Postmaster's testimony is also available at https://www.c-span.org/video/?474917-1/house-oversight-commttee-hearing-postal-service-operations-mail-voting.

3. Attached as Exhibit 2 is a true copy of an August 12, 2020 "PMG Briefing" on "Service Performance Measurement."

4. Attached as Exhibit 3 is a true copy of an August 31, 2020 letter from Postmaster DeJoy to the House Oversight Committee and the attachments to that letter.

5. Attached as Exhibit 4 is a true copy of an email dated August 18, 2020, referenced during Postmaster DeJoy's House testimony.

1

6. Attached as Exhibit 5 is a graphic that overlays a Washington Post graphic (Complaint ¶ 90) with a heatmap-type graphic (e.g., of the results of the 2016 Presidential Election.

7. Attached as Exhibit 6 is a true copy of a chart prepared and filed in *Vote Forward v. DeJoy*, 20-cv-2405-EGS (D.D.C.).

8. Attached as Exhibit 7 is a true copy of a July 29, 2020 letter from the American Postal Workers Union initiating a formal grievance.

As permitted in 28 U.S.C § 1746, I, J. Remy Green, declare, under penalty of perjury, that the foregoing is true and correct.

Executed On: September 2, 2020

_____
J. Remy Green