Aug. 21, 2020 Revised Final

# Senate Homeland Security and Governmental Affairs Committee Holds Hearing on USPS Operations During COVID-19 and the Elections

## LIST OF PANEL MEMBERS AND WITNESSES

JOHNSON:

Good morning. This hearing will come to order. I want to start by thanking Postmaster General DeJoy first for making himself available on such short notice and second, for taking on the very thankless task of trying to maintain the United States Postal Service as a financially viable entity.

Unfortunately, he has found out over the last few weeks that not only is it a thankless task but he has already been subjected to character assassination as Democrats have put him in the crosshairs of another hyperbolic false narrative perpetrated to gain political advantage. I hope we can stick to the facts in this hearing today.

One fact that needs to be highlighted to refute one part of the false narrative is that the postmaster general was not appointed by President Trump. The bipartisan postal board of governors engaged in a a professional search firm that identified Louis DeJoy as an outstanding candidate with the necessary background and skill set to tackle the enormous challenges facing the postal system. The bipartisan governors then unanimously--again, let me repeat that, they unanimously approved his appointment as postmaster general.

Mr. DeJoy reports to the board not to the president. Another false narrative that is provide another false narrative is that a failure to provide funding to the Postal Service will undermine the election. The Postal Service currently has $15.1 billion in cash on hand following a better than expected financial performance during the pandemic.

Due to a surge in package delivery rather than being down the Postal Services revenue is actually $1.5 billion higher this year than during the same period last year. As said the long-term financial reality of

the postal system is bleak and has been bleak for years. The main reason is that first-class mail volume has declined dramatically with the advent of the Internet.

Because the postal system is constrained by a host of legislative requirements it does not have the flexibility a private sector entity would have to deal with the dramatic reduction in the demand for its products.

Now in a perfect world the postal system would have funded its long-term pension retired healthcare liabilities as they were incurred. Because they didn't those unfunded liabilities now total $120 billion. Unfortunately the 2006 postal reform bill did not ensure long-term financial viability and in this attempt to address the unfunded liability problem it depleted the postal system of cash had arbitrarily turned long-term liabilities into short-term liabilities on this balance sheet.

Subsequent attempts at reform have largely proposed a taxpayer bailout. The cost of these proposals is generally understated based on CBO's 10 year scoring requirement which misleadingly characterizes a $48.8 billion bailout is only costing $10.7 billion over 10 years. These proposals also lack the full range of structural reforms that will be required to ensure the long-term viability of the system. For years GAO and inspectors general's reports have recommended reform that at best have only been partially implemented.

One of the most costly inefficiencies that have been repeatedly highlighted in these reports is the out of control use and payment of overtime. To its credit this is a postmaster DeJoy began implementing shortly after his employment. According to an inspector general report issued the day Postmaster DeJoy was sworn in a post office spent $4 billion in Fiscal Year 2019 and mail processing and delivery over time and penalty over time cost. Those over time cost represent 45 percent of the postal systems $8.8 billion loss for last year.

As Postmaster DeJoy's commendable attempt to reduce those excess cost are now being cynically used to create this false political narrative. According to Democrats the postmaster is trying to sabotage the postal system to disenfranchise voters in the upcoming election. Notices that were sent me for he was sworn in meant to inform election officials to factor in normal postal capabilities in setting their ballot deadlines are being used as evidence of this conspiracy theory and a willing media is once again aptly playing along.

On average the postal system delivered 2.6 billion pieces of knowledge package mailed per week in 2019 because of COVID the postal systems first-class weekly volume is down 17 percent this year to

date. Even if every voter use mail-in balloting that would be approximately 150 million pieces of mail
or less than 6 percent of weekly volume. As long as election officials factor in normal postal delivery
capabilities and (INAUDIBLE) 17 percent decline in weekly volume the postal system has more than
enough excess capacity to handle mail-in balloting so again I want to thank Postmaster General DeJoy
for his appearance today, for his service and I look forward to your testimony. Senator Peters?


PETERS:

Well, thank you Mr. Chairman. Mr. DeJoy I certainly appreciate you joining us here today and as you
can imagine we have a lot of questions for you. We are in the middle of unprecedented pandemic. We
are experiencing one of the nation's worst health and economic crises and now we are facing a email
crisis and we are just months away from an election where we expect record numbers of Americans to
vote by mail.

For many communities in Michigan and across the country the Postal Service has always been a
lifeline especially for the communities where private carriers simply don't deliver, whether folks are
receiving important medications, financial documents, critical home supplies or simply trying to stay
in touch with their loved ones the Postal Service has always delivered. Mr. DeJoy I don't think you
have. You have not delivered in this brief tenure so far.

For more than two centuries of Americans have been able to count on the Postal Service and in less
than two months as Postmaster General you have undermined one of our nation's most trusted
institutions and wreaked havoc on families on veterans, seniors, rural communities and on people all
across our country. The operational changes you implemented without consulting with your
customers or the public have caused significant delays, delays that have heard people across the
nation, delays that come at a time when people depend on reliable service now more than ever.

In July I started hearing reports about how severely your changes were slowing down the mail. I ask
you for answers but it wasn't until I launched an investigation that you admitted that you had directed
these changes yourself and despite multiple requests it took more than one month to respond directly
and I am still not satisfied with those explanations.

You have brushed off these delays calling them inevitable, a side effect of your vision for the Postal
Service but let me tell you about the people who are forced to bear the brunt of your decisions. Beth
from Ada, Michigan, works for a company that produces educational materials for healthcare

workers. Beth's companies started seeing serious delivery problems then switch to overnight shipping which has almost doubled their shipping cost and between these delays and the pandemic they have had to lay off multiple employees to help absorb these costs.

Mary from Redford said her daughter has been getting her epilepsy medication through the mail usually in three, four days but because of changes you ordered her latest refill shipped on July 20 and it took nine days, nine days to be delivered.

When Mary's daughter realize the medication wasn't going to arrive on time she tried to rush and what--what few pills that she had left and as a result she suffered seizures and was transported to a hospital.

These are just a few of my constituents who have shared their stories as part of my investigation. I have received more than 7500 reports of delays from people across Michigan and across the country in just two weeks. They have written to me about skipping doses of their medication and their small businesses losing customers are having to lay off employees all because of changes that you directed.

Mr. Chairman, I move to enter into the hearing record an update on what my investigation is finding.


JOHNSON:
Without objection.


PETERS:
Mr. DeJoy your decisions have cost Americans their health, their time, their livelihoods, and their peace of mind. I believe you owe them an apology for the harm you have caused and you owe all of us some very clear answers today. The country is anxious about whether the damage you have inflicted so far can be quickly reversed and what other plans you have in store that could further disrupt reliability and timely delivery from the Postal Service. If you plan to continue pursuing these kinds of changes I think my colleagues and many of our constituents will continue to question whether you are the right person to lead this indispensable institution. Thank you.


JOHNSON:
It is the tradition of this committee to swear in witnesses so Mr. DeJoy you will raise your right hand. Do you swear the testimony you will give before this committee will be the truth, the whole truth, and

nothing but the truth, so help you God?

DEJOY:

I do.

JOHNSON:

Thank you. Mr. Louis DeJoy has it served as the Postmaster General since 2000--June 2020. Prior to his unanimous selection and appointment by the bipartisan Postal Service Board of Governors, he spent more than 35 years developing and managing a successful nationwide logistics company as chairman and CEO of New Breed Logistics.

Beginning in 2014, Mr. DeJoy served as the CEO of XPO Logistics supply chain business in the Americas. After his retirement in 2015, he joined the boards--the company's board of directors where he served until 2018. Mr. DeJoy.

DEJOY:

good morning, Chairman, Ranking Member Peters, and members of the committee. Thank you, chairman Johnson, for calling this hearing. I'm proud to be with you today on behalf of the 630,000 dedicated men--women and men of the United States Postal Service.

On June 15th, I became America's 75th postmaster general. I did so because I believe the Postal Service plays a tremendously positive role in the lives of the American public and the life of the nation. I also welcome the opportunity to lead this organization because I believe there is an opportunity for the Postal Service to better serve the American public and also to operate in the financially sustainable manner.

Congress established the Postal Service to fulfill a public service mission to provide prompt, reliable, and universal services to the American public in an efficient and financially stable sustainable fashion.

Our ability to fulfill that mandate in the coming years is at fundamental risk. Changes must be made to ensure our sustainability for the years and decades ahead. Our business model established by the Congress requires us to pay our bills through our own efforts. I view it as my personal obligation to put the organization in the position to fulfill that mandate. With action from the Congress and our regulator and significant effort by the Postal Service, we can achieve this goal.

This year, the Postal Service will likely report a loss of more meant $9 billion. Without change, heart lawsuits will only increase in the years to come. It is vital that Congress enact reform legislation that address is our unaffordable retirement payments. Most importantly, Congress must allow the Postal Service to integrate our retiree health benefits program with Medicare, which is a commonsense practice followed by all businesses that still offer retiree health care.

It also must rationalize our function--pension funding payments. Legislative actions have been discussed and debated for years, but no action has been taken. I urge the Congress to expeditiously enact these reforms.

I also urge the Congress to enact legislation that would provide the Postal Service with financial relief to account for the impacts of the COVID-19 pandemic on our find financial condition. The Postal Regulatory Commission began a mandated review of our pricing system four years ago. It has been three years since the Commission concluded that our current system is not working. We urgently we urgently require the PRC to do its job and establish a more rational regulatory system for our mail products.

Had the Congress and PRC fulfilled their obligations to the American public concerning the Postal Service, I am certain that much of our $80 billion and cumulative clauses since 2007 could have been avoided. And that our operational and financial performance would not now be in such jeopardy. The Postal Service must also do its part. We must adapt to the realities of our marketplace, generate more revenue and control our cost. I believe we can chart a path for our business to--that accomplishes these goals.

In my 67 days as Postmaster General, I have also had the chance to observe that many hidden strengths of the organization and appreciate our critical mission of service to the American public. Despite our deep, longstanding financial problems, there is an incredible strong base to build upon and a tremendous desire of the public for the Postal Service to succeed.

As we head into the election season, I want to assure this committee and the American public that the Postal Service is fully capable and committed to delivering the nation's election mail securely and on time. This sacred duty is my number one priority between now and Election Day. Mr. Chairman, women and men of the Postal Service have been--have demonstrated extraordinary commitment for our mission throughout the COVID-19 pandemic.

In every community in America, we continue to work to keep our employees and customers safe as we fulfill our essential role delivering medications, benefit checks, and financial statements the public depends upon. Since the beginning of the pandemic, there has been a public outpouring of support to Postal employees as they performed their essential service throughout the nation. This is a well-deserved testament to their dedication.

Mr. Chairman, ranking member Peters, I look forward to working with you and this committee and our stakeholders to restore the financial health of the United States Postal Service and to improve the way we serve the American public. This concludes my remarks and I welcome any questions that you and the committee may have.


JOHNSON:

Well, thank you for that opening statement, Mr. Postmaster General. I just want to kind of go through and give you a chance to respond to some of these false narratives. First of all, let's talk about that election notice that was sent out by, I believe, the Postal Service's general counsel.

One notice--before you became the postmaster general, one notice I think after you assumed your--your duties, talk about what that notice--what it was about and, you know, from my standpoint, how--how important it was that the Postal Service does inform election officials of what your basic capabilities are so they can factor that into their deadlines.


DEJOY:

Yes, Sir. Thank you for the--for the opportunity to speak about this. First, I'd like to emphasize that there has been no changes in any policies with regard to election mail for the--for the 2020 election. As you stated, the letter was sent out before my arrival--before my arrival simply to help educate state election boards and eventually the American people. There was a plan put together to eventually make this a broader statement so the American people had awareness on how to, you know, how to successfully vote.

This letter pretty--very similar letter was sent out in the 216--2016 election by that former deputy postmaster general. We recognized that during--during this pandemic when I arrived, there was great concern about the increase in volume, so we further emphasized the--the interaction. We had over 50,000 contacts before my arrival with the state collection boards to help--help them understand the mail processing procedures of the Postal Service. Since my arrival, we--we have established an

extended a task force, we have put up a website--we're putting up a website within a day and we are diligently working to--to ensure the American public and to ensure a successful election.

JOHNSON:

In my opening statement, I remarked that 150 million pieces of--or ballots would represent about 6 percent of weekly volume. I think in your written testimony, you said in terms of what's actually expected in terms of mail in ballots, about 2 percent. And can you just talk about and ensure the American public and this committee that the postal system has more than enough capacity to handle the number of ballots? It's really a matter of election officials understanding what delivery capabilities are?

DEJOY:

Yes, sir. We have more--the--we deliver 2--433 million pieces of mail a day. So 150 million ballots, 160 million ballots over the course of a week is, you know, a very small amount. Adequate capacity. Plus, mail volume is down, as you said, 13, 14 percent this year. Plus, as I identified earlier in the week, tweet will have additional resources on standby.

Should--I mean, if everyone complies with the--with the mail process that we've been identifying, there will be absolutely no issue and we are there's--there's slack and this is done and additional processes that we would deploy in and around the election that will--that carry a good part of any deviations to, you know, to get through.

We are perfectly the Postal Service stands ready. Our board of directors stand ready. We--with the--with the expansion of the task force that I--that I identified earlier in the week. Yesterday, we made the decision to establish a board, a Bipartisan Board Commission--Committee to stand over the Postal--to interact with us as we move forward. We are very, very comfortable that we will achieve this mission, sir.

JOHNSON:

Something else that has been blown way out of proportion is--is the retirement of some of the blue boxes. Can you just speak to the--how that is just a normal procedure that we have literally--because, you know, first-class mail is down over the decades almost--it's--the volume's almost been cut in half, I think.

I don't have the numbers right at the top of my head. But anytime you have a business where your volume is declining that dramatically, you're going to be starting--you'll take out different capacities. So, can you address the--the--the issue of the--the normal retirement, what the history of that has been of not only the blue boxes but also some of your sorting machines?

DEJOY:

Yes, sir. Thank you for the opportunity to speak about that. Over the--there is--today there is about 140,000 collection boxes out--out in the--in the United States. Over the last 10 years, about--it averages about 3,500 a year, so 35,000 of them have been removed. And it's a--it's a data-driven method it. I have--I haven't reviewed it, but every year they look at utilization of--of--of post boxes. They look at where they place new post boxes. They look at where communities grow, so 35,000 over 10 years.

It--since my arrival, we removed 700--700 post collection boxes, of which I had no idea that that was a process, or I've been--that that was a process. When we found out--when I found out about it, we--we socialized it here amongst the leadership team and look at what the--what--you know, what the--what the excitement was--it was creating. So, I decided to--to stop it and we'll pick it up after the election. But this is a normal process that's been around for--since--you know, it's been around 50 years. And over the last 10 years we got--we have--we have--we have pulled back about 35,000.

On the machines, the machines we are speaking about, again, mail volume is--is dropping. This is a process that I--I was unaware about. It's been around for a couple of years now. We evaluate our machine capacity. These machines run about 35 percent utilization. The mail volume is--is, you know, dropping very rapidly, and especially during--during the COVID crisis. And package volume is growing, and we need--and when I--when I spoke with the team when this too became--got a lot of air--air play, we really are moving these machines out to make room to process packages. No--we still have--we have hundreds of these machines everywhere, and still not any kind of drain on capacity.

And I repeat, both the collection boxes and this machine close down I have--I was--I was made aware when everybody else was made aware too. It was not a critical issue, you know, within the--within the Postal Service. This has been going on in every election year, in every year for--for that matter.

JOHNSON:

So--so, this isn't some devious plot on your part. One final question here, I'm just going to go a little over time, but I think it's important you describe the change--the operational changes you are making to try and start curbing in some of these excess costs, you know, $4 billion of overtime and overtime penalties, about making sure that the system adheres to its time deadlines and--and what effect that has on--on mail delivery.

DEJOY:

Yes. Thank you. Thank you, Senator. When--when I arrived, when I--when I was awarded the--the--the position, I spent the first three weeks even before I--I joined here really studying the--the organization, trying to get an understanding of, you know, what--what was driving this, you know, how decisions were made and what--what--what the network look like and how the mail moved through the process. I spent--I spent hundreds and hundreds of hours before I arrived and then when I got here, working with the management team.

And one of the first things--the first big change I embarked upon is how do I get the organization, the management team, the structure, to align with what we--that my--in--in--in my analysis, I--I--I felt there were--that we had 600,000 people reporting to one person and other executives doing assessorial types of--important, but not integrated into the operational activity.

So, I worked with the management team, both collectively and individually, to--to--to look at our--look at our--you know, our functional lines. And we together re---reorganized the--reorganization to--to move forward on--on process improvements, improving service, and--and--and garnering new business, new revenue and costs. So, that was the one big change I worked on when--when--when--when I got here.

The other change, when I was--the day I was sworn in, I received a report from the--from the OIG that spoke about the things that you were talking about, late--late deliveries, late--late dispatch, extra trips, and all the time and costs associated around--around this that approximated $4 billion. We were facing--this was before we had the note. We were facing--I had $13 billion in cash and $12.5 billion of payments to make in the next nine months, and a--a--no--no help in sight. We didn't have a--we had--we had no help in sight.

So, I needed to look at a--a--a positive impact on cost savings that did not--that--that improved the--improved the business. The transportation schedule, our--we run about 35,000, 40,000 trips a day,

and 12 percent of those trips were late. And we round a--we were running another 5,000 trips a day in--in--in extra--in extra trips. FedEx, UPS, everybody runs their trucks on time, right? That's what glues the whole network together, our collection process to our delivery process.

If that is not running schedule--and that was not my--Louis DeJoy's schedule. That was the Postal Service's schedule that was connected to all the delivery points, the 161 million delivery points that we deliver to each day. That had to be on time to--to get our carriers out on time, to make the deliveries on time so they can get back during the day instead of the night. And that was the number one--the transportation network was the glue that keeps everything together.

And I worked with the team for a--we had, you know, many, many people involved--operating people involved with the team. We had all the area vice presidents involved with this--with this--with this change. And we have taken--I submitted in my--my report this--this--this chart here, which shows that we went from 88 percent--88 percent on time to 97 percent on time delivery. All that mail that was sitting on docks got advanced, and our late trips dropped from 5,000 a--from 20--3,500 a day to 600 a day. Within a week, we made--we made that change.

Unfortunately, some--there--some mail did not--some mail--our pros--our production processing within the plants was not fully aligned with this established schedule. So, a--you know, a--a--this--so, we--we had some delays in--in the mail. And our recovery process in this should have been a few days, and it's mat--amounted to be a few weeks.

So--but the change that I made was run into our schedule, run it to our transportation schedule. I believe we'll get a--at least $1 billion of savings out of that going forward. And this is the key connectivity to improving our service. Once we get all the mail on that--on those trucks, then 97 percent or 98 percent of the mail that we move around the country will be getting to its destination point on time. That was not the case. It was significant--substantially less than that prior to my arrival.

Those of the two changes, gentle--committee, that I have--that I have made since I've been--since I've been here.


JOHNSON:
Well, thank you Mr. Postmaster General. I think you should be commended for this type of initiative, not condemned it. Senator Peters?

PETERS:

Thank you, Mr. Chairman. And Mr. DeJoy, again, thank you for--for being here to--today. You know, I just want to start off before asking some questions just making it very clear that the--the men and women who work at the Postal Service who check in every day to--to do their jobs do it with professionalism, with integrity, and a--and a passion to move the mail as quickly and as efficiently as possible. When I think of the postal workers, the mail handlers, the--the letter carriers, they're doing a great job. They are clearly essential workers each and every day.

But as we've been going through this issue, and I've talked to many of those folks across my state, they have grown increasingly frustrated with some of the recent policies of commonplace, which they say is nothing that they've seen in the past. And they believe the mail has been piling up in ways that it shouldn't, and it needs to be addressed. But these are management changes. These are policy changes. It's not the men and women who are on the front line doing this--this work every day.

So, my--my question--or--so, Postmaster General DeJoy, you--you've already heard me in my opening comments talking about the fact that I've received over 7,500 complaints from folks all across Michigan, but really across the--the country. Folks have sent in their concerns to me. Earlier in my opening statement, I shared some stories of hardships from folks, both Beth and Mary, their--their challenges in Michigan.

So--and I think I heard this in the last answer. You--you acknowledge that some of the changes that were put in place have delayed the mail. And with--with a delay in mail, people can sometimes be hurt. Is that true?

DEJOY:

Senator, first of all I--I do recognize the quality capability of--of the American postal worker. That is one of the reasons that I am here is to help as well as with regard to the postal services key role in serving the American--the American public.

Yes, sir, I do recognize that some of these--that there's been two changes, the organizational change has had no--I don't believe has any impact on what we have done. The transportation change again compliance (INAUDIBLE)--

PETERS:

Let me just jump--I don't mean to cut you off, but I will get into those issues because I want you to elaborate a little bit further but there have been delays you--you will recognize that. You know it is clear what we are seeing. Mail has been delayed and I have spent over a month asking you to provide some documentation in my oversight function here in this committee to so how you made these decisions what kind of analysis, what sort of data was put in place and for that and how that information impacted some of the changes you have. Your staff has repeatedly not answered those questions and so certainly that transparency I think is--is unacceptable.

The--what I have uncovered though from what little data is made public by the Postal Service is on time mail delivery. I have my chart as well here to which is from the Eastern Division, this is what you give to your business customers and if you look at this line here it is probably hard to see but there is a red line which you can see dipping dramatically.

There is a flat line along the top of the chart then it drops around July 11 you start seeing a drop, July 18 it falls dramatically so that is a pretty big drop in on time mail delivery that we are seeing and I have asked for a three times since July 17 for records relating to the service changes and how one I am hearing from our letter carriers and postal workers and what I'm seeing in the chart that you actually post on your website of significant drop off of mail deliveries and yet I don't get an answer.

Will--will you commit to--to giving me these documents which have to be readily available to the Postal Service by this Sunday? Can we get those documents to get a sense of what went into these decisions and what you are seeing in terms of mail delivery?

DEJOY:

I will meet with our staff and get what documents with--with regard to this change but the change senator was to--to adhere to transportation schedule. That was the change (INAUDIBLE)--

PETERS:

(INAUDIBLE) obviously you have all of that documented and I would love to see the documents as to how that was done the--the data supporting that. That was--

DEJOY:

and--and if I--if I can add (INAUDIBLE) certainly there was a slowdown in the mail when--when our production did not meet the schedule but also senator our employees are experiencing the COVID-19 pandemic also and we have a significant issue with employee availability in many, many parts of the country that are also leading to delays in delivery and mail.

PETERS:

Let me--let me turn to your recent announcement that you made this week that you are suspending some of the changes so that you have made over the last month. I believe the statement is fairly vague and raises some additional questions but so I just want to be clear. These will be yes or no just so we know exactly what was intended by that. Are you suspending your policy eliminating extra trips, yes or no?

DEJOY:

No, I--I--first of all policy was not to eliminate extra trips, it was to mitigate extra trips.

PETERS:

Okay, so--so (INAUDIBLE) that. We are being told that you are limiting over time and this could possibly add to backlogs. Are you--are you limiting over time or is that being suspended right now and people work overtime if necessary to move the mail out efficiently every single day?

DEJOY:

Senator, I--we never eliminated over time. That's--

PETERS:

It has been curtailed significantly is what I understand.

DEJOY:

It has not been curtailed by me or the leadership team here.

PETERS:

Curtailed significantly, it's gone down, it's been limited. Will you commit to--

DEJOY:

Since I have been here we have spent $700 million on overtime. Overtime runs at a 13 percent rate before I got here and it runs at a 13 percent rate now. I did not (INAUDIBLE)--

PETERS:

(INAUDIBLE) policy you can submit that to me I would appreciate it.

(INAUDIBLE) there will be no post office closures or suspensions before November 3?

DEJOY:

I confirm post office closures was not a directive I (INAUDIBLE)--I gave. That was around before I got here. There's a process to that. When I found out about it and it had the reaction that we did I have suspended it until after the election.

PETERS:

Well, we have heard about the sorters, you address said earlier, will you be bringing back any mail sorting machines that have been removed since you have become Postmaster General (INAUDIBLE) will any of those come back?

DEJOY:

There is no intention to do that. They are not needed, sir.

PETERS:

So you will not bring back any processors?

DEJOY:

They are not needed, sir.

PETERS:

Okay. I have got questions about independence and transparency. Prior to implementing the changes that you put forth in the postal system did you discuss those changes or their potential impact on the

November election with the President or anyone at the White House and remind you you are under oath.

DEJOY:

I have never spoken to the president about the Postal Service other than to congratulate me when I accepted the position.

PETERS:

Did you speak or discuss any of these changes with Secretary Mnuchin?

DEJOY:

During the discussion on negotiating the note, I told him I have a--I am working on a plan but I never discuss the changes that I made I just that I am working on a plan to--to improve service and gain cost efficiencies but no--no grave detail other than that--that was about it.

PETERS:

Prior to implementing the changes, did you discuss these changes or their impact on the election with any Trump campaign officials?

DEJOY:

No, sir. These change--these changes in our total analysis here and going forward and remember I am one new person in the organization with the whole structure around me an operating structure executive team me that are involved in these decisions having any--moving forward trying to have any negative impact on--on the election is an outrageous claim.

PETERS:

Did--just one final. Did you ever--(INAUDIBLE) final one, Mr. Chairman. Did--did you ever discuss any of this with Mark Meadows, any of these changes that you have done? You have had never had discussions and shoot--

DEJOY:

Haven't discussed anything with Mark Meadows. I haven't spoken to Mark Meadows up until maybe last week the first time I spoke to him (INAUDIBLE).

PETERS:

So finally, you will give us your word today under oath that you have not taken any action whatsoever in your capacity as postmaster general for any political reason or at the suggestion of any administration officials?

DEJOY:

Sir, I will tell you my first election mail meeting what I instructed the organization the whole team around us and out in the field to whatever efforts we will have double them. I was greatly concerned about all--all of the political noise that we were hearing and we have had--I have had weekly reviews on this since before this all of the excitement came out. We are very committed, the board is committed, the postal workers committed, the union our leadership is committed to having a successful election and the insinuation is quite frankly outrageous.

PETERS:

Just one final thing, Mr. Chairman, is we--as we get into the election now, there has been concern that I am hearing from state and local governments about first-class mail. Have your word that you are not going to mandate the states send out any balance using either the more expensive first-class mail and will you continue the processes and procedures to allow election mail to move as expeditiously as possible and treated like first-class?

DEJOY:

Yes, sir. We will deploy the processes and procedures that in advance any election mail in some cases ahead of first-class mail.

PETERS:

(INAUDIBLE) wall charge local governments for the first-class mail they can continue the process that they have done in the past?

DEJOY:

I don't get to charge anybody but no, we are not going to change any, we are not going to change any rates.

PETERS:

Great. Thank you for the time. Thank you for the indulgence, Mr. Chairman, for the extra time. Appreciate it.

JOHNSON:

Thanks, Senator Peters. Now, we did allow seven minute rounds, both Senator Cruz and I went a little over. We are going to adhere to the seven minutes to other members. The order of questioning will be Senator Portman, Harper, Lankford, Hassan, Scott, Rosen and then (INAUDIBLE). Senator Portman?

PORTMAN:

Thank you, chairman, and thank you and to Senator Peters for holding the hearing. It's very important, it's timely obviously all of us want to see our Postal Service work and work well and let me just give a shout out to David Janice who is our letter carrier and to all letter carriers and all of the postal workers because I do think particularly during this pandemic they are more appreciated than ever and so the men and women who you lead Mr. DeJoy please pass along to them our--hours thanks.

I'd like having this hearing now because I think there has been a lot of disinformation out there, kind of like getting to the facts.

One of the facts I learned this morning is that you started 67 days ago and much of what we have been talking about in the media at least including the blue boxes and the sorting machines you know that happened before you got there and it was part of a plan tied to the former postmaster general, she came up through the ranks was not a political person at all and any way that is helpful to know that that is what is going on.

PORTMAN:

It is also helpful to know that you appointed by the Postal Board of Governors and that that's a bipartisan group. In fact, we confirm those people and it was a unanimous selection. And I guess it's

based on your being a logistics expert and just hearing you this morning I can tell you've got a passion for the logistics side of things.

I also know that the long term financial picture for the post office--Postal Service is not pretty. And by the way, that's been true for a long, long time. And that's not really something that a postmaster general can do much about. It requires legislation. Senator Collins, Senator Feinstein have a bill that's an example right now that provides for some report reform and some additional funding. Everybody knows it's in trouble. Everybody knows we've got to deal with this issue.

And so although I'm going to ask you some--some tough questions and others will, really a lot of this comes back on to Congress not doing its job in terms of the longer term financial picture. But the immediate issue is, to be sure that these elections work well. And I appreciate the fact that you said this morning that that's going to be your top priority between now and the election.

Every one of us on this panel, I hope, want to be sure that we have the ability to have an election that is well run where people have their votes counted and many are going to be using the Postal Service. Let me start, Mr. DeJoy by just asking you a general question. Do you support absentee voting and do you support voting by mail generally?

DEJOY:
I'm going to vote by mail myself. I voted by mail for a number of years. The Postal Service will deliver--deliver every ballot and process every ballot in--in time that it receives.

PORTMAN:
Well, I appreciate--I appreciate that. So you--you do support voting by mail?

DEJOY:
I do--that's--I think the American public should be able to vote by mail and the Postal Service will--will--will support it. So I guess that's yes.

PORTMAN:
Yeah here it won't look, I mean, the states are going to decide this, not--not the Congress or not the post office. And--in many states are going to do it. I mean, Ohio, we've had absentee voting for a

couple of decades now, (INAUDIBLE) meaning that you don't have to give a reason and it works quite well.

I vote every year by absentee because I don't know where the heck I'm going to be in Washington or in Ohio based on our schedule. So it's worked well and, you know, we also are going to have in Ohio a lot of other ways for people to vote. We're going to make sure that it's easy to vote in Ohio and it's hard to cheat in Ohio. And I think that's--that's the important thing.

There's been a lot of news coverage about the Postal Service sending letters to 46 states, including Ohio and in DC to let them know that they can't guarantee all ballots cast by Mail will arrive on time. Is this due to a lack of funding, which is what many are saying, or is it due to state laws on voting and the time it takes to turn around receiving and delivering the ballots?

DEJOY:
Senator, the--this was not a change from anything that we have done in previous years. It was just more--more detail and more emphasis put on it mostly because--partly because of the expected rise in vote by mail and also the--the pandemic. And what--what the team set out to do is make the election boards and then eventually the American public pretty, simply, you know, what our processes were and therefore to guarantee that your--if you followed these process, there was no extra herculean efforts on our part to get your ballot in, which therefore mitigated the risk of it potentially not getting there. So mailing--

PORTMAN:
Yeah, so I think--I think that's important to note that this is something that has been a problem for years, including previous elections. You sent out warnings in previous elections. And look, I think the post office has got to coordinate better with state election systems. I think state election systems has it got to coordinate better with the post office.

I mean, you know, in Ohio, as an example, you know the timeframe between when you can cast your ballot and when it is postmarked, and you can get a ballot as--as late as Saturday before the election And, you know, to get that to the post office and back to you and then they'd stand before Monday is very hard to--very hard to do logistically. I think that's one of the things that your letter pointed out was too that state systems, be sure and leave adequate time. Is that accurate?

DEJOY:

Yes. So first, that was not my letter. That was a letter from general counsel. But yeah, pointing out all the different variations that we could experience and how fast we could process it. But yes. There are times we get the ballots--ballots were sent out the day before the election. It's almost impossible to--for us to--for the voter to vote, for the--for the ballot to get to the voter, for the voter to vote, and for it to get back in time for the--for the election. So this was a very well thought out effort to safeguard the election, not to get in the way of--safeguard the processing of ballots, not to get in the way of it.

PORTMAN:

What advice would you give voters? This is an opportunity for you to speak to the voters of Ohio and to the country. Would you advise them to wait till the last minute or would you advise them to look at leave at least a week?

DEJOY:

Vote--the general word around here is vote early.

PORTMAN:

Yeah, I think that's really important to tell people because, you know again, under Ohio's law and a lot of other laws, timeframe is really close. If you request an absentee ballot, you've got to be sure that it can be delivered in time. I am concerned about the delays that we have seen in Ohio and elsewhere. We have a number of veterans who contacted us and who said they weren't able to get their medication, and there's some it's heartbreaking stories.

One is a 70-year-old served in Vietnam, has COPD, has trouble breathing got the inhaler refill is mailed through the Postal Service. Due to delays, he ran out of it while waiting for it to arrive and then his insurance said, you know what? We're not going to pay for another refill to be filled because it's already been shipped through the Postal Service and he can't afford to pay for another emergency refill personally.

Let me ask you about that quickly. The veteran's medications that are shipped through the mail. Are you focused on that issue and what can we do to correct that problem?

DEJOY:

Senator, first of all, I and that we aren't working here fever--feverishly to get the system running at stability and also to get more--hire more workers to handle the delivery process. We are--we are all feel, you know, bad about what the--the dip in our service level has been. We reserve 161 million people. We still deliver at 99.5 percent of the time. We have significant efforts to--to continue to improve on that process and everybody is working feverish--feverishly to--to get that right.

PORTMAN:

Well, I hope you will and let's ensure these medications are delivered in time and ensure that when the production doesn't meet the transportation schedule, as you said earlier, that there is some efforts made to align those two because it's a lifeline for people. You know, all over the country, particularly in our rural areas. And I thank you for your service and for the answers you've given today.

JOHNSON:

Thanks, Senator Portman. Again, I wanted to just remind our committee members, please keep your questioning as well as factoring in the answers to try and keep them to seven minutes. Senator Carper. Is Senator Carper there? We'll move on to Senator Lankford.

CARPER:

Fuck. Fuck. Fuck.

LANKFORD:

Mr. Chairman, I think Senator Carper is there. I think trying to be able to queue it all up right now.

JOHNSON:

Senator Carper, can you unmute?

CARPER:

I'm unmuted.

JOHNSON:

Okay, there we go. We don't want to be on TV again.

CARPER:

Thank you so much for scheduling this hearing. I urged you to do this three weeks ago. You agreed to do it and I'm grateful that you have. To the postmaster general, thank you for finally returning my call. I called you for like three weeks trying to get you to return my call after you taken office. Thank you for finally returning our call and talking with us last--last week.

You know, you might be wondering, Mr. DeJoy why there's some question--skepticism here. I've seen in my own office on constituent service--we get a constituent service report every week. We we've seen a steady upbeat--upbeat operating increase in Concerns complaints about Postal Service. And it's not just my office. It's Senate offices and house offices all over the country. And frankly, they coincide coincided with the time that you took office.

Even this morning, I just got a message from Joe Manchin, Senator from West Virginia (INAUDIBLE) earlier this week in Charleston Mail Distribution Center talking about how all this equipment, the sorting equipment has been taken out. He served five states from--out of that place. And so it's not just a little (INAUDIBLE) it's all over the country.

Maybe it's just a--maybe it's just a coincidence. I'm not so sure. But here's why here's why we're skeptical. We've got a president who doesn't want to have vote by Mail. We've got the president would like to suppress the vote. We've got a president who would--that would like to see the Postal--Postal Service not do well.

I've worked for almost 20 years on this committee trying to make sure we have a vibrant, active, meaningful Postal Service. You come from--you come from Greensboro, North Carolina just North of--south of where I was--where I grew up in Danville, Virginia.

CARPER:

We had voter suppression in this country almost from the get-go. Even though our first Postmaster General, Benjamin Franklin, said, no, we're not going to do that, we're going to let everybody have, you know, freedom and right to choose their own vote, it hasn't been that way. Women didn't get the vote. Blacks didn't get the vote. We still have voter suppression.

The last congressional election they had a North Carolina, you know what? Half--half the people voted for Democratic candidates for Congress. Do you know how many Democrats were elected out of 13 seats? Three. I mean, we have seen poll taxes. We have seen literacy tests, all of this stuff. And when I see what's going on with a president who wants to degrade the Postal Service, wants to get rid of vote by mail, you shouldn't be surprised that--that we are alarmed when we see the kind of depth-- degraded service that we're seeing across the country.

It wasn't that long ago we had overnight mail service in metropolitan areas. It wasn't that long ago we had, from coast-to-coast, mail delivery within three days, and we don't have that anymore. So, people should be--if people seem skeptical, they have a right to be skeptical.

I--I want to--I want to just say after the public uproar that we've seen here in--in the my state and other states about the delays and failure to deliver the mail, you committed to freeze additional operational changes until after the election.

Good, but we're going to need more information than that, especially given reports that came out last night showing that you and your team are actually considering more extreme changes than those we've seen to date, including changes that will slow down the mail even further, post office and plant closings, massive service reductions to Alaska, Hawaii, and Puerto Rico, making mail more expensive to the U.S. citizens living there, price changes that would nearly double the--the cost for--our price changes that would double the cost of voting by mail, dramatic price hikes on packages that will disproportionately impact small businesses and rural communities that rely on the Postal Service while erasing your competitive advantage over FedEx and UPS.

We need to be worried about this, and I am. I--I don't ask a lot of yes or no questions. I'm going to ask a couple today, and I'd ask you to just give me a simple yes or no answer. You'll have an opportunity and responses for the record to expand on those. I'm going to ask you for yes or no answers. Yes or no, are you considering the dramatic service changes that I just outlined which we've just learned about in the last 48 hours? Are you considering those dramatic service changes, just yes or no?


DEJOY:
Senator, there's a dramatic--dramatic changes to be--


CARPER:

--I--I'm asking for yes or no answer--

DEJOY:

--We're considering--we're considering--

CARPER:

--I'm asking for a yes or no--

DEJOY:

--We're considering dramatic changes to improve the service to the American people, yes.

CARPER:

Yes or no, will you restore the mail collection and processing capacity that the Postal Service is lost in recent weeks during your tenure?

DEJOY:

Senator, as I said, I did not direct that, I--direct it. I stopped it. It's insignif--it's not material to anything that we do, and we're sticking with the--where we're at right now.

CARPER:

Recently, the president was caught red handed when he admitted to not wanting the Postal Service to have additional resources because he--the--the Postal Service would use these resources to enable election mail. And when asked about providing necessary relief, the president stated, "If we don't make a deal," that is a deal with the Congress, "that means they don't get the money," they being the Postal Service. "That means they don't get universal mail-in voting. They just can't have it." No wonder we're somewhat skeptical and--and dubious.

My--my understanding is you have had more than a passing acquaintance with this president. My understanding, you've been a huge supporter financially of the president. My understanding is when you were going to have a convention in Charlotte--in Charlotte, North Carolina, you were heavily involved in leading the raising of money for that--for that convention. No wonder we're a little bit

skeptical about this, when we have a president talking down the Postal Service and talking down vote by mail.

Another yes or no, and you can expand upon it--expand on the record on this. Yes or no--

DEJOY:

--Senator--

CARPER:

--Will you remain independent of--

DEJOY:

--I'm not here to talk about political--

CARPER:

--The president and this administration and make (INAUDIBLE)--

DEJOY:

--Political matters--

CARPER:

--Decisions that support the American people first? Will you? That's services that support the American people having fast, efficient, and afford--affordable mail service, especially with regard to mail-in ballots? Will you make--remain independent of this administration?

DEJOY:

Sir--

CARPER:

--That's it. Will you remain independent?

DEJOY:

Yes, I'm--will remain independent of this administration.

CARPER:

Thank you very much. Mr. DeJoy, during our call earlier this week, you said that you support additional cash assistance for the Postal Service. So do we. The Postal Service has, as you know, $15 billion of--roughly cash on hand, and a new billion dollar line of--$10 billion line of credit that comes with some very troubling conditions dictated by the administration.

The Postal Service has had massive declines in first-class mail. We know that. They average 15 percent, 20 percent below last year's first-class mail volume. The Postal Service package volume is higher though than normal, and has sustained it through the pandemic. My guess is those volumes will come down somewhat after the pandemic. All this is to say the Postal Service's $15 billion cash balance could quickly disappear, and I believe the post office needs to approve the both--the Board of Governor's $15 billion request from earlier this year to cover the loss of--the loss to COVID.

Last yes or no question. Do you support the federal appropriation to the Postal Service to cover its COVID related losses? Yes or no, do you support the federal appropriations to the Postal Service to cover its COVID related losses?

DEJOY:

Yes. COVID related losses I do support.

CARPER:

Thank you very much.

Mr.--Mr.--Mr. Postmaster General, my family has had a heavy military involvement throughout our lives. I'm a vet, the last Vietnam veteran serving in the United States Senate. My--my mother's youngest brother died in a kamikaze attack in 1944 on his aircraft carrier in the Western Pacific. He gave his life for this country. My grandmother is a gold star mother. We have--my father's a veteran. I'm a veteran. We have generation after generation of Americans who have been willing to risk their lives, lay down their lives, so we will have the right to vote.

We've got a lot of people who are sick and afraid of going out and voting this year because they don't want to stand in lines and come down with a virus that could take their life. This is a serious matter.

And I just want you to urge with us—urge you to work with us, not be apart from us, not return our calls, work with us as we attack the need to build the kind of Postal Service that we can all be proud of. Thanks very much.

DEJOY:
Thank you.

JOHNSON:
Senator Lankford?

LANKFORD:
Chairman, thank you. Mr. DeJoy, thank you for your service. From what I have heard so far today, apparently the post office never had any issues, there was never any delays, there was a never any mail that was late, there were never any financial problems, there was never any challenge to mail-in votings until 65 days ago when you arrived. And then, apparently all chaos has broken out in the post office in the last two months, but before that there seem to be no complaint about the post office ever.

So, I do want to thank you for your service. I want to thank the men and women that are around the country that do a remarkable job every day, those folks in the unions, those folks that are taking care of us and getting things out, getting medicine, taking care first-class mail, taking care of all those things.

So, I appreciate your service. I appreciate the fact that you have stepped up to be able to help lead an organization that desperately needs some help, that Congress has for two decades pounded on postmasters on why they are not doing reforms and why we haven't found more efficiencies.

You've stepped into this role and have taken the--it looks like the work from the inspector general, in spoke--the work from the regulatory commission and have said let's start implementing some of these things. And now Congress seems to be shifting from beating up on postmasters for not doing work to now beating up on you for actually doing the work. So, I do want to say thanks for stepping up and taking the risk to actually take this on.

So, I--I do want to run through several questions. Some of them have not been addressed yet. There was a series of stories that came out and trending on social media that you are locking up the post

boxes in Burbank to prevent people from voting. Were you locking up the boxes in Burbank to keep people from voting?

DEJOY:

Senator, the--the stories that I have heard of my--my ability and the places I'm able to get to in the same day are--is remarkable. So, no, I'm not locking up any--I would have nothing to do with collection boxes.

LANKFORD:

So, you mentioned earlier that it's been 35,000 of the blue boxes that have been retired over the past 10 years. So, apparently any blue boxes that have been retired over the past 10 years are your responsibility over the last 65 days. You--you had mentioned before about some of the blue boxes being retired. Are they still going to be retired between now and the election, or will they be retired in the future?

DEJOY:

My--my commitment to the committee and the leadership and the American people is we'd stopped. We have--the day I put the--the statement out, we--we directed everybody to stop on--on--stop reducing postal hours, stop collect--you know, bringing back collection boxes, stop shutting down machines. And that--that was basically what we did. So, from now until the election.

LANKFORD:

So, you stopped that--

DEJOY:

--Yes. Go ahead.

LANKFORD:

You stopped that until the election. Will that pick back up after the election? Because one of the issues that you brought up before is about the sorting machines. Some of the sorting machines are older.

Some of the sorting machines are--are not needed anymore. Will that just stop forever? What I'm trying to figure out is are we still going to work on trying to build in efficiencies in the post office. This has been a--this is been an issue for a long time, to try to get us back into balance.

DEJOY:

Senator, right now the--thank you for the opportunity. Right now the law--the legislation is that we delivered to the 161 address--161 million addresses six days a week. I'm committed to that. I believe that's the strength of the Postal Service and that we be self-sustaining.

Those are the two pieces of legislation that I am working towards. After the--we are not self-sustained. We have a $10 billion shortfall and we will continue to have--over the next 10 years we will have a $245 billion shortfall. So we need to--we need to end our management team and our board need their--there is a path that we are planning, okay, with the help of some legislation with some cost impacts, with some new revenue strategies and that will help--help and some pricing freedom from the PRC we believe we have a plan to do that but one thing that is not in the plan is not doing anything after the election this ambitious plan because we have $10 billion to bridge and now the plan has not been finalized, we have hundreds of initiatives we--we look like.

Like take the Alaska bypass plan discussion, that is an item on the table. There's two--that's an unfunded mandate. It cost us like $500 million a year and if--if--I'm not saying--what I ask for was all of the unfunded mandates. That is a way for us to get healthy pay - make pay something for the unfunded mandates.

If we just throw $25 billion abbess this year and we don't do anything we will be back in two years then maybe we should change the legislation not make us be self-sustaining because leadership team and the board that is what our mission is is to be self-sustaining and deliver at a high level of precision and I am committed to both. I'm committed to both. I think both can be done with a little help from the--from the Congress and from the postal regulatory (INAUDIBLE).

LANKFORD:

Well, Congress has been unwilling to be able to act on this for a very long time. It has been over a decade Congress has discussed any kind of reforms in the post office but it always seems to boil down to will that change distribution areas that may--may or may not be needed in a state that I live in or

will it change any other post office structure that I am familiar with and if it changes my area then I want to be able to block it so it has been a great challenge.

I have also heard from multiple folks saying the post office is now so severely cut that they can't meet the capacity to actually get ballots out and folks in rural areas and folks in urban areas will they be able to get ballots out. I have seen your letter and that was the same as the letter in 2016 the post office sent out saying hey be advised states you need to send things out early that is helpful, thanks for actually doing that and you shouldn't be criticized for that, you should be encouraged to be able to do that.

But my question is folks have challenged me and said there's not going to be enough capacity for elections. Will you have enough capacity again for Christmas and for Mother's Day because my understanding is Christmas and Mother's Day are the biggest capacity times for first-class mail? Do you have capacity now for Christmas and Mother's Day?

DEJOY:

So we--thank you. We have--yes, we have capacity for Christmas and Mother's Day.

LANKFORD:

I actually went back and looked, last year December--the week of December 16 the post office delivered 2.5 billion pieces of first-class mail just that one week of December 16 of last year. That is a pretty remarkable feat to get 2.5 billion pieces of first-class mail delivered in one single week. So you know right now you have enough capacity to be able to handle the elections without slowing it down?

DEJOY:

Yes, sir, and it's more than that. Besides just the capacity the intent, the extra activities that the whole organization is going to be between our postal union leaders, our board, the executive management team here we are focused on besides just having the capacity to execute to react to whatever conditions that exist at that particular point in time up to and including the pandemic which likely will still be having some impact so I think the American people can feel comfortable that the Postal Service will deliver on this election.

LANKFORD:

Thank you.

JOHNSON:

Thank you, Senator Lankford. Senator Hassan?

HASSAN:

Well thank you, Mr. Chair. Thank you, Ranking Member Peters, for having this hearing and thank you, Mr. DeJoy, for your willingness to appear before our committee today. My time is short this morning and because I have been told you won't be staying for a second round of questions I would appreciate brief responses.

Mr. DeJoy I sent you a letter last week detailing stories from granite stators about delays in their mail and I will note a huge spike in calls to my office since mid-July about the Postal Service and delays.

For so many of our servicemembers, veterans, people who experienced disabilities and rural Americans their local post office is their lifeline and I will note that the change in volume you are seeing doesn't change the need for timely delivery of the essential necessary items that the American public relies on the post office four.

For example, one Manchester(SP) couple fills prescriptions through their VA benefits and they wrote quote there has been a noticeable slowdown in mail delivery. Mail delays have caused me to ration my medication. I start cutting back on my dosage to half pills or skipping alternate days to make them last. Some of my pills are crucial, my cardiac and diabetic meds need to be on a strict protocol. Will you ensure that any further changes that you make to postal operations do not delay access to medications and other necessities, yes or no?

DEJOY:

Yes, yes, senator, and I look forward to working with you on legislation to help this type of service not reach into the future.

HASSAN:

Well, thank you. Now I want to move to elections in again. I am glad for some of the statements and actions you have taken. We all know how important voting by mail is usually and this year even more

so. Some states are starting to mail out general election ballots on September 4, just two weeks from today.

You and the Postal Service general counsel have written letters talk to about this morning about your plans to deal with election mail. You wrote last week that the Postal Service wrote quote utilize additional resources and maximize our efforts during the 10 days prior to the election to ensure the processing and delivery of all election mail within our system. Do the letters that you in the general counsel have sent to Congress so far contained your full plan for ensuring the processing and delivery of all election mail or do you have a more detailed operational plan for the additional resources and effort you alluded to?

DEJOY:
The letter that has been sent to the states from general counsel speaks about you know compliant mail, mail classifications and how they--

HASSAN:
Right. Mr. DeJoy, I am just wondering, do you have a detailed plan about how you are going to ensure the kind of delivery about a Americans count on for a voting by mail? Do you have a more detailed plan than what is in your letter, yes or no?

DEJOY:
There are detailed--there are detailed processes that we are going through we just and there are going to be expanded plans to that. We just announced the expanded--Expanded Committee Election Committee within the operation our board has established one but there are detailed--there are detailed plans that we go through in every election and with regard to--

HASSAN:
Again, could you share those with Congress and could you share them by Sunday night so we can see what they are, please?

DEJOY:

I--I don't think I will have the complete plan by Sunday night, we are just putting these committees together but I can try and--today is Friday. I--I have to check and we will get back to you.

HASSAN:

All right. We--I would appreciate them by Sunday night if possible by the end of next week as I noted September for some of the ballots are going to start going out. Last year the Postal Service inspector general interviewed managers in postal facilities across the country handling elections.

The inspector general found that facilities typically process political mail as first-class mail delivering more than 95 percent of election mail with one to three days for the 2018 midterms. Yes or no, will you commit to the goal of delivering at least 95 percent of election mail within one to three days this year the same as the Postal Service did in 2018?

DEJOY:

Yes, ma'am.

HASSAN:

Thank you. Now I want to move on to the issue of the decommissioning of sorting machines. At the Manchester Processing and Distribution Facility in my state for sorting machines have been taken out of service. Three of them are just sitting there and I am told that one of them has been dismantled and sold to a company in Pennsylvania for scrap metal. The Manchester facility only has one other machine that can do the work of the machine that has been sold for scrap. If that machine fails like it did yesterday when I was talking to postal workers in my state sorting stops and mail is delayed until the machine can be fixed.

Although you have suspended the removal of sorting machine for, the removed machines in Manchester have yet to be brought back in service or replaced and you have said today that it isn't necessary to do that and there aren't any plans to do that.

In fact I understand that the director of Maintenance Operations Kevin Couch sent an email on Tuesday directing local maintenance managers not to reconnect machines. Yes or no, is that true?

DEJOY:

I have no idea about back, ma'am. That is--that--those maintenance operations are still they are maintenance operations within the districts, this whole process was due to me last week. I'm sure there's logic behind what it is. I can find out about that and will be happy to get--

HASSAN:

--Okay. So--so you already said though, today that it's not necessary. But look, when we have only one machine that can do a certain kind of sorting in our largest distribution center in the State of New Hampshire and it breaks and everything has to stop until it gets fixed again, that's not efficient. That delays delivery. And what I would like to get from you is a plan to make sure that you will commit to making sure that postal workers can deliver every piece of mail that comes into the distribution center on the same day it gets in there, which has been the practice in the past.

By refusing to restart or replace these machines, you're really stop sabotaging the Postal Service's ability to sort mail efficiently and you're undermining postal workers commitment to that everyday delivery. So will you commit to having your team look into this and get back to me in writing about what the plan is to get at least some of these decommissioned machines back up and running?

DEJOY:

Yes. Well, first, senator, I don't agree with the premise, but I will comply with your request.

HASSAN:

Well, thank you. And it would be helpful to get a response by the end of the week. And finally, I will just--because I see that I am running out of time, I will ask a question for the record because there are growing concerns that Postal workers are being retaliated against when they speak to their members of Congress or to the press about some of the shortages that they are seeing or some of the delays they are seeing, some of the sabotage and undermining of timely delivery that they are seeing and I want to make sure that Postal workers who are speaking to protect the interest of the American Public that they served with such diligence are not retaliated against for doing so. Can I have your commitment today that they will not be retaliated against for doing so?

DEJOY:

Yes, ma'am.

HASSAN:

Thank you and thank you, Mr. Chair.

JOHNSON:

Senator Scott.

SCOTT:

Sure. Thank you, Chairman Johnson, for holding this hearing today. Thank you, Postmaster General DeJoy for being here. In Florida we've had--we've had vote by Mail for a long time and it's worked really well and I think the post office in Florida has done a great job in making sure it's worked. I've had three elections and every one, it's--they worked--they worked hard to make it happen. Mr. DeJoy, can you--can you just talk about why you're uniquely qualified and what background you bring to being postmaster general as you--and why you were picked by that board of the Postal Service?

DEJOY:

Thank you, Senator. I mean, there's--there's two things you could look at, you know, the two actions, the big actions that I've taken. I mean, the board will have to speak for their evaluation of me, but I do have--I have done I think one of the things they like is my experience with large program large logistical transformations I've done a great--I've done back in the 90s over $3 billion transformation of the Postal network and we regarding mail transport equipment.

I've done big projects for Boeing, big projects for Disney, big projects for transformation pull (SP) projects for Verizon.

So that particular, type of experience, I think impressed them and I--my commitment to public service, I think, you know, impressed them. My--my engagement in community and in the nation. And when you look at the steps that I've had, I didn't come in here with a team, I didn't bring a consultant. I worked with the existing management team to create an organization that would look to move forward and help give us self-help and drive improvements in our service, drive costs out of the system and--and grow revenues.

And that is something that I've done all my life. I built a big business from nothing and we--people-- you know, there are some accusations that this is not a business, but you have to deliver service and

you have to be sustainable. The operating model needs to cover its cost. There is no other answer to that than--than that. And we need to take actions to do that and I'm--and I have great experience at that--at that.

And part of I think why they like me is I have a plan. I have a plan for the success of the Postal Service. I believe in the--I believe that six day a week delivery is an important aspect to strengthening us. Now, our--our pieces for delivery are down under three now from years ago six or seven.

Our goal is to get that get that back up. We cover--if you looked on the chart and look and where--what our reach is on a daily basis, it is impressive and we--we need to drive our cost out of--and this is well known, this is not (INAUDIBLE) you need to go out--drive our cost out of the network and we're efficient within our network and get more pieces into error carriers hands. And that's--that's the success with along with, you know, legislative help. That--that will be the future success for the Postal Service as we face a new economy.

SCOTT:
So, Mr. DeJoy, and your business--in your business life, did you--were you did you have to perform for your customer? Did you have to be on time and were you able to do that?

DEJOY:
Sir, our--our contract had 99.98 percent performance metrics on everything we did. Yes. And I think there's a I think the attitude and the energy is here at the Postal--and the desire is here at the Postal Service, you know, to do that. I just think that we--we haven't had the alignment and the expectation of that. And that's something that I bring to the table.

SCOTT:
So are you--I mean, are you personally committed to doing everything you can to make sure the Mail is delivered on time and people get, whether it's their medicine or their ballot, that they'd get it as quickly as they can under--with realistic expectations?

DEJOY:
Yes, sir. I am.

SCOTT:

So how does it make you feel when you have people out here that make these unsubstantiated claims that you personally have a goal to slow down the mail so ballots don't get--don't get to election offices on time, that you want to suppress the vote, that, you know, you personally are interested in damaging the ability of the post office to do their job?

DEJOY:

So that does not deter me at all. And you would be--you would be--I am unbelievably proud and humbled by the number of positive comments I get from employees and management team and the people from around, you know, from around America on my initiatives. It is--it is really a forced to believe that we can sit here and do nothing.

SCOTT:

Yeah. Do you--do you feel like you need a massive federal bailout should be able to deliver the mail on Election Day?

DEJOY:

No. I do not need a massive--I don't need anything to deliver mail on--on election night. But we do need legislative reform. We do need freedom from the--from the change in the PRC regulation and we do need to be--we do need to be reimbursed for our cost. When you look at during the COVID--during the pandemic, we still delivered to 99 percent of the American homes where other business--and during--with no revenue. With no revenue.

The American Postal worker was out there. This organization continued to perform and it's why we have such high ratings. Well, our revenues were down. Other organizations would have stopped going into some of these rural areas and so forth. We--we continued to do what we're supposed to do and at a significant cost impact and I'm coming I'm one to try and get to a sustainable model, but in this--in this case, we--I believe we deserve some compensation for it.

SCOTT:

One thing I think a lot of us would like to be able to do if we're going to be provide more funding to the post office that we ought I'd like to work with you and others to find out what are the things that we

ought to do to--to make the changes necessary to make sure that you can do your job in the future. So I appreciate any information you could provide that would allow us to do that.

And I just want to thank you for your commitment. I want to thank all the people that work in the post office. They work hard. They--so--but I appreciate your background, your commitment to excellence and I hope you can do the same thing over time at the post office. Thank you, Chairman Johnson.

JOHNSON:
Thank you, Senator Scott. Senator Rosen.

ROSEN:
Thank you, Chairman Johnson, for holding this meeting here today. And thank you, Mr. DeJoy for making yourself available. Before I ask some for the questions, I wanted to ask the postmaster general I'd like to ask you this. We need transparency in the changes you've been making and in everything you've discussed here today. Will you commit to providing this committee with any and all transcripts or minutes of all closed, nonpublic Board of Governor meetings from this year by this Sunday? Can you commit to that, sir?

DEJOY:
No.

ROSEN:
You will not commit to provide minutes of the--

DEJOY:
--I don't know--I don't know--have--I don't have the authority to do some of those things. And that-- that is something that I would need to discuss with counsel and the board's counsel, so I can't commit to that.

ROSEN:
Well, we'll be discussing that with you, but let's move on. We have limited time.

Before I go with the rest of my questions, I do want to thank the dedicated postal workers across this nation, particularly here in my state of Nevada. I spoke with many of them yesterday, the majority of them veterans, veterans and their family. They have done years of dedicated service to this country, to this nation, and they are very concerned.

So, Mr. DeJoy, earlier this year, you've acknowledged you made operational changes to the Postal Service, removed mail sorting machines. You've had reduction, elimination of overtime and late trips. In Las Vegas, where we're expecting mail volume to ramp up soon, our postal workers, the ones I spoke with yesterday, are reporting the removal of sorting machine from our general mail facility, which is actually right down the street from my house.

As a former programmer and systems analyst, I have a real strong appreciation for the data. So, I want to talk about the data that you use to create these policies and what you may or may not have analyzed before you've made these changes. During the pandemic, health officials have directed older Americans to stay at home for their own safety. That means, for our seniors in Nevada and across the country, the Postal Service is the only way that they're going to receive their critical items, life-saving prescriptions, household supplies, Social Security checks.

For veterans, my colleagues have already mentioned this. It's a lifeline. 80 percent of veterans' prescriptions are filled by the United States Postal Service. I have 225,000 veterans in Nevada, many of them relying on this for their timely delivery of life-saving medications. And a small towns across Nevada, from the Gabbs, who has a population of 269 people, to Shores, it's a tribal community with 658 people, some of my larger rural communities, it's all they get is the Postal Service.

So, please, could you answer yes or no, effort of time? Before developing and implementing policy changes since assuming your role this year, did you conduct any specific analysis on how your changes would im--impact seniors, yes or no, sir?


DEJOY:
So, ma'am, the policy changes that I--


ROSEN:
--Yes or no, sir?

DEJOY:

The policy changes that I embarked upon were--were not the ones that you identified in your--

ROSEN:

--So, you didn't do any analysis to see how seniors would be impacted. Okay, let's move on.

Did you do an analysis to see how veterans might be impacted, knowing, knowing that so many of our--actually our postal workers are veterans, we employ so many veterans, that they are getting their medication and that they rely on, 80 percent? Did you do a specific analysis to see how veterans would be impacted?

DEJOY:

The only change that I made, ma'am, was that the trucks leave on time. Theoretically, everyone should have gotten their mail faster.

ROSEN:

So, you can--can you look me in the eye and all the Nevada veterans in the eye, all the Nevada seniors in the eye and tell us that you will not continue in the policies in the future that you know that will harm my seniors, my veterans here in Nevada, and all of our seniors and veterans across this nation? Can you look us in the eye and commit to being sure that they have on-time delivery?

DEJOY:

Well, I'm--I'm working towards on-time delivery, ma'am. Yes, I can commit to that.

ROSEN:

Thank you. And so, did you do any analysis about the fees if the--if mail is late, the late fees that people would get when they pay their rent or their car payment for their utility bill if the mail is slow down, and the impact of the charges and those fees would have on working families? Is there any analysis about the impact of late delivery by you on that, sir? Yes or no, please.

DEJOY:

The analysis that we did was that, if we move the mail on schedule, that all late deliveries would've been improved. That's the analysis.

ROSEN:

Now, obviously that--that isn't the case, so we need to continue with this.

DEJOY:

For--for a variety of reasons, for a variety of reasons.

ROSEN:

So, did you--you know, our deployed service members routinely cast their ballots by mail. Did you specifically analyze how your policy changes would impact our service men and women across this country and across the globe, how your changes would impact them, sir?

DEJOY:

Senator, the--the analysis we did would show that we would improve service to every constituent.

ROSEN:

So, that's great. So, can you provide me by this Sunday--if I understand you correctly, you have analysis that will show that the issue have improved it, although we are finding out through thousands and thousands of contacts to our office, to our connections, that it has not been the case. So, this is, frankly, unacceptable and I would like to see the analysis that this was based on to our offices by the Sunday. Can you commit to that, sir?

DEJOY:

No, ma'am.

ROSEN:

Can you commit to providing it to us at all, sir?

DEJOY:

I can--I will get back to you on that. I would--I would state--

ROSEN:

--You cannot commit to providing--

DEJOY:

--What I--

ROSEN:

--The American people--

DEJOY:

--Yes--

ROSEN:

--The analysis that you used to base your decisions on about their very important medications, their Social Security checks, and all--all the other things. You won't commit to the American people to be transparent?

DEJOY:

Senator, I will go back and get the--the truck schedule, the analysis that designed the truck schedule that I directed the--the--

ROSEN:

--Can you commit to transparency, sir? That's all I'm asking.

DEJOY:

Be very transparent, yes, I do.

ROSEN:

Then that means that you would provide us your analysis. If you're transparent, then ergo that means you will provide us the data that you used to base these important decisions that impact people's lives. I want you to look in the camera. There are millions of people watching who are impacted every day by what you do, and please understand that. And so, I want you to commit to the American people to transparency and to provide us with the data that has been used to create these decisions.

DEJOY:

Ma'am, I--I do not accept the premise, and I will provide you with the transportation schedule that I directed the organization to adhere to. Yes, I will do that.

ROSEN:

Well, we appreciate that. I look forward to seeing that. I look forward to having future discussions with you. Thank you. My time is up.

JOHNSON:

Is Senator Paul available?

PAUL:

Yes. Do you have me?

JOHNSON:

Senator Paul, yeah, we can hear you.

PAUL:

All right. Thank you, Mr. DeJoy, for your testimony. And thank you for taking what sounds like an often thankless job full of partisan rancor. And thanks for bringing your business acumen to something that really, probably from my opinion, is almost an impossible problem short of legislative reform. And even with legislative reform, you know, I--I see it as a--almost an impossibility, how we'd actually balance the annual, you know, operating losses where you weren't running a lost every year. $8 billion to $9 billion a year is an enormous loss.

And I've been of the opinion basically we shouldn't give you any more money unless it's attached to reform. That's the only leverage we have. When the post office becomes desperate for money, we should attach things they don't want to necessarily do; less employees. We started that a few years ago. We've got to do more of it. The mail keeps dropping. You've got to have less employees. That's where your legacy costs are too. Over time, you'll catch up on that, but we've got to go to less employees over time.

We also need to look at the easiest way to continue to personalize service to each--each person individually at their house would be to do it less frequently. And frankly, people who live 20 miles down a shell road, if we told them they were going to get it twice a week versus six times a week, I think we'd actually live with this. I--I grew up in a town of 13,000 people. I still live in a small town. I really think people could--could live with that.

But people should be told of the--the problem will continue to run massive deficits not just in the post office, but throughout government, and that really we shouldn't pass money out like it's candy. We should send it attached to specific reforms.

Could you list some of the legal impediments you have? You're a businessman. If you came in as a venture capitalist and a venture capitalist group took over the post office and named you CEO, what would you do that you're unable to do because it's a government entity now? What are the governmental or legal restraints that prevent you from actually fixing the $8 billion to $9 billion annual loss the post office has?


DEJOY:

Well, thank you, Senator, for the opportunity to address that. I'm a little bit more optimistic than you in terms of our ability to meet--you know, at least to a--a close point of--of break--break--breakeven. Number--number one, the legislative reform that I would ask is what I said--said in my written testimony and opening speak--opening remarks on integration of medic--of Medicaid in our reform pent--pension reform.

I would like to be kind of liberated on pricing from the--it's a very, very competitive market out there now. I would like more pricing freedom. It would drive--that would--that would help us.

I would like some of our unfunded mandates address with and then within the organization I would be able without as much fanfare to do a simple thing like say adhere to our schedules, right and adhere to

our schedules that will--will improve performance and transition there--there should be--there would
be an issue but you know and we are seeing that recover right now and once we get mail--the mail and
packages moving at 97 percent with trucks that are moving at 97 percent on time and were driving
cost out of the system by doing that that is what I would do in--in my own business and in my own
business I would (INAUDIBLE) new business--new business revenue generating ideas which we have
here and will drive billions of dollars of contribution to the cost to serve the American people so we
have--we--we have in the beginning having a plan I'm an optimist about trying to pull this off.

PAUL:

I won't ask you your opinion on going from six days to five days because that is really the job of
Congress but this estimate say 1 billion, $1.5 billion and I think at the very least you have to do it, that
could be a one sentence bill that saves $1.5 billion over there and puts us on a better footing I think
you could go further and instead of assessing people more of a postal charge 20 miles down a dirt road
have less frequent delivery.

And I think that alone would be tolerable and it would still have personal service but it would be less
frequent and I think you could make up for a large amount of your shortfall if you went actually below
five days for some very rural areas.

I mean it's being contested or its been said that some of your competitors who use the post office for
the last mile delivery and we don't charge them an adequate amount they are sort of using the post
office to subsidize last mile delivery. Is that a problem, do we charge your competitors enough when
they get a package shipped to an area and then they use the post office for the last mile? Is that a
competitive advantage? Do you think that's a problem? Should we do anything to fix that?

DEJOY:

Senator--senator if I may when I first came here coming--when I first got this assignment that was an
obvious thing to me you know cut--cut back to five days or four days or whatever and as I have worked
through the process and researched and studied the organization I think the six-day delivery, the
connection that the postal letter carrier has with the American people and gives us this highly trusted
brand and where--where the economy is going in the future and I think that is probably our biggest
strength to capitalize on.

We talk about $1.5 billion to take a day away I am sitting here on a transportation schedule change that could get us to billion dollars or $3 billion right, and improve service and improve the connection to the American people. So there are lots of--

PAUL:

I will believe that when I see it. I don't doubt you but I do doubt government and the post office history so what about the last mile delivery by your competitors? Are we getting a market rate from them?

DEJOY:

We--we are--we are--we are studying it--it so I don't believe my general view again I have been here 60 days and I have looked at that there--there are--we make broad-based deals across the whole country that deal with average--with average rates.

There--there are areas that we could push them up and we are studying that. It is--I don't believe that it on the surface it is not the--it is reasonable business gaps that may exist is how I would describe it.

PAUL:

All right. Well, thanks for trying to fix sort of perhaps unfixable problem and hang in there and just the partisan barbs hopefully they will be portrayed for what they are, partisan barbs that really are trying to fix anything but they are just doing electoral politics by way of attacking you so I apologize for that from my colleagues across the aisle and wish you the best. Thanks.

DEJOY:

Thank you, senator.

JOHNSON:

Thank you, Senator Paul. Senator Romney, are you there?

ROMNEY:

Yes, I am. Can you hear me, Mr. Chairman?

JOHNSON:

Loud and clear. Go ahead.

ROMNEY:

Good. Thank you. Look, I want to begin my expressing my appreciation to the thousands upon thousands of letter carriers and I also want to note as well that the postal workers have made our vote by mail system and use a reliable and very successful system I think for the entire nation.

Mr. DeJoy, assuming as I do that you have been truthful in your testimony today I--I can imagine how frustrating it is to be accused of political motives in your management responsibility. At the same time of course you can clearly understand that there have been pretty good reasons for people to think that you or your colleagues are purposefully acting to suppress voting or that you are going to purposely prevent ballots from being counted and any surprise such concerns has to be tempered by the fact that the president has made repeated claims that mail in voting will be fraudulent that he doesn't want to give more money to the post office because without more money you can't have universal mail in voting but saying--putting that aside let me--let me know that a great deal has been made of the fact that you contributed to President Trump's campaign.

I would know that you also generously contributed to my campaign. So some people would say that you have contributed to both sides. Let me turn and note--let me--let me note that like others today I state the obvious when I say the reliable valid voting is essential to democracy here and of course to the places around the world and particularly with COVID still raging the mail is essential to our voting system and therefore to democracy.

Can--can do you have a high degree of confidence that virtually all of the balance that will be mailed let's say seven days before an election would actually be able to be received and counted? If people vote within seven days of an election are they--are they highly confident, are you highly confident that those ballots would then be received?

DEJOY:

Extremely highly confidence. We will scour every--every plan each night leading up to election day. We are very, very confident.

ROMNEY:

I very much appreciate that. That is a commitment. I hope the American people as I see news reports
of this hearing and of others that are going to come to the house will underscore the fact that if they
get their ballots in at least seven days before an election and probably even closer to the election on
that but that the person who is running the post office is saying he is highly confident those ballots will
be received by the various clerks and they timely way. That is key to us.

On a separate topic you mentioned that there are delays in the system and that is of course to be
expected are they are--are there greater delays in certain areas than others? So for instance are delays
greater in rural areas than they are in the rest of the country?


DEJOY:
Senator, with this I think more urban areas with coronavirus the intimidation of the coronavirus which
scares our work--our employee, employee availability averages dropped across the nation about four--
for about 4 percent but when you can go into some of these what I would say hotspots Philadelphia,
Detroit they are as much as 20, 25--25 percent and we have routes, like Philadelphia has 750 routes
and we have days where we are short 200--200 carriers and this can go on for a while so that is where
that is not the only contribution but that is when--when--when the American people see two, three
days that they haven't seen their carrier that is an issue and I would say this, I think there is at least 20
of those around dissenting level of consequence around the country.


ROMNEY:
So you, thank you. I--I will just end by saying like a number of my colleagues who have already
expressed this at this point I would very much look forward to seeing and I am not talking about by
Sunday I just mean at some point seeing a plan developed by someone of your expertise and logistics
for how we can get the post office to be more economically managed but at the same time maintain a
level of service which is essential for a functioning economy and that is a real challenge but as
someone who has done what you have done throughout your career.

I--I expect you to be up to the task and like Senator Paul I am anxious for there to be a recognition on
the part of Congress that for us to demand certain service levels may require us to make legislative
changes.

So please--please feel welcome in our committee or in the house and for--for letting us go what we
need to do and to make sure that you can do the job we have ask you to do. Thank you postmaster

DeJoy. I appreciate your service.

DEJOY:

Thank you, sir.


JOHNSON:

Thanks, Senator Romney. Senator Enzi?


ENZI:

We appreciate you, Chairman Johnson, for holding this hearing and I especially appreciate that postmaster general coming to this hearing knowing what kind of a target he will be. It's got to be really difficult only to be in office 60 days and being expected to solve all of the problems of this Postal Service. It's been a crisis for many years.

Senator Collins used to head this committee but it wasn't called Homeland Security. It was government affairs and she has worked on the post office all of that time and has a pretty good bill that she's worked on with Senator Feinstein that I hope people will take a look at. I'm not sure that anything could be done in a bipartisan way, particularly if one of the participants, Susan Collins, is up for election because that might help her in her campaign.

But she's been dedicated to this. It isn't a new idea that she had, it's something that she's been working on and it has a lot of good ideas in it. I feel I really appreciate postal workers. In Wyoming particularly, they are doing an outstanding job in spite of all of the difficulties of the pandemic. My father in law was a postal worker and he was--before the mail sorting machines and he was pleased that he was able to memorize all the zip codes in Sheridan--in the Sheridan area and handled the sorting.

Of course, now local mail isn't postmarked locally. These are problems--I--I didn't realize that you personally deliver everything from it that you personally fix that sorting machines. That's all news to me. And detailed analysis--how much detailed analysis can you do in 60 days, particularly, as I suspect that maybe people aren't wanting to share information with you? I hope that those postal workers out there that are dedicated will actually do something to help out on it.

And of course, you've been accused picking on veterans and picking on seniors and I have to admit that I have felt picked on not by you, but by the Postal Service recently. And I was glad to hear your

expected explanation that you're having some difficulty with people to deliver the mail in light of the pandemic. I don't think a lot of people understand that. I didn't understand that.

But I know that we had a package that we were expecting that was being traced and we paid extra to have it traced and we know it sat in the DC post office for 11 days before it was delivered to us. There have been days that our mail wasn't picked up. So I'm glad to know that the reason behind that and to find out this is the big surprise, it wasn't you. I thought you caused all of that.

Mail sorting machines. In Wyoming, I don't think we sort any mail in Wyoming anymore. All those got moved to other centers and I thought it was being done pretty efficiently in Wyoming. And what I also learned was when you move a sorting center under the union requirements, if the people don't want to move, they don't have to move and they still get paid. That's not going to save any money.

I've asked for the analysis on some of these changes that have drastically affected Wyoming. And which of course were not done under you. It was done under previous administrations. And I know that they want to save money, but they've got to do some analysis that will actually save money.

You used to be able to put money in a collection box--put an envelope in a collection box for local delivery and they got it the next day. Now, you put it in my community for local delivery, it goes to Denver first, it gets a shortage, and comes back to Gillette. Sometimes postmarked in Denver. That's not good management. And--and as an accountant, I know that postmarks make a difference. So I'm--I'm concerned. I have a lot of concerns.

And I'm only pointing these out because I know that you've only had 60 days to work on them and your plate was already full. But I'm trying to fill it a little bit more and I began to appreciate that you're willing to--willing to take on this--I guess you'd have to call it an adventure, not a job because it would be too tough as a job. But knowing you made some sacrifices to get to this.

I hope that you will take a look at the urban areas. You've been picked on in the rural areas for a long time, but we have some really efficient people out here that are dealing with long distances and doing it very well. But when I go to my post office in DC, I find that there's only one person working at the counter and if the person that comes up to the counter needs a box to mail it in, the boxes are not out where people can actually get them. So the person behind the counter has to leave and go get a box. And when they bring the box back, it still has to be sealed and addressed and they don't move them over to the side to see if they can wait on the next customer. Everybody waits at social distancing.

I've been to the post office before during my lunch hour and found that the postal workers decided that was their lunch hour as well. No business let's their employees sit down and eat in front of customers during--during their lunch hour. Well, enough of my--I guessed trying to--trying to defend you here, but (INAUDIBLE)--

DEJOY:

--Senator, thank you. Senator, if I may, the--the--thank you for that--the support. But if I may, the day I take the seat, as with any organization, the day you become CEO, you're responsible for everything that goes on Around you and I have big enough shoulders to deal with that. But what--but more important about what you said in the beginning about legislation, you know, not--not moving, we the organization needs to and this board, we will move forward. We have to. Because without legislation, without any assistance, we will run out of money.

And 9 months, 12--we talk--we talk about a 633,000 person organization and 9 months' worth of cash and everybody thinks we're okay. That's outrageous thinking. And so we need to--sweep will--and that's kind of the difference. We are moved--as I said in my opening remarks, the Board of Governors. We will do what we need to do to stay, you know, to meet our operating objectives and that gets too self-sustaining, you know, manner. So thank you.

ENZI:

I appreciate your willingness to be here and I hope that you will take a look at the Collins-Feinstein bill and give us some analysis on that. And I recognize that you have to rely on postmasters across the United States of doing their job to manage their own business. So thank you--thank you for taking this job.

DEJOY:

Thank you. Thank you.

JOHNSON:

Thanks--thank you, Senator Enzi. Senator Hawley.

HAWLEY:

Thank you, Mr. Chairman. Thank you, Mr. DeJoy, for being here. Let me see if I can ask a few questions to get started that will maybe help clear out some of this misinformation that we have heard repeated over and over and over again in the media and some of it echoed today. Just to be clear, will USPS have enough cash on hand to support operating expenses through the number November election?

DEJOY:

Yes, sir.

HAWLEY:

Has the Postal Service seen an increase, actually, and total operating revenues in the most recent recently reported quarter relative to last year?

DEJOY:

Yes, sir. Small, but yes.

HAWLEY:

Has the Postal Service seen Its overall cash on hand position increase since the start of the pandemic in March to a level of approximately $15 billion, is that right?

DEJOY:

Somewhere between $14 and $15 billion. Yes.

HAWLEY:

So if I understood your testimony correctly today, what I've heard you say and what also what I've read in your written testimony, your--your testimony to us is that the Postal Service has the wherewithal, it has the resources, it has what it needs in order to deliver the mail safely and on time through the November election, just to be clear about that. Is that right?

DEJOY:

So yes--yes, Senator. Two separate things. They'll deliver on the election and cash to operate the business in the future are two separate things. But yes, we have plenty of cash to operate for the election.

HAWLEY:

Yeah. No, just on that second point, since you bring it up, with your estimate of the--of the additional assistance that you require as we look forward to the future, past November and into the months and years to come?

DEJOY:

I think we have--so A, the biggest thing we need is legislative reform and free--the PRC to decide. But I estimated about $10 billion. We estimate about $10 billion cost on COVID expense side and what I would like to see is it the note that we have negotiating with Treasury be used to have--get long term finance--

DEJOY:

(INAUDIBLE) buy new vehicles.

HAWLEY:

Can I just ask you about that since you bring up the note from Treasury? So, the CARES Act authorized $10 billion in--and borrowing authority, I understand, that--that you reached. USPS and the Treasury Department came to an agreement late last month in principle over what that would be--what that would look like. Can you give us a sense of--of when this $10 billion that was authorized--it's a loan, when this is likely to be made available to you, what you see its utility as? Just give us an update on where that stands.

DEJOY:

So, we have--we have a--a--terms of agreement. And all we would need to do is, when we request it, get a final document on it. But the terms have been agreed. I mean, the issue here with borrowing money is you need to know how you're going to pay it back. And, you know, at this particular point, you know, we--we--we're evaluating that. But it is available to us pretty quickly.

HAWLEY:

And--and what do you anticipate using it for in the near term, assuming that you do avail yourselves of it?

DEJOY:

There's--there's--there's a pretty specific limitation. I cannot use it for capital but I can use it to cover operating costs that are closely associated with COVID. And we can identify that pretty easily.

HAWLEY:

Now, you said just a second ago when we first--when you first introduced the topic of the loan, you said that you would--you would like additional authority to--to perhaps use the loan toward vehicles or as collateral for vehicles. Can you say more about that?

DEJOY:

Yeah. So, we have--as you probably know, we have many 30-year-old vehicles, that are--we're desperately in need of new vehicles. The loan is not for capital. I would like to see the term extended and used as a capital type equipment loan to buy vehicles and other types of--of modernization efforts that we have, but longer term than five years.

HAWLEY:

Very good. And so, what you would--that is part of the sort of the legislative--additional legislative reforms or authorizations you seek. Am I understanding you correctly?

DEJOY:

Yes, sir. And--

HAWLEY:

--Got it. Go ahead--

DEJOY:

--They're already been passed in--in a committee a couple of years ago, what we're looking for.

HAWLEY:

Right. Understood. Let's come back to some of the reforms that you have recently implemented. To what degree or any of the changes that you implemented over the summer in response to the OIG's recent findings?

DEJOY:

I consider the OIG's recent findings--as we were doing our own--my own--our own analytics, I thought they were for a new--somebody new coming in. I thought they were a remarkable gift in terms of just laying out--there's two things with that. The system was out of balance. The system--the transportation system, 40,000 trucks a day were running.

Once you get below--you know, below 90 percent, you can depend on anything, right? And so, that was--and then there was a cost gift. So, both things--when I came in here looking where the--where the organization was headed financially and what was the--what was the thing I could balance or--we could balance around, that transport--getting that transportation network aligned, which we will do, and--and saving a--you know, a--a--a billion, billion and a half, to $2 billion, which we--we can reach for, was a--a Christmas present. I was elated.

HAWLEY:

Very good. Let me just ask you here--I see my time is almost expired, but let me just ask you in conclusion, I mean, as you probably know, my home State of Missouri, we have a very significant percentage of our population in rural areas. It's the part of the state that I'm from, where I grew up. It's--it is absolutely vital to me that any Postal Service reform going forward continue to preserve that network of rural delivery service, that it--it preserves the existing delivery and the--and post office box services that are available throughout rural Missouri.

So, can I just ask you, are you committed to protecting rural delivery and rural post offices in--for people like the--the folks I represent in Missouri and around the country?

DEJOY:

Sir, we have an unbelievable asset in our letter carriers reaching every American each day. And I commit to trying--trying to strengthen that relationship across the country.

HAWLEY:

Very good. Thank you very much. Thank you, Mr. DeJoy. Thank you, Mr. Chairman.


JOHNSON:

Thank you, Senator Hawley. Before I go to Senator Sinema, based on one of the questions and your response from Senator Hawley, you talked about the trans per se--transportation system just being out of sync.

In your written testimony, I just want to make sure that we're talking about the same thing here, you said you're on time trips went from 35,000 per day to 39,000 per day, which means on, you know, scheduled time of 89 percent improved to 97 percent. So, is that what you're talking about, your trucks actually leaving on time to get on their routes? And has that--has that been part of the disruption as well, is if--if the letters aren't getting to those trucks on time, they may be left behind for next days delivery? Can--can you just expand--


DEJOY:

--Yes. So--


JOHNSON:

--You know, just explain that and clarify that a little better?


DEJOY:

Yeah. So, there--inside the plants, there's a production schedule for mail that would meet--that--that's set up to meet a dispatch schedule for trucks that gets tied to a destination sender for, let's just say, keep it simple, go right to the delivery units, where carriers go out in the morning and carriers then could come back at--at night.

Well, this whole thing is an aligned schedule in theory, on--on--on paper. And we--there's lots of imbalances that we've--that--that we're finding as we went--as we went through this process. But the big thing to try and get everything aligned around is that transportation schedule. And now we have taken that up. And all that mail that was going--all--that was on that truck was also late mail, right? Now we have advanced the mail. We--just some of the mail that--coming off the process lines, we--

we--we--we did a--we found these imbalances and we did a--not as great of a job as we should in recovering for it. But we will. We've seen improvements right now.

Once that comes together, mail will be moving around the country at 90--97 percent on--you know, on--on--on time. And I'm very, very excited and committed to trying to do that. And that, again, enables us to balance the front end and the back--and the delivery end of--of the system and saves us all that money that you saw in the--in the audit report. And it's--it's in--in billions, not in millions.

JOHNSON:

So--so--so as a former manufacturer, I realized if you don't have a good press--process, you don't have a good product. So, you came in and you identified some real process breakdowns. In a very short period of time, you made a pretty dramatic improvement in terms of on time dispatch level, in terms of the transportation system.

Now, you obviously have COVID, which is affecting our entire economy, and obviously it affects the postal system as well. So, you know, basically what I'm hearing out of your testimony is the delivery delays are primarily being caused by the issues related to COVID, but the changes you made in terms of process, certainly in theory, if--if it hadn't already improved it already, is certainly going to set you up for--for improvement and cost reductions and cost savings in the future.

DEJOY:

Yeah, it--it--so, I will--I--I--a substantial portion of our delays are re--related to COVID. I will--I won't go as far as to not say that--we--we had maybe a 4 percent or 5 percent hit on our--on our service level for delayed--all sorts of mail, marketing mail, everything, because it got stuck on--on a dock. And we're--we're drastically bringing that down. And once that is aligned, we should have a smooth, you know, running system at a, you know, much more high-performance, you know, rate.

JOHNSON:

Okay. So, some restructuring is due to the change, but, again, those changes are--

DEJOY:

--Yes--

JOHNSON:

--Necessary to drive cost savings and improvement in the future.

DEJOY:

This--this is very doable, sir. FedEx and UPS do it.

JOHNSON:

Okay, great. Senator Sinema?

SINEMA:

Thank you, Chairman, for holding this important hearing. And I want to thank Postmaster General DeJoy for joining us today. The U.S. Postal Service has always been a critical lifeline for communities across Arizona and the entire nation. And during this pandemic, it's even more true.

Over the past week, my office has heard from over 18,000 Arizonans about the importance of the Postal Service. Arizonans want to ensure the Postal Service will continue to deliver prescription drugs, assist small businesses, and support the right to vote. Arizona has led the way on safe and secure mail-in voting for years, and Postal Service must act to support our upcoming election, especially since we will see increases in vote by mail due to the pandemic.

But our hearing today shouldn't just be about election mail. My constituents have also shared stories about prescriptions that took so long to arrive they worry whether the medication is spoiled. Others are concerned their small business will go under without reliable Postal Service, or that rent checks and bill payments now take a week longer to reach their destination than just a few months ago.

So, Mr. DeJoy, I'm pleased that you heeded requests from me and my colleagues to answer questions about the operational services the Postal Service is making. It's critical that you and your team demonstrated commitment to protecting the ability of customers to get the service they rely on every day and successfully communicating with Congress, stakeholders and election officials is a big part of that effort.

So for my first question in Arizona we expect 85 percent, 90 percent of the electorate to vote by mail this general election. That is approximately 2.4 million ballots moving through the postal network in

Arizona in the weeks before the election. Giving that significant volume, unexpected challenges will certainly arise and adjustments will need to be made.

I have been working closely with the Arizona Secretary of State's office to ensure that they and other local election officials get their questions answered regarding mail issues so that we can have fair elections and I am going to continued to share the full range of questions that my office receives with you and your team and of course their top concern is the timely delivery of ballots. So will local postal managers be authorized to make decisions and have postal employees make extra trips or late trips, work overtime in order to deliver ballots to ensure that plants and post offices don't fall behind in processing election mail?

DEJOY:
Yes, ma'am. Effective October 1, we will have redundant resources and liberal--liberalization and aggressive efforts to make sure everything is moving and flowing timely.

SINEMA:
I appreciate that. Could you tell me what steps your office is taking to communicate this policy to postal managers, election officials, stakeholders and to the public in Arizona so everyone feels confident it citizens have their access to voting by mail?

DEJOY:
Yes, ma'am and--and--in general, we I think we started that in February we have reached out and we have had over 50,000--50,000 contacts with election officials around the country.

As you know we have sent a number of letters, we--we--we are making videos that will go online with the union leadership and myself to communicate out our commitment you know to this and we continue to work with the state boards and our board we decided to put together a--a bipartisan committee on the board to kind of oversee over you know everything that we are going to be doing.

So we are emphasizing and in fact I think in September we are going to send a letter to every American with what our process is going out to every American citizen so I think we--I--I feel good and I appreciate the question and I feel good about what the whole organization from the board of directors down to our letter carriers in plant personnel we are very, very proud of what we are doing and we are going to deliver for the American people.

SINEMA:

Thank you for that. I appreciate it. Postal processing plans are the critical piece to ensure that every day mail arrives in a timely fashion and all of the votes are counted and so we want to make sure that those processing plant operations are remain smooth and efficient.

Earlier this week in your announcement you said you would not close in the postal processing facilities before the election but I don't think you specifically ruled out consolidations at processing plants. So my question is--is the Postal Service planning to modify or reduce capacity at any postal processing facilities before the election and if so what specific steps are you taking to ensure that the Postal Service can continue to meet service standards for both election and regular mail in the communities served by those facilities?

DEJOY:

Senator, I promise you we are not making any changes until after the election.

SINEMA:

I appreciate that. That was a very concise and direct answer. I love it. As you know I recently wrote to you regarding the cherry bill(SP) processing plant in Tucson. It is very important to mail service in that community and throughout Arizona. If the Postal Service considers consolidations or closures of processing facilities in the future would you require new area mail processing studies for any impacted facility or other similar analysis before moving forward with a consolidation or closure?

DEJOY:

Thank--thank you, senator. There was and I'm not totally familiar with it but there is a whole process a pretty detailed process that we need to go through before we close a facility and I would be we--we will take that down if that facility ever gets on that I will make sure we reach out to you in advance and let you know but there is a whole public awareness process, a detailed analysis as to how the mail is going to be processed. It's--it's not an easy thing to do so we--we have it marked down and we will keep you posted if that ever gets on our list--interested locations.

SINEMA:

I appreciate that. Just for your awareness the original (INAUDIBLE) for cherry bill was done in 2011 and as you are probably aware we have had very significant population growth throughout Arizona since then. So we want to make sure that decisions are made with up to date data so I will follow up with you soon about this topic because this is very important for Arizona and it is very important for Southern Arizona in particular.

Mr. Chairman--go ahead. Go ahead, Mr. DeJoy.

DEJOY:

I just say I look forward to speaking to you about it.

SINEMA:

Thank you. I know my time is almost done the last thing I will just say is when you next consider operational changes I would ask you to take into account that negative customer experiences that folks have shared with us like spoiled medicine or missing rent checks we have been getting more complaints about service getting worse since some of these most recent changes. We ask that you would take into account these negative customer experiences when making decisions in the future and my team is happy to share some of those direct experiences with you.

DEJOY:

Thank you for your guidance, ma'am. Appreciate it.

SINEMA:

Thank you so much for being with us today and, Mr. Chairman, thank you for this opportunity, and I yield back.

JOHNSON:

Well thank you, Senator Sinema. Well let me just to again thank you, Mr. Postmaster General, for appearing here on pretty short notice and subjecting yourself to this hearing process.

Just two quick summarize a few things we heard today you know obviously the postal system is every bit as affected by COVID-19 as the rest of this nation has been economically devastating so I think for

anybody to assume that you know service would maintain its high level of standards when we are in the midst of a pandemic I think is quite unrealistic.

As you have stated I think the operational changes that you implemented are designed for long-term improvement but they have created some disruptions as well so but again coming from a manufacturing background I realize you have to have a good process, things have to run on time and you recognize that as well so again I am highly supportive of those efforts. I think that you should be commended not condemned.

As I stated there is no doubt there have been some unusual delays. COVID some operational changes but as I check with our constituents serving folks what they are also finding is the high volume of calls concerning postal complaints the vast majority seem very highly scripted like this could be a very well organized effort which doesn't surprise me in the slightest.

There are fundraising emails from Senate candidates and Senate in the Democrats Senatorial Committee dating back as far as April complaining about the postal issues so I have no doubt the Democrats are ginning this--these issues and these problems up into something that is not a very false narrative as I said designed to extract a--a political advantage and you know Mr. Postmaster General I am just very sorry that you are on the targeting end of this political hit piece.

I think it is very unfortunate, it is very tragic. This is as somebody else pointed out this was part of the problem why we have not had postal reform is how people will take advantage of it and again the expectations I appreciated Senator Enzi's very common sense statement of a number of different facts.

You have only been on the job 60 days, you've got a great background. I truly appreciate your willingness to serve this role. As you heard from the committee we truly appreciate the hard work of the men and women of the U.S. Postal Service doing a good job delivering our mail but we need reforms moving forward so we might have an opportunity here.

They are--there may be another COVID relief package. It probably will include something for postal so if there's going to be dollars allocated what I am certainly asking you for is the information and the data and the suggestions for true reforms.

I think that is what has always been lacking because I have been in this position in terms of postal reform it is always a taxpayer bailout absent of the types of reforms that we also need to also make

legislatively so I really look for your guidance, I look for your data, it's another real shortcoming from my dealing with the U.S. Postal Service here we just don't get the data that we really need to enact effective legislation. I would act actually enact effective legislation that is going to require cooperation with--with you and the postal workers so again thank--thank you for your service, thank you for stepping in this role.

I apologize for the fact that you have become a target in a political hit job. It is very unfortunate but with that--

CARPER:

Mr. Chairman--Mr. Chairman?

JOHNSON:

Yes, certainly.

CARPER:

Would you yield to me for a minute or two please?

JOHNSON:

Absolutely.

CARPER:

Thanks--thanks so much. As you may recall, Mr. Chairman, one of our colleagues the late Tom Coburn and I worked for years on major changes in the Postal Service, real reforms and we've done that.

We've developed bipartisan consensus around that and we can do that again. Among the things that we've heard here today, there's an interest in Medicare integration. I think we ought to look at that. There's an acknowledgement that there needs to be major investment get the fleet, the postal fleet. The average age of the fleet of--of postal vehicles is 27 years old. There are investments that need to be made for additional, modern package processing equipment in distribution centers across the country.

And there's--I think there's the ability to come up with a bipartisan consensus on how to help the Postal Service not just get through a pandemic, but be relevant and efficient and vibrant in the years to come. The--the secret to a vibrant democracy, the two Cs. Communicate and compromise.

And our--with all due respect to our postmaster general, I'm--I'm pretty good at bipartisan top line. I reached out to you when you were just initially selected by the--the Postal Board of Governors. And then later on, I tried to reach you again and again for weeks and couldn't even get a call back and I wasn't the only one. You've got to be willing to communicate. You've got to be willing to communicate.

There are some people in the administration who--who do a great job at that. Bob Lighthizer, a trade representative is one. Mnuchin, secretary of Treasury is one and I would urge you to--to be like them. This is a shared responsibility. It's not on the post office, it's not on the men and women who work in the Postal Service. It's not on the Board of Governors or on you as the postmaster. It's on us as well. It's a shared responsibility. Our country is counting--counting on us and I'm--and we're counting on a democracy.

The last thing I'll mention, I'll go back to Ben Franklin, the first postmaster general. Do you remember what he said coming out of that building at the end of the constitutional convention when they said what have you done here? What have you created? And he said, a Republic if we can keep it. A Republic, if we can keep it.

And one of the keys to achieving here is, frankly, a vibrant Postal Service and the ability for people to vote. Democrat, Republican, or whatever, people who cast the vote and know they're going to be counted. That's critical. We've got a president, sadly, who wants to undermine (INAUDIBLE)--

PETERS:
(OFF-MIC)

CARPER:
--The Postal Service (INAUDIBLE) undermine vote by mail. That's just unacceptable. Hopefully, we can do better than that. And I--I commit my from myself, some of my colleagues to try to do just that. To do better. We can always do better. In order to form a more perfect union, we can do better.

PETERS:

Mr. Chairman--Mr. Chairman, if I could say a few comments too, just briefly.


JOHNSON:

Senator Peters.


PETERS:

Thank you, Mr. Chairman. Postmaster DeJoy, I just I wanted to take an opportunity to thank you as well for appearing us--appearing before us so willingly and certainly on very short notice. But I also want to be very clear about what I've been hearing and I think you've heard from my members and just to counter a little bit of what that chairman said. These are real concerns that I'm hearing. These are not manufacturing.

These are people who are coming forward, talking about delays, talking about medicine that's not available for them, talking about how--we have this shared a story with an individual who--who because of the lack of medicine skipped doses and was actually hospitalized. Those are very real. And when I hear those kinds of stories, we stand up. That's my job. It's the job of every senator here to stand up and--for our constituents, for the people back home who are being hurt and make sure that their voices heard.

That's what this is about. It's about making sure people's voices are heard. That is what this hearing is about. This is why we are standing up and making sure the Postal Service does what they have done with incredible integrity and professionalism for 245 years. We want to make sure that that standard continues going forward.

I fully appreciate that the COVID has created significant problems for the Postal Service. And I won't show my chart again, but if you look at the chart, the service was there through the--through a lot of the pandemic. It's just been in the middle of July where you see a dropping off dramatically. COVID has been with us since March but we've seen a dramatic job dropped since mid-July, which is the time when I got all of those communications and my colleagues have been getting those--those community communications. They are not manufactured. These are real people. These are real problems.


JOHNSON:

PETERS:

So I just want to be clear about that. So Mr.--Postmaster DeJoy, you answered some of our questions today, and I thank you for that. But--but there's still many, many left that are unanswered and I think we all look forward to seeing the documents that we have requested so we can do our oversight function and deliver to us in a timely fashion. I appreciate your willingness to do that.

I'm going to continue my investigation of the recent delays and Postal Service practices that have been put in place and I and I urge you and your staff to be fully forthcoming with any additional requests. That kind of transparency is critically important in this job. I know you have a very hard job. And frankly, I think you've made it harder on yourself because of the lack of transparency that we have seen here these last few weeks.

So in the coming weeks, Congress certainly must provide Postal Service with the resources and the oversight that you need to reliably deliver mail for the American people. But not just through this election. We have to make sure we get through the election, we've got to get through the pandemic, and we want to make sure we put the Postal Service on sound financial footing that lasts for another 245 years and beyond. So thank you again, Mr. Chairman.

JOHNSON:

Okay. Thank you, Senator Peters. And again, I am in no way, shape, or form denying that many of these complaints are absolutely genuine and we take those seriously and help our constituents. But there's also no doubt that a lot of this is being ginned up. Many of those complaints are highly scripted and it's being done for political purpose. There's absolutely no doubt about that.

But we have a new postmaster general who's been in the office less than 70 days. And from my standpoint, I think the first thing he needed to do is get up--get--you know, start the job, roll up his shirt--his shirt sleeves and then get to work and try and figure out what he needs to do to reform the process. So I'm looking forward to a totally transparent process here. I'm looking to separate the fact from the fiction and my problem is there's a lot of fiction, a lot of false narrative being ginned up by-- by Democrats and the left right now.

So I want the data as well, Mr. Postmaster General. I'm sure you will--you will work with us in the future and that's what I'm basically giving you the opportunity to do. There is a possibility for a Postal reform bill even in this next COVID relief package, if there is one.

So let's work in good faith. Thank you again for your service. Thank the men and women of the U.S.-- United States Postal Service for their service as well. The hearing record will remain open for 15 days until September 3rd at 5:00 p.m. for the submission of statements and questions for the record. This hearing is adjourned.

**List of Panel Members and Witnesses**

PANEL MEMBERS:

SEN. RON JOHNSON (R-WIS.), CHAIRMAN

SEN. ROB PORTMAN (R-OHIO)

SEN. RAND PAUL (R-KY.)

SEN. JAMES LANKFORD (R-OKLA.)

SEN. MITT ROMNEY (R-UTAH)

SEN. RICK SCOTT (R-FLA.)

SEN. MICHAEL B. ENZI (R-WYO.)

SEN. JOSH HAWLEY (R-MO.)

SEN. GARY PETERS (D-MICH.), RANKING MEMBER

SEN. THOMAS R. CARPER (D-DEL.)

SEN. MAGGIE HASSAN (D-N.H.)

SEN. KAMALA HARRIS (D-CALIF.)

SEN. KYRSTEN SINEMA (D-ARIZ.)

SEN. JACKY ROSEN (D-NEV.)

WITNESSES:

**Testimony & Transcripts**

**About Senate Homeland Security and Governmental Affairs**

[Staff](#)

[Hearing](#)

[Transcripts](#)

[Testimony](#)

[Committee Reports](#)

[Associated Bills](#)

[Schedules](#)

[Markup](#)

[Amendments](#)

© 2020 · CQ - Roll Call, Inc · All Rights Reserved.

1201 Pennsylvania Ave NW, 6th floor · Washington, D.C. 20004 · 202-793-5300