

# OFFICIAL ELECTION MAIL— GRAPHIC GUIDELINES AND LOGOS

January 2020
Publication 631





## Contents

Official Election Mail Logo . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Conditions of Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Small Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Medium Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Large Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Color and Print Specifications . . . . . . . . . . . . . . . . . . . . . . . 6

Clearance Area – All Uses . . . . . . . . . . . . . . . . . . . . . . . . . 7

Postage Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Placement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Exclusion Zone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Sample 6 inches x 9 inches Business Reply Mail Envelope . . . . . . . . . 8

Sample 3.875 inches x 8.875 inches Business Reply Mail Envelope . . . . 9

Sample 4.125 inches x 9.5 inches Business Reply Mail Envelope . . . . . . 9

Sample 6.125 inches x 11 inches Business Reply Mail Envelope . . . . . . 10

Sample 9 inches x 12 inches Business Reply Mail Envelope . . . . . . . . 10

Sample 6 inches x 9 inches Courtesy Reply Mail Envelope . . . . . . . . . 11

Sample 6.125 inches x 11 inches Courtesy Reply Mail Envelope . . . . . . 11

Sample 3.875 inches x 8.875 inches Courtesy Reply Mail Envelope . . . . 12

Sample 4.125 inches x 9.5 inches Courtesy Reply Mail Envelope . . . . . . 12

Sample 9 inches x 12 inches Courtesy Reply Mail Envelope . . . . . . . . 13

Samples of Incorrect Official Election Mail Logo Usage . . . . . . . . . . . 14

**Official Election Mail Logo**

The Official Election Mail logo is a unique registered trademark designed exclusively for inclusion in the design of Official Election Mail. The United States Postal Service® created the logo in cooperation with the Joint Election Official Liaison Committee to help federal, state, and local government election officials carry out their responsibilities under the National Voter Registration Act of 1993. The logo design features an interpretation of the stars and stripes of the American flag, and the words "Official Election Mail," clearly visible over the designation — "Authorized by the U.S. Postal Service."

This guide is intended to provide information regarding the proper usage of the Official Election Mail logo in accordance with Postal Service™ rules and regulations, and to ensure mail containing the logo can be processed in an efficient and cost-effective manner. Correct usage of the logo by election officials helps to ensure the intent and credibility of this symbol remain intact.

The Official Election Mail logo should be used on any mailpiece created by an election official that is mailed to or from a citizen of the United States for the purpose of participating in the voting process. This includes balloting materials, voter registration cards, absentee applications, polling place notifications, and voter reply mail. The logo should be used on all classes of mail and all processing categories; however, it is not intended to upgrade service or substitute for postage.

When the Official Election Mail logo appears on a mailpiece, voters recognize the mail as important and distinct from partisan political mailings. Additionally, the logo serves to identify Official Election Mail for Postal Service workers and distinguish it from the thousands of other mailpieces that are processed daily.

Since this logo is a registered trademark, it is important for election officials to:

- Read and comply with the requirements for its use.
- Call 855-593-6093 to consult with a Postal Service mailpiece design analyst (MDA) to determine how to incorporate the logo into the design of Official Election Mail, or email requests or questions to *MDA@usps.gov*.

**Conditions of Use**

The Postal Service grants a limited license to use the Official Election Mail logo only under the conditions set forth in 1 through 4 of this section. The Postal Service views any use of the logo inconsistent with these conditions as an infringement of its intellectual property rights.

1. This license is granted only to federal, state, and local government voter registration and election officials. Use by any other person or entity is not approved or licensed and will be considered an infringement of the rights of the Postal Service.
2. The Official Election Mail logo must be used only on Official Election Mail, mailed under the authority of an election official. The logo may not be used on any partisan mailings.
3. The Postal Service reserves the right to obtain information regarding the scope of use, to seek the termination of all unauthorized uses, and to pursue all legal remedies available.
4. Use of the logo must conform strictly to the guide-lines set forth in this guide. Placement of the logo on a mailpiece must not interfere with the postage area, address area, return address area, or barcode clear zone.

Find more information about classes of mail, preparation requirements, rules, regulations, and policies online at *pe.usps.com*.

For questions about mailpiece design and placement of the Official Election Mail logo and to receive camera-ready artwork of the Official Election Mail logo, send requests to an MDA either by emailing *MDA@usps.gov* or by calling 855-593-6093.

Direct your questions regarding the limited use, conditions, and legal policy related to the Official Election Mail logo to *ElectionMailProgramManager@usps.gov*.

**Small Use**

Use the small application only on labels, postcards, and envelopes that do not exceed 4 1/8 inches x 9 1/2 inches (Standard #10 envelope).

**Medium Use**

Use the medium application on small- to medium-size envelopes that exceed 4 1/8 inches x 9 1/2 inches (Standard #10 envelope).

**Large Use**

Use the large application on placards and all other envelopes, which are large, oversized, and exceed 6 1/8 x 11 1/2.

**Color and Print Specifications**

The following apply:

- Print the Official Election Mail logo using one of these color options:
  - Black.
  - PMS 301 Blue.
  - PMS 485 Red.
- Print the logo only on a light colored background.
- Print the stripes/waves at 40 percent of the selected color.



**Clearance Area – All Uses**

For the small, medium, and large logo, use a clearance area of at least 0.25 inch or 1X the height dimension of the words “ELECTION MAIL,” whichever is larger around the entire logo. Do not place other graphics inside the clearance area, this includes the address, postage, and return information. There must also be a clearance area of at least 0.25 inch or 1X the height dimension of the words “ELECTION MAIL,” whichever is larger between the top of the logo and top of the envelope, postcard, or label.

**Clearance Area –** A minimum 0.25 inch clearance around entire logo, or 1X the height dimension of “ELECTION MAIL” if it exceeds the minimum clearance.

**Postage Area**

Effective October 7, 2013, **balloting materials for any election, whether disseminated in hardcopy or electronically, must indicate in a prominent location the proper amount of First-Class Mail® postage that must be applied, except in certain circumstances for balloting materials for military and overseas voters or where postage is prepaid.** This information must be included in the balloting materials (i.e., on the ballot, ballot instructions, mailing instructions, or the envelope) with the marking “First-Class Mail postage must be applied.” The marking “Apply First-Class Mail postage here” could be printed in the upper-right corner of the address side of the envelope used by the voter to return the marked ballot to election officials. The Postal Service will also accept approved variations of the indicia enumerated above.

The marking requirements will not apply to balloting materials that meet one of the following exceptions:

- The balloting materials fall under the special exemptions for military and overseas voting.
- The ballot is returned under Business Reply Mail® service.
- Return postage is guaranteed through a postage due account.
- Postage on the ballot is prepaid by stamps, meter, or Permit Reply Mail.

## Placement

On envelopes:

- Place the Official Election Mail logo on the address side of the mailpiece.
- Avoid having the logo encroach upon the address area and the area for the indicia or postage stamp and the exclusion zone (shown in gray in the graphics). The exclusion zone, which establishes a clear area for a USPS cancellation mark, is 1.73 inches in length, with its right edge placed 2.83 inches from the mailpiece's right edge and its bottom edge placed 0.90 inch from the top of the mailpiece.
- Place the logo vertically from the top edge of the envelope to the top edge of the address area.
- Maintain the clearance area around the logo to keep an identification of the mailpiece as it goes through the system.

## Exclusion Zone

Except for the indicia and the USPS Facing Identification Mark, avoid placing graphics or print in the exclusion zone, because they might obscure the legibility of the USPS-applied cancellation mark if used.

**Sample 6 inches x 9 inches Business Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

NOT TO SCALE

Official Election Mail | *Graphic Guidelines and Logos*

**Sample 3.875 inches x 8.875 inches Business Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
0.90 inch
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 000 PALO ALTO, CA
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

NOT TO SCALE

**Sample 4.125 inches x 9.5 inches Business Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
0.90 inch
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 000 PALO ALTO, CA
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 9 PUBLICATION 631

Official Election Mail — Graphic Guidelines and Logos

**Sample 6.125 inches x 11 inches Business Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
0.90 inch
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 000 PALO ALTO, CA
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

NOT TO SCALE

**Sample 9 inches x 12 inches Business Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
0.90 inch
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 0000 ANYTOWN USA
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 10 PUBLICATION 631

Official Election Mail | Graphic Guidelines and Logos

**Sample 6 inches x 9 inches Courtesy Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
0.90 inch
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
Apply First-Class Mail Postage Here
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826
NOT TO SCALE

**Sample 6.125 inches x 11 inches Courtesy Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
0.90 inch
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
Apply First-Class Mail Postage Here
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826
NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 11 PUBLICATION 631

Official Election Mail | Graphic Guidelines and Logos

**Sample 3.875 inches x 8.875 inches Courtesy Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
0.90 inch
Apply First-Class Mail Postage Here
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826

NOT TO SCALE

**Sample 4.125 inches x 9.5 inches Courtesy Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
0.90 inch
Apply First-Class Mail Postage Here
OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826

NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 12 PUBLICATION 631

Official Election Mail | *Graphic Guidelines and Logos*

**Sample 9 inches x 12 inches Courtesy Reply Mail Envelope** *(Exclusion zone is shown in gray.)*

1.73 inches
2.83 inches
0.90 inch
Apply First-Class Mail Postage Here
MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826

NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 13 PUBLICATION 631

Official Election Mail | *Graphic Guidelines and Logos*

**Samples of Incorrect Official Election Mail Logo Usage**

MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 0000 ANYTOWN USA
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
OFFICIAL ELECTION MAIL
BUSINESS REPLY MAIL
POSTAGE WILL BE PAID BY ADDRESSEE
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9605

MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
OFFICIAL ELECTION MAIL
Postage Required Post Office will not deliver without proper postage.
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826

MR JOHN VOTER
12345 MAIN ST
NORRISTOWN PA 19403
Postage Required Post Office will not deliver without proper postage.
ELECTION MAIL
1000 W VALLEY RD
SOUTHEASTERN PA 19399-1826

NOT TO SCALE

© U.S. POSTAL SERVICE JANUARY 2020 14 PUBLICATION 631

## Reference — USPS Official Election Mail Logo

The USPS® Official Election Mail logos below have been specially created. Do not alter or resize the logo when reproducing it. The ® (registered mark) should never be smaller than 5pt. For the small, medium, and large logo, use a clearance area of at least 0.25 inch or 1X the height dimension of the words "ELECTION MAIL," whichever is larger around the entire logo.

**SMALL USE** (for labels, postcards and envelopes not exceeding 4 1/8 inches x 9 1/2 inches)

**MEDIUM USE** (for envelopes which exceed 4 1/8 inches x 9 1/2 inches)

**LARGE USE** (for placards and all other envelopes which are large and oversized)

**CORRECT USE**

Envelope

Envelope

Envelope

**PLACEMENT OF LOGO**

Place the Official Election Mail logo on the address side of the mailpiece while avoiding the address area and the area for the indicia or postage stamp. Place the logo vertically from the top edge of the envelope to the top edge of the address area. Maintain the clearance area around the logo to keep an identification of the mailpiece as it goes through the system. Do not place anything above the logo.

**INCORRECT**

Envelope

Envelope

Envelope

Envelope

**LOGO COLORS** (Official Election Mail) logos can only be printed in Black, PMS 485 or PMS 301)

**Clearance area – A minimum 0.25 inch clearance around entire logo, or 1X the height dimension of "ELECTION MAIL" if it exceeds the minimum clearance.**

Conditions of use:

The Postal Service grants a limited license to use the Official Election Mail logo only under the conditions set forth in 1 through 4 below. The Postal Service views any use of the logo inconsistent with these conditions as an infringement of its intellectual property rights.

1. This license is granted only to federal, state, and local government voter registration and election officials. Use by any other person or entity is not approved or licensed and will be considered an infringement of the rights of the Postal Service.
2. The Official Election Mail logo must be used only on Official Election Mail, mailed under the authority of an election official. It may not be used on any partisan mailings.
3. The Postal Service reserves the right to obtain information regarding the scope of use, to seek the termination of all unauthorized uses, and to pursue all legal remedies available.
4. Use of the logo must conform strictly to the guidelines set forth in this guide. Placement of the logo on a mailpiece must not interfere with the postage area, address area, return address area, or barcode clear zone.

Find more information about classes of mail, preparation requirements, rules, regulations, and policies online at *pe.usps.com*.

For questions on mailpiece design and placement of the Official Election Mail logo and to receive camera-ready artwork of the Official Election Mail logo, send requests to a mailpiece design analyst either by emailing *MDA@usps.gov* or by calling 855-593-6093.

Direct your questions regarding the limited use, conditions, and legal policy related to the Official Election Mail logo to *ElectionMailProgramManager@usps.gov*.

1/2020



© U.S. POSTAL SERVICE  JANUARY 2020