## First-Class Mail Volume Since 1926
## (Number of Pieces Mailed, to the Nearest Million)

An Act of February 28, 1925, authorized the Postmaster General to account annually for revenues and costs associated with different types of mail; annual analyses, with detailed estimates of mail volume, are available beginning in 1926.

| Year | Pieces |
|---|---|
| 1926 | 15,266 |
| 1927 | 16,284 |
| 1928 | 16,706 |
| 1929 | 17,170 |
| **1930** | **16,901** |
| 1931 | 15,824 |
| 1932 | 14,598 |
| 1933 | 10,878 |
| 1934 | 11,557 |
| 1935 | 12,498 |
| 1936 | 12,731 |
| 1937 | 13,882 |
| 1938 | 14,226 |
| 1939 | 14,657 |
| **1940** | **15,224** |
| 1941 | 15,989 |
| 1942 | 16,972 |
| 1943 | -- |
| 1944 | 20,510 |
| 1945 | 21,009 |
| 1946 | 20,059 |
| 1947 | 20,665 |
| 1948 | 21,948 |
| 1949 | 23,206 |
| **1950** | **24,500** |
| 1951 | 25,578 |
| 1952 | 26,502 |
| 1953 | 27,257 |
| 1954 | 27,085 |
| 1955 | 28,713 |
| 1956 | 30,078 |
| 1957 | 31,561 |
| 1958 | 32,218 |
| 1959 | 32,274 |
| **1960** | **33,235** |
| 1961 | 34,289 |
| 1962 | 35,333 |
| 1963 | 35,833 |
| 1964 | 36,943 |
| 1965 | 38,068 |
| 1966 | 40,422 |
| 1967 | 41,998 |
| 1968 | 43,183 |
| 1969 | 46,411 |
| **1970** | **48,640** |
| 1971 | 50,036 |
| 1972 | 48,933 |
| 1973 | 50,965 |
| 1974 | 51,594 |
| 1975 | 51,373 |
| 1976 | 52,108 |
| 1977 | 53,654 |
| 1978 | 55,981 |
| 1979 | 57,926 |
| **1980** | **60,276** |
| 1981 | 61,410 |
| 1982 | 62,200 |
| 1983 | 64,247 |
| 1984 | 68,429 |
| 1985 | 72,440 |
| 1986 | 76,187 |
| 1987 | 78,869 |
| 1988 | 84,749 |
| 1989 | 85,855 |
| **1990** | **89,270** |
| 1991 | 90,285 |
| 1992 | 90,781 |
| 1993 | 92,169 |
| 1994 | 95,333 |
| 1995 | 96,296 |
| 1996 | 98,216 |
| 1997 | 99,660 |
| 1998 | 100,434 |
| 1999 | 101,937 |
| **2000** | **103,526** |
| 2001 | 103,656 |
| 2002 | 102,379 |
| 2003 | 99,059 |
| 2004 | 97,926 |
| 2005 | 98,567 |
| 2006 | 98,016 |
| 2007 | 96,297 |
| 2008 | 90,671 |
| 2009 | 82,727 |
| **2010** | **77,592** |
| 2011 | 72,522 |
| 2012 | 68,674 |
| 2013 | 65,754 |
| 2014 | 63,849 |
| 2015 | 62,599 |
| 2016 | 61,240 |
| 2017 | 58,834 |
| 2018 | 56,712 |
| 2019 | 54,943 |

Note:
Numbers for some years were revised in later years; the most recent figures are shown. Beginning in 2008, figures do not include First-Class Parcels and international pieces.

Sources:
1926-1949: U.S. Post Office Department, Bureau of Finance and Administration, *Mail Trends, Domestic and International, 1926-1966,* March 1967, 15. Since 1950: *Annual Report of the Postmaster General* (title changed to *Annual Report of the United States Postal Service* in 1996 and to *Annual Report to Congress* in 2011).

HISTORIAN
UNITED STATES POSTAL SERVICE
FEBRUARY 2020