## 314 Collection Point Management System, Collection Tests, and Density Tests (Volume Reviews)

### 314.1 General

All collection points are required to be entered in the Collection Point Management System (CPMS) by the responsible District where Internet access is available. No scheduled collection may be excluded from CPMS.

The information recorded in CPMS must be accurate and complete and must be reviewed at least annually by the District for accuracy. All exceptions must be in accordance with 313.3. CPMS is utilized to electronically verify collections. Any collection points recorded in these systems and receiving electronic scan data do not require the manual test as specified in 314.2.

Collection points are defined locations where a customer drops off mail for collection by the Postal Service. These can include mailchutes, receiving boxes, firm pickups, Self-Service Kiosk (SSKs) drops, lobby drops, and mail collection racks. Collection boxes are a subset of collection points.

### 314.2 Manual Collection Tests

In any delivery office lacking Internet access and any such office not using electronic collection management tools, the collection points process must be tested quarterly. This test is completed using plastic collection test card D-1148 and PS Form 3702, *Test Mailing Record (Collection and Special Test Mailings),* in accordance with Handbook M-39, *Management of Delivery Services,* part 133.

### 314.3 Volume Density Tests

Estimates of collection box volumes should only be used for preliminary information, where no changes are considered, or to determine which boxes will have a density test performed. All determinations made under POM 315.3 (relocation/removal of boxes) should use the following density-test process:

a.  Use an actual count for letters or record a linear measurement of letters contained in the box.

b.  Convert the linear measurement to pieces at 227 pieces per foot (or current conversion figure).

c.  Add actual piece counts for flats and small parcels.

Density tests should be for a continuous 2-week period. At a minimum, density tests must be performed annually.

If the potential action under consideration involves Saturday collection alone, only collect data from four consecutive Saturdays.

Where multiple boxes are collected, mail volume from all boxes must be totaled. Collectors are required to record all density test mail volumes in the scanner. Collections density volume will be stored in Postal systems for use as needed.

For offices without Internet access, use locally available tools (e.g., Excel) to generate density-test worksheets. Retain data locally until a subsequent density test is conducted. Provide feedback to the District collections coordinator as needed.

### 315 Collection Boxes

#### 315.1 Appearance

All collection boxes must have a uniform appearance and indicia so that customers can readily identify the type of service provided at each box. All boxes must be maintained in good condition with a clean and legible collection schedule decal. Boxes must be painted in accordance with and have only the decals prescribed by Brand and Policy at Headquarters. Collection boxes are to be maintained in good condition.

#### 315.2 Number, Location Type, and Box Type

Install a sufficient number and type of collection boxes (see parts 313.1, and 322.22) within the delivery area to handle mail volume.

#### 315.3 Relocation Before Removal

Collection boxes averaging less than 25 pieces a day should be relocated within the neighborhood or community to a potentially higher volume location. A two-week density test and analysis must occur at least annually.

Boxes adjacent to senior citizen housing, municipal and judicial buildings, and other public facilities are examples of the types of boxes that may be left in place even if fewer than 25 pieces per day are generated. Before removing a collection point, it must be considered for relocation within the neighborhood.

If after exhausting/reviewing potential relocation options, it is ultimately decided that the collection point should be removed, approval must be granted by the exception authority listed in 313.3. Before a collection box can be removed or relocated, a notice to that effect for customers must be placed on the box 30 days prior to the removal or relocation showing the location(s) and collection schedule(s) for other collection points in the vicinity.

#### 315.4 Immediate Removal

If, after a collection box has been vandalized or tampered with, the location is determined to be unsecure by the Area manager, Delivery Programs Support, the box may be removed immediately without notice.

### 316 Collection Schedule Decals

A correct and legible collection schedule decal, Decal 55B, displaying all scheduled collections, must be affixed at each collection point. This decal must also indicate the location of the nearest collection point with a 5:00 P.M. (or later) scheduled collection.

For collection schedule changes that eliminate a 5:00 P.M. or later collection on weekdays or that eliminate a Saturday collection, post a notice on the box at least 30 days before any changes to inform affected customers, showing the location of the nearest collection point with a 5:00 P.M. or later collection and a Saturday collection. Retain a copy of the posted notice in the local files. Before any such action is taken on a collection box with a scheduled pick-up of 5:00 P.M. or later, be sure a two-week density test was completed and it justifies the change.