**MAINTENANCE TECHNICAL SUPPORT CENTER**
**HEADQUARTERS MAINTENANCE OPERATIONS**
**UNITED STATES POSTAL SERVICE**

# Maintenance Management Order



| | |
|---|---|
| **SUBJECT:** Refurbishment and Disposal Procedures of Collection Boxes | **DATE:** March 31, 2017 |
| | **NO:** MMO-020-17 |
| **TO:** All Maintenance Capable Sites | **FILE CODE:** M |
| | bjam:mm15055al |

| Online Change Record | | |
|---|---|---|
| **Change #** | **Date** | **Description of Change** |
| 2 | 01/16/2020 | Removed the link that no longer worked and had no replacement in the 3rd bullet on the 1st page of the TL. |
| 1 | 4/14/2017 | Attachment 1, Section 1.0, page 6, deleted step and figure for Chute Cover Plate requirement. |

This Maintenance Management Order (MMO) notifies the field of the current Collection Box refurbishment policy and procedure.  This bulletin applies to Acronym Box and Class Code AA.

The U.S. Postal Service has a contract with the Steel Craft Corporation and Hartford Finishing for refurbishment of Collection Boxes.  Models included in the refurbishment contract are, 1170K Standard Collection Box, 1171K Relay Box, 1170T Large Collection Box, 1170EXP Express Collection Box, 1170V Single Chute Jumbo Collection Box, and 1170S Double Chute Jumbo Collection Box.

When a Collection Box has been deemed defective and requires replacement, or a Box is taken out of operation, the site is responsible to assess whether the defective or removed box meets the refurbishment criteria and coordinate the refurbishment.

All collection boxes that can be refurbished must be sent to Steel Craft and Hartford Finishing under the refurbishment contract agreement.

The following will provide guidance with the return of the collection boxes:

- Collection boxes are to be returned without locks, as the locks are specific and accountable to the site.

- Collection boxes should be palletized if at all possible and secured by strapping or shrink wrap to limit damage in transit.

- If site has an inventory of at least 15 boxes (any combination of the listed models), contact TMDC to schedule a pick up.  A Bill of Lading (BOL) will be generated for the collection boxes to be shipped directly to the refurbishing contractor.  The Topeka MDC will pay the freight.

- If the site has 14 boxes or less, contact District Maintenance and a pickup will be coordinated across multiple sites within the district.

Web Access: http://www1.mtsc.usps.gov

Attachment 1 outlines the Collection Box Inspection process and Shipping Instructions.

Direct any questions or comments concerning this bulletin to the MTSC HelpDesk, online at https://tickets.mtsc.usps.gov/login.php or call (800) 366-4123.

[signature: Kevin Couch]

Kevin Couch
Manager
Maintenance Technical Support Center
HQ Maintenance Operations

Attachments:   1.   Collection Box Inspection and Shipping Instructions
                          2.   Bill of Lading (BOL) Shipment Request Form

Maintenance Technical Support Center                                                          MMO-020-17

# ATTACHMENT 1

## COLLECTION BOX INSPECTION AND SHIPPING INSTRUCTIONS

**1.0.     COLLECTION BOX INSPECTION**

Perform the following procedure to determine if the collection box(es) should be disposed of locally or shipped to Steel Craft for refurbishment.

1. Ensure the collection box **Does Not** have any of the following issues or items:

    a. Lock installed (Figure 1-1) – All boxes submitted for refurbishment must have all locks removed prior to shipment.



**Figure 1-1.  Lock Installed**

   b. Rusted through holes (Figure 1-2).



**Figure 1-2.  Rusted Through Holes**

c. Excessively bent legs (Figure 1-3).



**Figure 1-3.  Bent Legs**

d. Chute Installed (Figure 1-4).  If the box has the chute installed, and this is the only issue keeping the box from being refurbished, remove the chute and reuse the chute on another box.  It is permissible to send the box to Steel Craft if the site cannot remove the chute.



**Figure 1-4.  Chute Installed**

e. Missing Chute Access Panel (Figure 1-5).



**Figure 1-5. Missing Chute Access Panel**

f. Padlock hasps installed (Figure 1-6). If the box has the padlock hasps installed, and this is the only issue keeping the box from being refurbished, remove the padlock hasps. It is permissible to send the box to Steel Craft if the site cannot remove the padlock hasp.



**Figure 1-6. Padlock Hasps Installed**

g. Visible dents or dings (Figure 1-7).



**Figure 1-7.  Dents and Dings**

h. Time Card Cover (D1178B) or Frame (D1176A) installed on the front of the collection box (Figure 1-8).  If a Time Card Cover or Frame is present, the collection box is still eligible for refurbishment.



**Figure 1-8.  Time Card Cover or Frame**

i. If any of the unrepairable conditions exist, the collection box must be disposed of locally.

Maintenance Technical Support Center                                             MMO-020-17

2. Ensure the collection box meets all of the following cirteria for refurbishment:

   a. Box must be relatively straight and undamaged (Figure 1-9).



**Figure 1-9.  Straight and Undamaged**

   b. The collection box must have four relatively straight legs that stand near flush to the floor (Figure 1-10).



**Figure 1-10.  Straight Legs**

    c. The collection box must have the Customer Access Door (except for Jumbos) and Postal Access Door installed (Figure 1-11).



**Figure 1-11.  Customer Access Door and Postal Access Door**

    d. If the collection box meets all the criteria for refurbishment, proceed to Section 2.0 to ship the collection box.

**2.0.     SHIPPING INSTRUCTIONS**

1. Site must fill out the highlighted portions of the Bill of Lading (BOL) form in Attachment 2, providing address, contact information, pickup dates/times, and quantity of boxes.

2. Email the form to the following email address yz1n00@usps.gov.

3. The MDC will provide the shipping dates and times once the BOL is processed.

4. Contact NMCS at (800) 332-0317, and select Option 4, Option 4 should assistance be required with filling out the Shipment Request Form.

5. Ensure that all boxes are palletized, secured, and staged before the truck comes for pickup.  If additional materials are needed for loading, note that on the BOL form in the Notes and Special Instructions section.

**3.0.     DISPOSAL PROCEDURES**

When the expected combined cost of repairs and repainting a collection box exceeds allowable cost limitations, and refurbishment criteria has not been met, boxes will be retired, destroyed, and disposed of locally, in accordance with Handbook AS-701 - Asset Management, dated January 2015.

PS Form 969, Material Recycling and Disposal, is required with all supervised destructions. Form 969; box 17 must be signed by local Finance department, and box 18 of the form must be signed by local Maintenance department.

Upon receipt of these signatures, the form should be sent to Local ASC, with a local copy filed for record keeping requirements. This process ensures local inventory is correctly managed.

**THIS PAGE BLANK**

# ATTACHMENT 2

## BILL OF LADING (BOL) SHIPMENT REQUEST FORM

## Bill of Lading (BOL) Shipment Request Form

| | | | |
|---|---|---|---|
| *Requested by: | | | Date Requested: |
| *Phone/cell: | | *Fax: | Email: |
| **Origin** | | | |
| *FEDSTRIP # | | | |
| *Address Name | | | |
| *Address Line 1 | | | |
| Address Line 2 | | | |
| *City, State, Zip | | | |
| *Contact Name: | | | |
| *Contact Phone/Cell: | | | |
| *Contact Fax or (EMAIL ADDRESS PREFERRED): | | | |
| **Destination** | | | |
| *FEDSTRIP # | | | |
| *Address Name **Hartford Finishing** | | | |
| *Address Line 1 **844 W. State** | | | |
| Address Line 2 | | | |
| *City, State, Zip **Hartford, WI   53027** | | | |
| *Contact Name: **Russ Berger** | | | |
| *Contact Phone: **(262) 673-6770** | | | |
| *Contact Fax or (EMAIL ADDRESS PREFERRED):  russ.berger@scc-wi.com | | | |
| **Pickup Date:**  List date Shipment is Available for Pickup: (PLEASE PROVIDE DOCK AVAIL  HOURS) | | | |
| **Delivery Date** List date Shipment is to be Delivered by: (PLEASE PROVIDE AVAIL DOCK HOURS) | | | |
| *List any Contract # or Purchase # or Reference #'s that are associated with this shipment: | | | |
| *Inside Delivery Needed? | | | |
| *Finance # to be charged for Shipment:671981 | | | |
| List any Capital ID number associated with this shipment? | | | |
| Description of Items to be shipped.1170K Collection Boxes to be refurbished. | | | |
| Postal Account Code: **52801** | | | |
| *TOTAL VALUE OF SHIPMENT $_____     AND  EBuy2 Request #_____ | | | |
| | | | |

     *Denotes required field

Maintenance Technical Support Center                                                                                               MMO-020-17

## Bill of Lading (BOL) Shipment Request Form

| **\*Commodity Type:** | Hazardous ☐ | Pharmaceuticals ☐ |
|---|---|---|
| | Firearms ☐ | General ☐ |
| **Standard Comments:** | Fragile ☐ | No-liability ☐ |

**Notes and Special Instructions:** (specify any special requirements for your shipment.  Examples would be: Require Air Ride Trailer, Carrier to Provide Straps and Pads, "Deliver to Dock Door #9, Inside Delivery Needed (Inside delivery means the driver is responsible for unloading and will have to deliver it within the building its self not the dock), Carrier, hours of operation, dock height requirements etc.) Any Additional Information for your load should be listed in this block:

**ATTENTION, this product is an Internal USPS Materials move – PS-Form 8125 is not needed!**

HOW MANY TRUCKS :1

RUCK SIZE NEEDED:53'

Air-Ride     or     Non Air-Ride

SMOOTH FLOOR :   noX     yes

E-TRACK :   (REQUIRED W/ RATCHET STRAPS)   noX     yes
Ratchet Straps:     noX     yes     how many?

Pads:   noX     yes       how many?

Padded Bar Bracing:       noX       yes     how many?

NON-USPS (HIRED) MANPOWER :   noX    yes     how many?

**Shipment Line Items (Note: Maximum Total Wt is 45,000 pounds per trailer)**

| *QTY | PSN / PSIN | *Total Wt. | *Dimensions (L x W x H) | *Description |
|---|---|---|---|---|
| ?? | 7110-01-364-3061 | 36,000 lbs | 24" X 24" X 55" | 1170K Collection Boxes to be refurbished. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total Wt. 36,000 lbs. | | |

Attachment 2                                                                                                                                           3

# Bill of Lading (BOL) Shipment Request Form

**Instructions:**

Perform steps in Attachment 1.

**What Information is needed on the Request Form?**

**Origin Information**: Location Name and Address of where the shipment will be picked up from.  You will also include a Point of Contact for the Origin.

**Destination Information**: Location Name and Address of where the shipment will be delivered.  You will include a Point of Contact for the Destination.

**Dates**: Requested Pickup Date or use "Must be Picked up on" fields.  Same for Delivery Dates

**Finance #**:  List the Finance Number that is to be billed for the shipping charges

**Postal Acct #**:  Will ALWAYS be **52801**

**Description of Item**:  Brief description of item or items to be shipped.

**Shipment Value**:  Value of Entire Shipment.  This is used to ensure enough Insurance is obtained.

**Inside Delivery**:  If you require the Carrier to make an inside delivery, Indicate on this line. An extra fee is added for this option and can be expensive.  Please make every attempt to have Postal Employees off-load.

**Equipment Type**:  If you need a trailer other than a standard enclosed Non Air Ride Trailer, You will indicate that information on this line.  Indicate if you need Air Ride Trailer, Trailer w/ Lift Gate, etc.

**Commodity Type**:  Indicate here if shipment is a Hazardous substance

**Standard Comments**:  Is shipment Fragile or requires refrigeration?

**Notes & Special Instructions**:  List any special requirements for this load.  Examples would be "Deliver to Dock #9, Carrier is to provide Straps and Padding, Picked up a specified time, Require Carrier to provide Dunnage to secure load (Vehicles).  Any special instructions for Carrier would be listed here.  Do not worry about duplicating any information here.  If the information is important, list it here as well.

**Shipment Line Items**:  This is Self Explanatory. It helps the carrier to know the dimensions of the loads as well as assisting TMC in getting a better price.

**How much lead time is needed to request a shipment?**

- At least 48 hours notice is preferred in order achieve reasonable savings.
- Shipments can be initiated for same day pickup if necessary.

For specialty moves such as bulky equipment, Machinery, at least 1 week lead time is needed. These moves require experienced carriers and often require additional services.