RONALD A. STROMAN
DEPUTY POSTMASTER GENERAL
AND CHIEF GOVERNMENT RELATIONS OFFICER


UNITED STATES
POSTAL SERVICE

September 23, 2016

Mr. Ed Packard
Director of Elections
Office of the Alabama Secretary of State
Post Office Box 5616
Montgomery, AL  36103-5616

Dear Director Packard:

With the general election fast approaching, I wanted to remind you that our Political and Election Mail Coordinators are your principal points of contact during the election season. Our Coordinators will resolve issues that arise during the election cycle and suggest the best mailing practices to ensure timely and secure delivery of absentee and vote-by-mail ballots. To find the names and contact information for the Political and Election Mail Coordinators within your state, please go to <about.usps.com/gov-services/election-mail/> and use the coordinator locator tool.  We also recommend that you urge voters to mail back their ballots one week prior to Election Day in order to ensure the ballots' timely delivery.

In addition, we have developed the enclosed summary of reminders, recommendations and resources.  We hope you will find the information on the following pages helpful as you prepare and distribute your Official Election Mail materials to voters in the November election.

Working closely together, we can achieve a successful general election season in 2016.

Sincerely,

*Ronald A. Stroman*

Ronald A. Stroman

Enclosures

## Postal Service General Election Recommendations

### Work With Your Local Election and Political Mail Coordinator

- A key to success in 2016 will be local partnerships between Postal Service™ election coordinators and the election community. Election and Political Mail Coordinators are trusted to log and resolve issues locally.

- Contact a Postal Service Election Mail Coordinator <about.usps.com/gov-services/election-mail/> to discuss all aspects of your mailing, including:
  o Mailpiece design.
  o Mailing preparation/entry.
  o Delivery and pickup activities.

- Early communication is very important.
  o Contact your local Election Mail Coordinator as soon as questions or concerns arise.
  o Should your concern regard a specific mailing, please provide front and back PDF copies of the mailpiece as well as physical samples. This will aid the Postal Service's investigation with regard to identifying the cause and providing timely corrective action when necessary.

### Use Postal Service Recommended Best Practices

- Reply envelopes should include:
  o Official Election Mail Logo for visibility.
  o Delivery point Intelligent Mail barcode (IMb®).
  o The specific amount of postage needed to return balloting materials by mail, as required under current mailing standards, unless subject to the following exceptions:
    - The balloting materials are qualified under the special exemption for military and overseas voting.
    - The ballot is returned under Business Reply Mail service.
    - Return postage is guaranteed through a postage-due account.
    - Postage on the ballot is prepaid by stamps, meter, or Permit Reply Mail.

- Use letter-size reply envelopes.
  o The use of letter-size reply envelopes will increase the operational likelihood that the ballot receives a postmark.

- Use First-Class Mail® postage.
  o Board of Elections should use First-Class Mail postage rather than Standard or Non-Profit postage rates when paying for the delivery of outbound absentee or vote by mail ballots. Most First-Class Mail is delivered within 2–5 days.

- Use Green Tag for 191 domestic and international ballots.
  - The tag identifies trays and sacks that contain ballot mail.
  - The designation provides greater visibility during mailing induction.
  - It can ONLY be applied to ballot mail, such as vote-by-mail Ballot and absentee ballots.

 

- Review sample mailpieces.
  - At the time of mail entry, the Postal Service strongly encourages the mailer to supply an unaddressed copy of all official election mailpieces. However, for official ballots, regardless of class of mail, the mailer must provide a sample mailpiece with its contents, unless an exception is met. See DMM 703.8 at <pe.usps.com/text/dmm300/703.htm#1174014>.

- Properly label postage statements.
  - Check off the "Yes" box next to "This is Official Election Mail."

<u>**Encourage Voters to Mail Early**</u>

- The Postal Service recommends that voters mail ballots one week before the due date to account for any unforeseen events or weather issues, and to allow for timely receipt and processing by election officials.
- The Postal Service is committed to processing and delivering Official Election mail within our stated delivery standards. Most First-Class Mail deliveries are made within 2–5 days. Standard Mail® deliveries are made within 3–10 days (within the contiguous 48 states).
- Customers should understand their options in receiving a postmark on ballots.
  - Home or Business Mailboxes: Ballots will be postmarked the day the Postal Service mail carrier collects it.
  - Local Post Office™ facility: Take the ballot to a local Post Office facility and confirm with the counter representative that the ballot will be postmarked that day.
  - USPS® Blue Collection Boxes: If the ballot is deposited after the printed collection time on the box, the ballot will not be postmarked until the next day of collection.

**Election officials should consider including a voter notification with the above guidelines, as well as state deadlines and requirements, in the ballot material packet to clarify key information.**

## Resources

The following resources are available during the election season to assist in the mailing process:

- Mailpiece Design Analysts (MDA).
    - For assistance with mailpiece design, contact a Mailpiece Design Analyst by calling the MDA Support Center at 855-593-6093 (hours of operation are Monday—Friday, 7 a.m. to 5 p.m. CT) or by sending a request by email message to mda@usps.gov.
- 2016 Official Election Mail Program Kit (Mailed to Election Officials April 19, 2016).
    - A soft copy is available online at <about.usps.com/election-mail/election-mail-resources.htm>.
- USPS Election Mail Websites and email addresses:
    - The following Web resources and email addresses are available at <about.usps.com/gov-services> for additional information:
        - *USPS Election Mail Homepage*: Find links to Postal Service Election Mail resources and guidelines. <www.about.usps.com/gov-services/election-mail/>
        - *Election Mail Coordinators*: Find a local Election Mail Coordinator to support preparation, entry delivery and pickup planning.
        - *Find a Business Mail Entry Unit*: Learn where to drop off government and Election Mail.
        - *Contact the Election Mail Task Force Program Manager*: ElectionMailProgramManager@usps.gov

# ELECTION MAIL CHECKLIST

The following checklist will help to ensure a successful election mailing:

## 1. CALL YOUR POSTAL SERVICE ELECTION MAIL COORDINATOR

- ☐ Discuss the specific purpose for the mailing (e.g., information, ballots, and voter registration).
- ☐ Discuss when you intend to present the mail to the Postal Service.
- ☐ Discuss your delivery date requirements.
- ☐ Determine if the mailing must go as First-Class Mail—USPS recommends the use of First-Class Mail postage on all outbound absentee or vote by mail ballots.
- ☐ Determine where and when the mailpieces must be presented to the Postal Service to meet your desired delivery dates.
- ☐ Determine the size of the mailings.
- ☐ Determine the best method of receiving return mail (e.g., Post Office Box or Caller Service).
- ☐ Determine the best time to pick up the mail each day.
- ☐ Determine the latest time when an election official can pick up returns.
- ☐ Determine the final date for receiving return mail.
- ☐ Determine the necessary postal equipment and supplies needed.
- ☐ Determine payment method.
- ☐ Determine what forms are needed for mailing and for postage payment.
- ☐ Determine if the mailing must meet address or Move Update requirements.
- ☐ Determine if the mailing needs to have an ancillary service endorsement (e.g., Return Service Requested).
- ☐ Determine if the mailing needs extra services (e.g., Certified Mail, Registered Mail).

## 2. DETERMINE IF THE MAILING NEEDS TO INCLUDE A REPLY PIECE

- ☐ Decide if you plan to use Business Reply Mail or Courtesy Reply Mail.
- ☐ Decide if it is cost-effective to use Qualified Business Reply Mail.

## 3. PREPARE YOUR ADDRESS LIST

- ☐ Decide who should receive the mailpieces.
- ☐ Compile your address list.
- ☐ Ensure proper address list hygiene.
- ☐ Validate physical address accuracy.
- ☐ Validate that you meet the Move Update standard, if applicable.

## 4. FILE REQUIRED FORMS FOR POSTAGE DISCOUNTS AND OTHER MAILING SERVICES (IF NEEDED)

- [ ] PS Form 1093, Application for Post Office Box Service.
- [ ] PS Form 1093-C, Application for Post Office Caller Service.
- [ ] PS Form 3615, Mailing Permit Application and Customer Profile (for Permit Imprint and Business Reply Mail permits).
- [ ] PS Form 3623, Request for Confirmation of Authorization (or Pending Application) to Mail at Nonprofit Standard Mail Prices.
- [ ] PS Form 3624, Application to Mail at Nonprofit Standard Mail Prices.
- [ ] PS Form 6805, BRM/QBRM Application for ZIP+4 Code Assignment/Validation and QBRM Approval (Business Reply Mail/Qualified Business Reply Mail).

## 5. MAILPIECE DESIGN–WORK WITH A MAILPIECE DESIGN ANALYST TO ENSURE MAILPIECE COMPLIANCE–POSTAL SERVICE RECOMMENDATIONS

- [ ] Voter communication is an essential component of preventing late ballots.
  - Election officials should consider including a voter notification in the ballot packet to ensure timely delivery of ballots.
  - Return by Mail date guidance based on state/local laws.
- [ ] Use letter-size reply envelopes.
- [ ] Board of Elections should use First-Class Mail postage on all outbound absentee or vote-by-mail ballots.
- [ ] Use the Official Election Mail Logo on all Official Election Mail.
- [ ] Use IMb Tracing–a service which provides near real-time tracking information for your automation-compatible letters and flats.
- [ ] Use Tag 191 on all Domestic and International Ballot mailings.
- [ ] Consider appropriate colors, weight limitations, proper wording, placement of postal markings, etc.
- [ ] Obtain an evaluation of the final mailpiece design before printing.

## 6. PREPARE AND PRESENT THE MAILING

- [ ] Print mailing in time for preparation and delivery to the Post Office.
- [ ] Affix Tag 191 for Domestic and International Ballots.
- [ ] Obtain postal supplies and equipment (e.g., carts, trays, stickers, rubber bands, and tags).
- [ ] Prepare mailing for delivery to the Post Office.
- [ ] Obtain and complete postage statements to be presented with mailing:
  - If using Bulk First-Class Mail, you will need to use one or more forms in the 3600 series.
  - If using Standard Mail, you will need to use one or more forms in the 3602 series.
- [ ] Present mailing, postage statement, and check (payment) for postage account, if needed.

*Note:* The following are trademarks of the United States Postal Service: ACS™, AEC II®, Business Reply Mail®, CASS™, Certified Mail®, Courtesy Reply Mail™, DMM®, DPV®, Express Mail®, First-Class Mail®, NCOALINK®, Official Election Mail®, Post Office™, Postal Explorer®, Postal Service™, Standard Mail®, USPS®, usps.com®, ZIP+4®.

| Name | Title | Department | Street | Second Line | City, State, Zip | Greeting |
|---|---|---|---|---|---|---|
| Mr. Ed Packard | Director of Elections | Office of the Alabama Secretary of State | Post Office Box 5616 | | Montgomery, AL 36103-5616 | Dear Director Packard: |
| Ms. Josephine Bahnke | Director | Alaska Division of Elections | Post Office Box 110017 | | Juneau, AK 99811-0017 | Dear Director Bahnke: |
| Mr. Soliai T. Fuimaono | Chief Election Officer | American Samoa Election Office | Post Office Box 3970 | | Pago Pago, AS 96799-3970 | Dear Officer Fuimaono: |
| Mr. Eric H. Spencer | Election Director | Office of the Arizona Secretary of State | 1700 West Washington Street, 7th Floor | | Phoenix, AZ 85007-2808 | Dear Director Spencer: |
| Ms. Leslie Bellamy | Interim Director | Office of the Arkansas Secretary of State | Room 062, State Capitol | | Little Rock, AR 72201-1088 | Dear Director Bellamy: |
| Ms. Jana Lean | Chief of Elections | Elections Division | 1500 11th Street, 5th Floor | | Sacramento, CA 95814-5701 | Dear Chief Lean: |
| Mr. Judd Choate | Director of Elections | Colorado Department of State | 1700 Broadway, Suite 270 | | Denver, CO 80290-1700 | Dear Director Choate: |
| Ms. Peggy Reeves | Director of Elections | Office of the Secretary of State | 30 Trinity Street | | Hartford, CT 06106-1634 | Dear Director Reeves: |
| Ms. Elaine Manlove | State Election Commissioner | Department of Elections | 905 South Governors Avenue, Suite 170 | | Dover, DE 19904-4112 | Dear Commissioner Manlove: |
| Ms. Alice Miller | Executive Director | District of Columbia Board of Elections and Ethics | 441 Fourth Street, NW, Suite 250N | | Washington, DC 20001-2174 | Dear Director Miller: |
| Ms. Maria Matthews, Esquire | Assistant Director, Division of Elections | Florida Department of State | Room 315, R.A. Gray Building | | Tallahassee, FL 32399-0250 | Dear Director Matthews: |
| Mr. Gary J. Holland, Esquire | Assistant Director, Division of Elections | Florida Department of State | Room 316, R.A. Gray Building, | | Tallahassee, FL 32399-0250 | Dear Assistant Director Holland: |
| Mr. Chris Harvey | Director of Elections | Georgia Secretary of State's Office | Suite 802, West Tower | | Atlanta, GA 30334-9000 | Dear Director Holland: |
| Ms. Jessica Simmons | Assistant Elections Director | Georgia Secretary of State's Office | Suite 802, West Tower | | Atlanta, GA 30334-9000 | Dear Assistant Director Simmons: |
| Ms. Maria I.D. Pangelinan | Executive Director | Guam Election Commission | Suite 200, GCIC Building | | Hagatna, GU 96910-5067 | Dear Director Pangelinan: |
| Mr. Scott Nago | Chief of Elections | Office of Elections | 802 Lehua Avenue | | Pearl City, HI 96782-3321 | Dear Chief Nago: |
| Ms. Betsie Kimbrough | Chief Election Officer | Idaho Secretary of State | 304 North 8th Street, Suite 149 | | Boise, Idaho 83720-5833 | Dear Director Kimbrough: |
| Mr. Steve Sandvoss | Executive Director | State Board of Elections | 2329 South MacArthur Boulevard | | Springfield, IL 62704-4503 | Dear Director Sandvoss: |
| Ms. Becky Glazier | Executive Assistant to the Director | State Board of Elections | 2329 South MacArthur Boulevard | | Springfield, IL 62704-4503 | Dear Director Glazier: |
| Mr. Brad King | Co-Director | Indiana Election Division | 302 West Washington Street, Room E204 | | Indianapolis, IN 46204-2767 | Dear Director King: |
| Ms. Angela M. Nussmeyer | Co-Director | Indiana Election Division | 302 West Washington Street, Room E204 | | Indianapolis, IN 46204-2767 | Dear Director Nussmeyer: |
| Ms. Carol Olson | Deputy Secretary of State | Lucas State Office Building | 321 East 12th Street | | Des Moines, IA 50319-1002 | Dear Deputy Olson: |
| Mr. Bryan Caskey | Election Director | | First Floor, Memorial Hall | | Topeka, KS 66612-1594 | Dear Director Caskey: |
| Ms. Maryellen Allen | Executive Director | State Board of Elections | 140 Walnut Street | | Frankfort, KY 40601 | Dear Director Allen: |
| Ms. Angie Rogers | Commissioner of Elections | Louisiana Secretary of State's Office | 8549 United Plaza Boulevard | | Baton Rouge, LA 70802-9125 | Dear Commissioner Rogers: |
| Ms. Julie L. Flynn | Deputy Secretary of State | | 101 State House Station | | Augusta, ME 04333-0101 | Dear Deputy Secretary Flynn: |
| Ms. Linda Lamone | Administrator of Elections | State Board of Elections | Post Office Box 6486 | | Annapolis, MD 21401-0486 | Dear Administrator Lamone: |
| Ms. Michelle Tassinari | Director of Elections, Legal Counsel | Election Division | One Ashburton Place, Room 1705 | | Boston, MA 02108-1508 | Dear Counsel Tassinari: |
| Mr. Christopher M. Thomas | Director | Bureau of Elections | 1st Floor, Richard H. Austin Building | 430 West Allegan Street | Lansing, MI 48918-1592 | Dear Director Thomas: |
| Mr. Gary Poser | Director of Elections | 174 State Office Building | 100 Reverend Dr. Martin Luther King Jr. Blvd. | | St. Paul, MN 55155-1232 | Dear Director Poser: |
| Ms. Kim Turner | Mississippi Secretary of State's Office | Elections Division | 401 Mississippi Street | | Jackson, MS 39201-1004 | Dear Mr. Turner: |
| Ms. Julie Allen | Elections and IT Director | Missouri Secretary of State's Office | Post Office Box 1767 | | Jefferson City, MO 65102-1767 | Dear Director Allen: |
| Ms. Wayleme Hiles | Interim Deputy Secretary of State for Elections | Secretary of State Robin Carnahan's Office | Post Office Box 1767 | | Jefferson City, MO 65102-1767 | Dear Deputy Hiles: |
| Ms. Lisa Kimmet | Deputy for Elections | | Post Office Box 202801 | | Helena, MT 59620-2801 | Dear Deputy Kimmet |
| Mr. Neal Erickson | Deputy Secretary of State | State Board of Elections | Post Office Box 94608 | | Lincoln, NE 68509-4608 | Dear Deputy Erickson: |
| Mr. Anthony Stevens | Assistant Secretary of State | Election Division | Room 204, State House | | Concord, NH 03301-4989 | Dear Assistant Secretary Stevens: |
| Mr. Robert F. Giles | Director | New Jersey Division of Elections | 225 West State Street, 3rd Floor | | Trenton, NJ 08625-0304 | Dear Director Giles: |
| Ms. Kari Fresquez | Interim Elections Director | New Mexico Secretary of State's Office | 325 Don Gaspar Avenue, Suite 300 | | Santa Fe, NM 87501-4401 | Dear Director Fresquez: |
| Mr. Todd Valentine | Co-Director | State Board of Elections | 40 North Pearl Street, Suite 5 | | Albany, NY 12207-2729 | Dear Director Valentine: |
| Mr. Robert A. Brehm | Co-Director | State Board of Elections | 40 North Pearl Street, Suite 5 | | Albany, NY 12207-2729 | Dear Director Brehm: |
| Ms. Kim Westbrook Strach | Executive Director | State Board of Elections | Post Office Box 27255 | | Raleigh, NC 27611-7255 | Dear Director Strach: |
| Mr. Jim Silrum | Deputy Secretary of State | | 600 East Boulevard Avenue, Department 108 | | Bismarck, ND 58505-0500 | Dear Deputy Silrum: |
| Mr. John Arnold | Director of Elections | | 600 East Boulevard Avenue, Department 108 | | Bismarck, ND 58505-0500 | Dear Director Arnold: |
| Mr. Matt Damschroder | Deputy Assistant SOS | Secretary of State's Office | 180 East Broad Street, 15th Floor | | Columbus, OH 43215-3726 | Dear Assistant Deputy Damschroder: |
| Mr. Paul Ziriax | Secretary | State Election Board | Post Office Box 53156 | | Oklahoma City, OK 73105-3156 | Dear Secretary Ziriax: |
| Ms. Brenda Bayes | Interim Director of Elections | Office of the Secretary of State | 255 Capitol Street NE, Suite 501 | | Salem, OR 97310-1306 | Dear Director Bayes: |
| Mr. Jonathan Marks | Commissioner | Bureau of Commissions, Elections and Legislation | Pennsylvania Department of State | 210 North Office Building | Harrisburg, PA 17120-0060 | Dear Commissioner Marks: |
| Honorable Ángel A. González Román | Puerto Rico State Election Commission | | Post Office Box 195552 | | San Juan, PR 00919-5552 | Dear Commissioner Román: |
| Mr. Rob Rock | Director of Elections | Rhode Island Secretary of State's Office | 148 West River Street | | Providence RI, 02904-2615 | Dear Director Rock: |
| Ms. Marci Andino | Executive Director | State Election Commission | Post Office Box 5987 | | Columbia, SC 29250-5987 | Dear Director Andino: |
| Ms. Kea Warne | Deputy Secretary of State, Elections Division | Office of the South Dakota Secretary of State | 500 East Capitol Avenue, Suite 204 | | Pierre, SD 57501 | Dear Deputy Secretary Warne: |
| Mr. Mark Goins | Coordinator of Elections | Tennessee Secretary of State's Office | 9th Floor, William R. Snodgrass Tower | 312 Rosa L. Parks Avenue | Nashville, TN 37243-0305 | Dear Mr. Goins: |
| Mr. Keith Ingram | Director of Elections | | Post Office Box 12060 | | Austin, TX 78711-2060 | Dear Director Ingram: |
| Mr. Mark Thomas | Director of Elections | Office of the Lieutenant Governor | Post Office Box 142325 | | Salt Lake City, UT 84114-2325 | Dear Director Thomas: |
| Mr. Will Senning | Director of Elections and Campaign Finance | Office of Secretary of State | 26 Terrace Street, Drawer 09 | | Montpelier, VT 05609-1101 | Dear Director Senning: |
| Ms. Caroline Fawkes | Supervisor of Elections | Election System of the Virgin Islands | Post Office Box 1499, Kingshill | | St. Croix, VI 00851-1499 | Dear Ms. Fawkes: |
| Mr. Edgardo Cortés | Commissioner | Department of Elections, Washington Building | 1100 Bank Street, First Floor | | Richmond, VA 23219-3497 | Dear Commissioner Cortés: |
| Ms. Lori Augino | Director of Elections | Office of Secretary of State, Elections Division | Post Office Box 40229 | | Olympia, WA 98504-0229 | Dear Director Augino: |
| Ms. Layna Valentine Brown | Manager of Elections | | Room 157-K, State Capitol | 1900 Kanawha Boulevard East | Charleston, WV 25305-0770 | Dear Ms. Brown |
| Mr. Michael Hass | Administrator | Wisconsin Elections Commission | 212 East Washington Avenue, 3rd Floor | | Madison, WI 53707-7984 | Dear Administrator Hass: |
| Mr. Kai Schon | State Election Director | Wyoming Secretary of State's Office | 2020 Carey Ave, Suite 600 | | Cheyenne, WY 82002-0020 | Dear Director Schon: |
| Mr. John Merrill | Secretary of State | Alabama Secretary of State's Office | Post Office Box 5616 | | Montgomery, AL 36103-5616 | Dear Secretary |
| Mr. Byron I. Mallott | Lieutenant Governor | Office of the Lieutenant Governor of Alaska | 550 West 7th Avenue, Suite 1700 | | Anchorage, AK 99501-3569 | Dear Lieutenant Governor Mallott: |
| Mr. Lemanu Peleti Mauga | Lieutenant Governor | Office of the Lieutenant Governor American Samoa | Territory of American Samoa | | Pago Pago, AS 96799 | Dear Lieutenant Governor Mauga: |
| Ms. Michele Reagan | Secretary of State | Arizona Secretary of State's Office | 1700 West Washington Street, Suite 1700 | | Phoenix, AZ 85007-2888 | Dear Secretary Reagan: |
| Mr. Mark Martin | Secretary of State | Arkansas Secretary of State's Office | Room 256, State Capitol Room | | Little Rock, AR 72201-1088 | Dear Secretary Martin: |
| Mr. Alex Padilla | Secretary of State | California Secretary of State's Office | 1500 11th Street | | Sacramento, CA 95814-5701 | Dear Secretary Padilla: |
| Mr. Wayne Williams | Secretary of State | Colorado Secretary of State's Office | 1700 Broadway Suite 250 | 500 Woodlane Street | Denver, CO 80290-1700 | Dear Secretary Williams: |
| Ms. Denise Merrill | Secretary of State | Connecticut Secretary of State's Office | Post Office Box 150470 | | Hartford, CT 06115-0470 | Dear Secretary Merrill: |
| Mr. Jeffery W. Bullock | Secretary of State | Delaware Secretary of State's Office | 401 Federal Street | | Dover, DE 19901-3639 | Dear Secretary Bullock: |
| Ms. Lauren Vaughn | Secretary of the District of Columbia | | 1350 Pennsylvania Avenue, NW, Suite 419 | | Washington, DC 20004-3003 | Dear Secretary Vaughn: |

| Name | Title | Address | City, State ZIP | Salutation |
|---|---|---|---|---|
| Mr. Ken Detzner | Secretary of State | Florida Secretary of State's Office, Suite 100, R.A. Gray Building | Tallahassee, FL 32399 | Dear Secretary Detzner: |
| Mr. Brian Kemp | Secretary of State | Georgia Secretary of State's Office, Suite 802, West Tower | Atlanta, GA 30334-9000 | Dear Secretary Kemp: |
| Mr. Ray Tenorio | Lieutenant Governor | Office of the Lieutenant Governor of Guam, Post Office Box 2950 | Hagatna, GU 96932-2950 | Dear Lieutenant Governor Tenorio: |
| Mr. Shan S. Tsutsui | Lieutenant Governor | Office of the Lieutenant Governor of Hawaii, State Capitol, 415 South Beretania Street | Honolulu, HI 96813-2477 | Dear Lieutenant Governor Tsutsui: |
| Mr. Lawerence Denney | Secretary of State | Idaho Secretary of State's Office, Post Office Box 83720 | Boise, Idaho 83720-0080 | Dear Secretary Denney: |
| Mr. Jesse White | Secretary of State | Illinois Secretary of State's Office, Suite 213, State Capitol Building | Springfield, IL 62756-0001 | Dear Secretary White: |
| Ms. Connie Lawson | Secretary of State | Indiana Secretary of State's Office, 200 West Washington Street, Room 201 | Indianapolis, IN 46204-2731 | Dear Secretary Lawson: |
| Mr. Paul Pate | Secretary of State | Iowa Secretary of State's Office, 1st Floor, Lucas Building | Des Moines, IA 50319-1002 | Dear Secretary Pate: |
| Mr. Kris Kobach | Secretary of State | Kansas Secretary of State's Office, 120 Southwest 10th Avenue | Topeka, KS 66612-1594 | Dear Secretary Kobach: |
| Ms. Alison Lundergan-Grimes | Secretary of State | Kentucky Secretary of State's Office, 700 Capitol Avenue, Suite 152 | Frankfort, KY 40601-3490 | Dear Secretary Grimes: |
| Mr. Tom Schedler | Secretary of State | Louisiana Secretary of State's Office, Post Office Box 94125 | Baton Rouge, LA 70804-4125 | Dear Secretary Schedler: |
| Mr. Matt Dunlap | Secretary of State | Maine Secretary of State's Office, 148 State House Station | Augusta, ME 04333-0148 | Dear Secretary Dunlap: |
| Mr. John Wobensmith | Secretary of State | Maryland Secretary of State's Office, 16 Francis Street | Annapolis, MD 21401-1736 | Dear Secretary Wobensmith: |
| Mr. William Galvin | Secretary of the Commonwealth | Office of the Secretary of the Commonwealth, Room 337, State House, 24 Beacon Street | Boston, MA 02133-1099 | Dear Secretary Galvin: |
| Ms. Ruth Johnson | Secretary of State | Michigan Secretary of State's Office, 430 West Allegan Street, 4th Floor | Lansing, MI 48918-1592 | Dear Secretary Johnson: |
| Mr. Steve Simon | Secretary of State | Minnesota Secretary of State's Office, 180 State Capitol | St. Paul, MN 55155-1299 | Dear Secretary Simon: |
| Mr. Delbert Hosemann, Jr. | Secretary of State | Mississippi Secretary of State's Office, 125 South Congress Street | Jackson, MS 39201-3301 | Dear Secretary Hosemann: |
| Mr. Jason Kander | Secretary of State | Missouri Secretary of State's Office, Post Office Box 1767 | Jefferson City, MO 65101-1767 | Dear Secretary Kander: |
| Ms. Linda McCullock | Secretary of State | Montana Secretary of State's Office, Post Office Box 202801 | Helena, MT 59620-2801 | Dear Secretary McCullock: |
| Mr. John Gale | Secretary of State | Nebraska Secretary of State's Office, Post Office Box 94608 | Lincoln, NE 68509-4608 | Dear Secretary Gale: |
| Ms. Barbara Cegavske | Secretary of State | Nevada Secretary of State's Office, 101 North Carson Street, Suite 3 | Carson City, NV 89701-3714 | Dear Secretary Cegavske: |
| Mr. Bill Gardner | Secretary of State | New Hampshire Secretary of State's Office, Room 204, State House | Concord, NH 03301-4989 | Dear Secretary Gardner: |
| Ms. Kim Guadagno | Lieutenant Governor | New Jersey Office of the Lieutenant Governor, Post Office Box 001 | Trenton, NJ 08625-0001 | Dear Lieutenant Governor Guadagno: |
| Mr. Brad Winter | Secretary of State | New Mexico Secretary of State's Office, 325 Don Gaspar Avenue, Suite 300 | Santa Fe, NM 87501-4401 | Dear Secretary Winter: |
| Ms. Rossanna Rosado | Secretary of State | New York Secretary of State's Office, 99 Washington Avenue, Suite 1100 | Albany, NY 12231-2811 | Dear Secretary Rosado: |
| Ms. Elaine Marshall | Secretary of State | North Carolina Secretary of State's Office, Post Office Box 29622 | Raleigh, NC 27626-0622 | Dear Secretary Marshall: |
| Mr. Alvin Jaeger | Secretary of State | North Dakota Secretary of State's Office, 600 East Boulevard Avenue, Department 108 | Bismarck, ND 58505-0500 | Dear Secretary Jaeger: |
| Mr. Jon Husted | Secretary of State | Ohio Secretary of State's Office, 180 East Broad Street, 16th Floor | Columbus, OH 43215-3726 | Dear Secretary Husted: |
| Mr. Chris Benge | Secretary of State | Oklahoma Secretary of State's Office, 2300 North Lincoln Boulevard, Suite101 | Oklahoma City, OK 73105-4897 | Dear Secretary Benge: |
| Ms. Jeanne Atkins | Secretary of State | Oregon Secretary of State's Office, 136 State Capitol | Salem, OR 97310-0722 | Dear Secretary Atkins: |
| Mr. Pedro A. Cortes | Secretary of State | Pennsylvania Secretary of State's Office, 302 North Office Building | Harrisburg, PA 17120-3025 | Dear Secretary Cortes: |
| Mr. Victor Suarez Melendez | Secretary of State | Puerto Rico Secretary of State's Office, Post Office Box 9023271 | San Juan, PR 00902-3271 | Dear Secretary Melendez: |
| Ms. Nellie Gorbea | Secretary of State | Rhode Island Secretary of State's Office, 82 Smith Street Room 217 | Providence, RI, 02903-1120 | Dear Secretary Gorbea: |
| Mr. Mark Hammond | Secretary of State | South Carolina Secretary of State's Office, 1205 Pendleton Street, Suite 525 | Colombia, SC 29201-3745 | Dear Secretary Hammond: |
| Ms. Shantel Krebs | Secretary of State | South Dakota Secretary of State's Office, 500 East Capitol Avenue, Suite 204 | Pierre, SD 57501-5007 | Dear Secretary Krebs: |
| Mr. Tre Harget | Secretary of State | Tennessee Secretary of State's Office, First Floor, State Capitol | Nashville, TN 37243-0305 | Dear Secretary Harget: |
| Mr. Carlos Cascos | Secretary of State | Texas Secretary of State's Office, Post Office Box 12887 | Austin, TX 78711-2887 | Dear Secretary Cascos: |
| Mr. Spencer Cox | Lieutenant Governor | Office of the Lieutenant Governor of Utah, Post Office Box 142325 | Salt Lake City, UT 84114-2325 | Dear Lieutenant Governor Cox: |
| Mr. Jim Condos | Secretary of State | Vermont Secretary of State's Office, 128 State Street | Montpelier, VT 05633-0006 | Dear Secretary Condos: |
| Mr. Osbert Potter | Lieutenant Governor | Office of the Lieutenant Governor of Virgin Islands, 1131 King Street, Suite 101 | St. Croix, VI 00820-4974 | Dear Lieutenant Governor Potter: |
| Ms. Kelly Thomasson | Secretary of the Commonwealth | Office of the Secretary of the Commonwealth, Post Office Box 2454 | Richmond, VA. 23218-2454 | Dear Secretary Thomasson: |
| Ms. Kim Wyman | Secretary of State | Washington Secretary of State's Office, Post Office Box 40220 | Olympia, WA 98503-0220 | Dear Secretary Wyman: |
| Ms. Natalie Tennant | Secretary of State | West Virginia Secretary of State's Office, Suite 157K, Building 1, 1900 Kanawha Boulevard | Charleston, WV 25305-0009 | Dear Secretary Tennant: |
| Mr. Douglas La Follette | Secretary of State | Wisconsin Secretary of State's Office, Post Office Box 7848 | Madison, WI 53707-7848 | Dear Secretary Follette: |
| Mr. Ed Murray | Secretary of State | Wyoming Secretary of State's Office, 2020 Carey Avenue, Suite 600 | Cheyenne, WY 82002-0001 | Dear Secretary Murray: |