1412-B, *Daily Financial Report.* The report shows the total amount received for each type of transaction conducted during the day and provides a running record of stamp accountability for each clerk and unit.

Each report is checked and verified by a designated employee other |than the person who prepared it. Information from the forms is used by the designated accounting unit in preparing the Statement of Account.

All retail employees must keep fully informed on current reporting procedures. The details are explained in Handbook F-1.

### 126.4 Retail Hours

#### 126.41 General

The availability of retail services and lobby hours should reflect time periods that most appropriately meet the needs of the majority of customers in the local area. Stations and branches are not required to be open at the same scheduled hours as the main office. Stations and branches can adjust retail service hours to meet the needs of the local community. Units in suburban communities and/or large shopping centers may provide late evening service for customer convenience if approved by the district manager and area office.

#### 126.411 Main Post Office and Units in Business Areas

Units located in a business area should typically maintain the operational hours of the business community.

#### 126.412 Saturdays

Window service is provided on Saturdays if there is a demonstrated need; however, retail units offering Saturday delivery must continue to do so unless otherwise approved by Headquarters Retail Operations. At financial units serving business areas or facilities serving communities where residents leave on weekends, retail service may be closed if service is available at other postal units, at contract stations, or by self-service equipment. Postmasters must post signage informing customers of locations and hours of such services.

#### 126.413 Sundays

Window service is typically not provided on Sundays unless approved by the district manager and area vice president.

#### 126.414 Signs

Postmasters must use available standard signage to publicize the services and hours at each postal unit.

#### 126.42 Change in Retail Hours

Except as provided below, permanent changes in the hours of operation must be approved by the district and area offices. Once approved, the area retail office must notify Headquarters Retail Operations of the change in hours of operation at a minimum of 30 days in advance of the change. The notification is performed via e-mail, using the "Notification of Proposed Change in Office Hours" located at *http://blue.usps.gov/wps/portal/officehours*.

Total daily hours of service for RMPOs and PTPOs on weekdays are determined by Headquarters Retail Operations. The actual hours of service each weekday and weekend are determined by district officials. Offices offering Saturday delivery must continue to do so unless otherwise approved by Headquarters Retail Operations.

The postmaster is responsible for informing customers 30 days in advance of any change in hours of operation by posting temporary signs on the entrance doors. These temporary signs should identify the nearest Post Office that can provide retail service outside of the new hours of operation. Offices must check with their district retail office for further information about appropriate temporary signage.

The postmaster must order a replacement for the mandatory "hours of operation" decal from the *Direct Vendor Signage Catalog* with sufficient time to receive the new decal prior to the change in hours. Apply the new decal to all entrance doors per the retail standardization guidelines.

The postmaster is also responsible for making changes to all databases containing unit hours of operation such as the facilities database. Review and update the lobby hours, window service hours, Priority Mail Express acceptance times, and passport acceptance times as necessary.

### 126.43 Lobby Hours

At a minimum, customers must have access to their PO Boxes during all retail service hours of operation. Separate PO Box lobbies should remain open when someone is on duty in the postal unit. At the postmaster's discretion, lobbies may remain open 24 hours a day to allow customers access to PO Boxes and self-service equipment, provided that customer safety and security provisions are deemed adequate by the Inspection Service.

### 126.44 Local or State Holidays

Post Offices may not be closed solely for a local or state holiday. Window or other services may be reduced if warranted by lessened demand. Otherwise, customers must receive normal levels and types of service.

### 126.45 Self-Service Units

Where criteria and approval for placement are met, Automated Postal Centers® may be placed in lobbies to reduce retail transactions and for postal customers' convenience when retail service is not available. Postmasters must encourage their customers to use the self-service equipment by informing them of the availability, locations, advantages, and products available from equipment. All self-service equipment must be operable and available for customers when the lobby is open.

### 126.46 Consolidation of Retail Counter Service

Consolidate retail windows and services so that the use of each retail service counter is maximized. Windows offering specialized services are opened only if conditions warrant and if approved by the district manager and area office. All approved specialized retail service counters must also offer stamps and postal stationery.

126.47 **Specified Postal Business**

Contract stations and branches offer specified postal business during normal business hours or hours designated by the postmaster. Contractors on their own initiative may conduct postal business beyond those designated by the postmaster.

# 13 Retail Services at Counters

## 131 Overview

### 131.1 Counter Transactions

Counter transactions consist of the sale of postage stamps, postal stationery items, mail services, postal-related products, and other services.

All products and services should be offered at every retail service counter position. This permits full utilization of clerks during their duty tour and is a prerequisite for the successful use of queuing systems as described in 125.33.

### 131.2 High-Volume Retail Units

Postmasters of high-volume retail units are authorized to activate a stamps-only retail service counter during peak mailing periods such as noon (lunch time), late afternoon, late December, and after general rate changes. Additional staffing is neither authorized nor warranted for this procedure.

Windows offering other specialized services may be opened where local needs dictate.

### 131.3 Forms of Identification

#### 131.31 Description

Certain products and services may require forms of acceptable identification in the application process, and/or receipt of an item. When identification is required, the identification presented must be current (See DMM 608.10).

#### 131.32 Products and Services Requiring Forms of Acceptable Identification

Exhibit 131.32 provides a list of the products and services requiring forms of identification and the number of required forms of acceptable identification (primary and secondary).

Exhibit 131.32
**Products and Services Requiring Forms of Acceptable Identification**

| Products/Services | Primary ID | Secondary ID |
|---|---|---|
| Caller Service | ✓ | ✓ |
| Certified Mail Services | ✓ | |
| Change-of-Address (COA) | ✓ | |
| Collect on Delivery (COD) | ✓ | |
| Commercial Mail Receiving Agency | ✓ | ✓ |
| Firm Holdout | ✓ | |
| Hold For Pickup | ✓ | |