**Keys to Success for Elimination of Extras and Lates**

- TSA Printer must be activated this week
- Use of SV is imperative
- Double Stacking is a requirement when bulking out
- Repurpose underutilized afternoon DU runs to pickup mailer volume

| Extra Trip Reasons: |
| --- |
| Late FedEx Flight |
| Extra Flight due to Mitigation |
| THS Pickup |
| Current Customer Pickup |
| New Customer |
| THS Drop |
| Late Break at THS |
| Regularly Scheduled Network Extra |
| DRO |
| Unplanned Excess Volume |
| Contractor Omitted Service |
| Contractor Late trip |
| Driver health Emergency |
| Contingency Planned Offloads |
| ISC Offloads |
| Emergency (civil unrest, Covid related, weather) |
| Sunday Transportation |

| |
|---|
| Directs via the STC |
| MTE |
| Parcel returns |
| STC |

| Decision Point | If Yes | If No |
|---|---|---|
| Can it be processed in time to meet service | Acceptable | Not Acceptable |
| Was extra flight authorized by HQ | Acceptable | Not Acceptable |
| Normal Flight - Scheduled | Acceptable | Not Acceptable |
| Is it a scheduled trip | Acceptable | Not Acceptable |
| Must be approved through HQ | Acceptable | Not Acceptable |
| Should be scheduled - not an extra | Acceptable | Not Acceptable |
| HQ Notification- Can we make service | Acceptable | Not Acceptable |
| Requires HQ approval | See notes | See notes |
| Are you RPGs and volume aligned properly | See notes | See notes |
| Will you make service and is the last service responsive trip Double stacked | Acceptable | Not Acceptable |
| Did the contractor fail to run the trip | Acceptable | Not Acceptable |
| Can service be achieved | See notes | See notes |
| Will this cause regular trip to not run | Acceptable | Not Acceptable |
| Are these trips approved by Area | Acceptable | Not Acceptable |
| Are current trips being fully utilized | Acceptable | Not Acceptable |
| Notify/Approval from NOCC | Acceptable | Not Acceptable |
| Bulk out expected on Monday, Trips on both days will be fully utilized | Acceptable | Not Acceptable |

| | | |
|---|---|---|
| Extra or regular service to move directs to the STC - Requires HQ approval - STO | Acceptable | Not Acceptable |
| Have 48 postions been loaded on the trailer | Acceptable | Not Acceptable |
| Requires HQ approval | Acceptable | Not Acceptable |
| Same as the Plants | See notes | See notes |

| Note |
| --- |
|  |
|  |
| THS runs should be scheduled and aligned properly to arrival - should not be extra service |
| Must be fully utilized |
| Must be utilized , deviation first |
| SV will be utilized to determine if the extra is allowable, Operating plan must be met |
| Normal Trip should be held and run late.  Late trip for this reason is authorized. |
| Consult with HQ Surface Operations to set up regular trip and find offsetting cuts |
| Ensure RPGs reflect actual processing times and volumes.  Adjust last trip to current processing capabilities |
| SV will be utilized to determine if the extra is allowable, Operating plan must be met |
| will it be service responsive , if not can it be combined the following day |
| Extra only if service can be made and if the late will not be service responsive |
| Notify HQ NOCC |
| Should be part  of mitigation |
| Notify HQ operations |
| Notify HQ NOCC/STO |
| SV will be utilized,  if you run Sunday , must eliminate Monday unless SV supports bulk out |

| |
|---|
| Directs must not be moved to the STC , trip should be double stacked and dispatched from origin |
| Requires HQ Approval, trips to the MTESC must follow SOP - 48 scans |
| Request approval, we should not be running transportation for returns unless we have it in an NSA |
| Same rules as above apply |