USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 9, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONDAIRE JONES, et al.,                 :
                                        :
                    Plaintiffs,         :   20 Civ. 6516 (VM)
                                        :
      - against -                       :       ORDER
                                        :
UNITED STATES POSTAL SERVICE, et al.,   :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court will hold a hearing in the above-captioned matter on Wednesday, September 16, 2020 at 11:30 a.m. Due to the ongoing COVID-19 pandemic, the hearing will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

The parties will be permitted to present testimony and are hereby directed to confer regarding proposed witnesses. By no later than 5:00 p.m. Monday, September 14, 2020, the parties are directed to submit to the Court a joint proposal with the names of their proposed witnesses, the subject matter on which each proposed witness will testify, and the estimated length of each proposed witness's testimony.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     New York, New York
           9 September 2020

_____
Victor Marrero
U.S.D.J.