**Geoff Bennett**
@GeoffRBennett

A #USPS employee provides this pic of a sign "that just went up in the Portland, Oregon plant." Employee says it's DeJoy's "transportation rules causing chaos, and here we are continuing the chaos!" Postal truck drivers tell me some trucks leave nearly empty due to his mandate.



6:15 PM · Sep 6, 2020 · Twitter for iPhone

**6.7K** Retweets   **530** Quote Tweets   **7.6K** Likes