# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mondaire Jones, Alessandra Biaggi, Chris Burdick, Stephanie Keegan, Seth Rosen, Shannon Spencer, Kathy Rothschild, Diana M. Woody, Perry Sainati, Robert Golub, Mary Winton Green, Marsie Wallach, Matthew Wallach, Mac Wallach, Carol Sussman, *and* Rebecca Rieckhoff, *individually, and on behalf of all others similarly situated,*<br><br>        Plaintiffs,<br><br>  v.<br><br>United States Postal Service, Louis DeJoy*, as Postmaster General of the United States Postal Service*; and Donald J. Trump, *as President of the United States*,<br>        Defendants. | Docket No. 20-cv-6516-VM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs submit this Notice of Supplemental Authority to bring the Court's attention to a decision issued by a three-judge panel convened under 28 U.S.C. § 2284(b) the same day Plaintiffs were submitting their reply (August 10, 2020). That decision, attached to this Notice, is *State of New York et al. v. Trump et al.*, 20-cv-5570 (RCW) (PWH) (JMF) (S.D.N.Y. 2020). The decision contains a lengthy discussion of standing issues (pp. 20-61) that we believe may be helpful to the Court in addressing similar issues here.

                    Respectfully Submitted,

DATED:  September 12, 2020
      Queens, NY

                    /s/
                    _____

                    J. Remy Green
                    **COHEN&GREEN P.L.L.C.**
                    1639 Centre Street, Suite 216
                    Ridgewood, New York 11385
                    (929) 888.9480 (telephone)
                    (929) 888.9457 (facsimile)
                    remy@femmelaw.com
                    *Attorneys for Plaintiffs*