UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONDAIRE JONES, *et al.*,<br><br>                                    Plaintiffs,<br><br>           - against -<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>                                    Defendants. | **No. 20 Civ. 6516 (VM)**<br><br>**DECLARATION OF<br>STEVEN J. KOCHEVAR** |

Steven J. Kochevar, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1.   I am an Assistant United States Attorney in the office of Audrey Strauss, Acting United States Attorney for the Southern District of New York, attorney for defendants the United States Postal Service, Louis DeJoy, as Postmaster General of the United States Postal Service, and Donald J. Trump, as President of the United States.  I am one of the attorneys assigned to the defense of this matter.

2.   I submit this declaration in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction.

3.   Attached hereto as Exhibit 1 is a true and correct copy of performance data for the United States Postal Service, as provided to this Office by the United States Postal Service. I provided this data to counsel for Plaintiffs in this matter by electronic mail on September 12, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
            September 15, 2020

1

          <u>/s/ Steven J. Kochevar</u>
          Steven J. Kochevar
          Assistant United States Attorney
          86 Chambers Street, Third Floor
          New York, NY 10007
          T: (212) 637-2715
          F: (212) 637-2717
          steven.kochevar@usdoj.gov