

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3ʳᵈ Floor*
*New York, New York 10007*

**BY ECF**                                      September 15, 2020

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case.  We write respectfully to supplement the record for decision on Plaintiffs' motion for a preliminary injunction, ECF No. 19, by attaching the Supplemental Declaration of Robert Cintron (which was filed earlier today in the matter *Washington v. Trump*, NO. 1:20-cv-03127-SAB (E.D. Wash.)), and the Supplemental Declaration of Angela Curtis.  *See* Exs. 1, 2.  These Supplemental Declarations provide additional context about the July 10, 2020 "Stand-Up Talk" referred to in footnote 13 of Defendants' Opposition to Plaintiffs' motion.  ECF No. 22 at 18 n.13.  Both Mr. Cintron and Ms. Curtis are slated to provide testimony at the hearing scheduled for tomorrow, September 16, 2020.  ECF No. 41 at 2.  Plaintiffs consented to this supplementation of the record.

                        Respectfully,

                        AUDREY STRAUSS
                        Acting United States Attorney for the
                        Southern District of New York
                        *Attorney for Defendants*

            By:    /s/ Rebecca S. Tinio_____
                 REBECCA S. TINIO
                 STEVEN J. KOCHEVAR
                 Assistant United States Attorneys
                 86 Chambers Street, Third Floor
                 New York, New York 10007
                 Tel.: (212) 637-2774/2715
                 E-mail: rebecca.tinio@usdoj.gov
                          steven.kochevar@usdoj.gov