

September 22, 2020

Hon. Victor Marrero, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

By Electronic Filing.

>  Re:   Second Amended Complaint
>        **Jones et al. v. United States Postal Service, 20-cv-6516-VM**

Dear Judge Marrero:

As the Court likely knows, my firm and I represent the Plaintiffs in the case named above. I write to file, as directed, a proposed second amended complaint. *See* ECF No. 49 at 11 n. 5; 83. Attached to this letter are a proposed second amended complaint making the changes the Court directed, as well as a redline showing the changes made, for the convenience of all concerned.

We thank the Court for allowing us to fix the error involved here.

Respectfully submitted,

/s/
_____
J. Remy Green
  *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
remy@femmelaw.com
*Attorneys for Plaintiffs*

Enclosures.

cc:
All relevant parties by ECF and email.