```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MONDAIRE JONES, et al.,                :
                                       :
                Plaintiffs,            :   20 Civ. 6516 (VM)
                                       :
    - against -                        :        ORDER
                                       :
UNITED STATES POSTAL SERVICE, et al.,  :
                                       :
                                       :
                Defendants.            :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated September 25, 2020, counsel for the Government advised the Court that the parties had settled an order providing Plaintiffs with relief consistent with this Court's decision and order dated September 21, 2020. ("Preliminary Injunction Decision," Dkt. No. 49.) The Court will issue an Order adopting the parties' proposed relief. Pending the parties' further submissions on overtime payments, the Preliminary Injunction Decision is stayed.

**SO ORDERED.**

Dated:   New York, New York
         25 September 2020

                                            _____
                                                 Victor Marrero
                                                    U.S.D.J.