```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MONDAIRE JONES, et al.,                 :
                                        :
                    Plaintiffs,         :   20 Civ. 6516 (VM)
                                        :
      - against -                       :   **ORDER**
                                        :
UNITED STATES POSTAL SERVICE, et al.,   :
                                        :
                                        :
                    Defendants.         :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On September 25, 2020, Defendants in the above-captioned matter filed a joint letter in accordance with this Court's September 21, 2020 Decision and Order. (Dkt. No. 54 (citing Dkt. No. 49).) The letter indicated that the parties had agreed to all terms of a proposed order with the exception of one, concerning the appropriate relief with respect to overtime. The letter further indicated that Defendants expected to file a Motion for Clarification or Modification, or in the Alternative, for a Stay, addressing the parties' dispute with respect to this issue. Accordingly, it is hereby

**ORDERED** that the Defendants' motion shall be filed no later than September 26, 2020; and it is further

**ORDERED** that the Plaintiffs' opposition to that motion shall be filed by no later than September 27, 2020.

**SO ORDERED.**

Dated:   New York, New York
         25 September 2020

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

1