| Commercial/Nonprofit | Mail Product | Mail Shape |
|---|---|---|
| (1) | (2) | (3) |
| Non Profit | Marketing Mail | FLATS |
| Non Profit | Marketing Mail | LETTERS |
| Profit | First-Class Mail | CARDS |
| Profit | First-Class Mail | FLATS |
| Profit | First-Class Mail | LETTERS |
| Profit | Marketing Mail | FLATS |
| Profit | Marketing Mail | LETTERS |
| Profit | Priority Mail | PARCELS |

**Sources:**

(4) - USPS Management

(5) - FY 2019 Billing Determinants - USPS-FY19-4

(6) - FY 2019 Public CRA Report - USPS-FY19-1

(7) = (5) - (6)

(8) = (7) *(4)

| Revene Forgone Impact | Unit Revenue Impact | Revenue Impact |
|---|---|---|
| Formula | (Revenue FC - Revenue MM) | (Revenue FC - Revenue MM) * MM Vol |
| Revenue Shift - Nonprofit MM Letters to FC Letters | $ 0.40 | $ 43,358,874 |
| Revenue Shift - Commercial MM Letters to FC Letters | $ 0.31 | $ 2,067,598 |
| Revenue Shift - Nonprofit MM Flats to FC Flats | $ 0.99 | $ 21,451,909 |
| Revenue Shift - Commercial MM Flats to FC Flats | $ 0.86 | $ 2,509,231 |
| Total | | $ 69,387,612 |

| | MM Converted Volume | Total Rev Impact |
|---|---|---|
| Weighted Average | 139,580,696 | $ 69,387,612 |

| Additional Cost Impact | Unit Cost Impact | Cost Impact |
|---|---|---|
| Formula | (Cost FC - Cost MM) | (Cost FC - Cost MM) * MM Vol |
| Cost Shift - Nonprofit MM Letters to FC Letters | $ 0.22 | $ 23,729,731 |
| Cost Shift - Commercial MM Letters to FC Letters | $ 0.22 | $ 1,470,365 |
| Cost Shift - Nonprofit MM Flats to FC Flats | $ 0.57 | $ 12,240,105 |
| Cost Shift - Commercial MM Flats to FC Flats | $ 0.57 | $ 1,644,010 |
| Total | | $ 39,084,210 |

| | MM Converted Volume | Total Cost Impact |
|---|---|---|

| Weighted Average | 139,580,696 | $ | **39,084,210** |
|---|---|---|---|

| Post Oct 15 Election Vol FY20 | Unit Revenue | Unit Attributable Cost | Unit Contribution | Total Contribution |
|---:|---:|---:|---:|---:|
| (4) | (5) | (6) | (7) = (5) - (6) | (8) = (7)*(4) |
| 21,617,752 | $ 0.281 | $ 0.604 | $ (0.324) | $ (6,993,976) |
| 108,345,953 | $ 0.119 | $ 0.111 | $ 0.01 | $ 826,492 |
| 10,678,202 | $ 0.362 | $ 0.331 | $ 0.031 | $ 327,325 |
| 403,820 | $ 1.273 | $ 1.170 | $ 0.103 | $ 41,429 |
| 37,459,605 | $ 0.519 | $ 0.330 | $ 0.189 | $ 7,072,346 |
| 2,903,553 | $ 0.41 | $ 0.60 | $ (0.195) | $ (567,337) |
| 6,713,439 | $ 0.21 | $ 0.11 | $ 0.100 | $ 670,259 |
| 1 | $ 8.72 | $ 6.49 | $ 2.229 | $ 1 |
| 188,122,323 | | | | |

| Revenue Impact/Pc |
|---:|
| $ 0.497 |

| Cost Impact/Pc |
|---|
| |

| $ | 0.280 |
|---|---|