AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
STEVEN J. KOCHEVAR
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:  (212) 637-2774/2715
Fax:  (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONDAIRE JONES, *et al.*,<br><br>                              Plaintiffs,<br><br>- against -<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>                              Defendants. | No. 20 Civ. 6516 (VM)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Defendant's Memorandum of Law in Support of Their Motion for Clarification or Modification or, in the Alternative, to Stay; Declaration of David E. Mills; and Declaration of Steven J. Kochevar; Defendants the United States Postal Service; Louis DeJoy, as Postmaster  General of the United States Postal Service; and Donald J. Trump, as President of the United States; by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court for an order clarifying the Court's September 25, 2020 Order, ECF No. 57, pursuant to Federal Rules of Civil Procedure 65 or granting relief from the Court's September 25, 2020 Order, ECF No. 57, by modifying it pursuant to Federal Rule of Civil Procedure 60(b)(6), or, in the alternative, extending the stay of Paragraphs 3 and 7(f) of the Court's September 25, 2020 Order, ECF No.

57, pending a determination by the Office of the Solicitor General on whether to appeal from it to the United States Court of Appeals for the Second Circuit.

Dated: September 26, 2020
       New York, New York

                         Respectfully submitted,

                         AUDREY STRAUSS
                         Acting United States Attorney for
                         the Southern District of New York
                         *Attorney for Defendant*

By:     /s/ Steven J. Kochevar
           REBECCA S. TINIO
           STEVEN J. KOCHEVAR
           Assistant United States Attorneys
           86 Chambers Street, Third Floor
           New York, New York 10007
           Tel.   (212) 637-2774/2715
           Fax   (212) 637-2717
           Email: rebecca.tinio@usdoj.gov
           steven.kochevar@usdoj.gov