

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 1, 2020

**VIA ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case.  We write respectfully pursuant to the provision of the Court's September 25, 2020 Order, ECF No. 57, according to which the United States Postal Service ("USPS") is to "submit to the Court a list of steps necessary to restore First-Class Mail and Marketing Mail on-time delivery scores to the highest score each respective class of mail has received in 2020, which are 93.88 percent for First-Class Mail and 93.69 percent for Marketing Mail, and shall thereafter make a good faith effort to full implement the listed steps."  *Id*. ¶ 4.  Attached hereto as Exhibit A is the submission that USPS has provided to this Office, in compliance with this provision.

    We thank the Court for its consideration of this matter.

                                                         Respectfully,

                                                        AUDREY STRAUSS
                                                        Acting United States Attorney for the
                                                        Southern District of New York
                                                        *Attorney for Defendants*

                           By:    /s/ Rebecca S. Tinio_____
                                       REBECCA S. TINIO
                                       STEVEN J. KOCHEVAR
                                       Assistant United States Attorneys
                                       86 Chambers Street, Third Floor
                                     New York, New York 10007
                                     Tel.: (212) 637-2774/2715
                                     E-mail: rebecca.tinio@usdoj.gov
                                                   steven.kochevar@usdoj.gov