## All Clear Reports

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "EASTERN | All Divisions"

Processing Operations Summary Report
09/19/2020 to 09/25/2020

| Region | Division | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| EASTERN | Chesapeake | 140 | 0 | 0 | 140 | 100.00 |
| EASTERN | Coastal Southeast | 231 | 3 | 2 | 226 | 97.84 |
| EASTERN | Lakeshores | 245 | 7 | 7 | 231 | 94.29 |
| EASTERN | Mid-Atlantic | 210 | 6 | 4 | 200 | 95.24 |
| EASTERN | New England | 168 | 1 | 6 | 161 | 95.83 |
| EASTERN | New York Metro | 84 | 0 | 5 | 79 | 94.05 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "WESTERN | All Divisions"

Processing Operations Summary Report
09/19/2020 to 09/25/2020

| Region | Division | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| WESTERN | Mid-South | 224 | 12 | 2 | 210 | 93.75 |
| WESTERN | Midwest | 287 | 11 | 6 | 270 | 94.08 |
| WESTERN | Pacific Northwest | 182 | 0 | 1 | 181 | 99.45 |
| WESTERN | Southern California | 140 | 0 | 0 | 140 | 100.00 |
| WESTERN | Southwest | 189 | 8 | 2 | 179 | 94.71 |
| WESTERN | Westshore | 105 | 7 | 5 | 93 | 88.57 |

**Certificate Name:** "Delivery/Retail All Clear Political/Election Mail"
**Organization Level:** "NATIONAL (All Areas)"

Delivery/Retail Summary Report
09/19/2020 to 09/25/2020

| Area | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|
| ATLANTIC | 50643 | 0 | 0 | 50643 | 100.00 |
| CENTRAL | 47997 | 1 | 5 | 47991 | 99.99 |
| SOUTHERN | 46962 | 0 | 0 | 46962 | 100.00 |
| WESTERN-PACIFIC | 39914 | 2 | 0 | 39912 | 99.99 |

## Election Mail Service Performance Score

Processing Score
**97.2%**

Processing Score
**94.2%**

Prev Week: