

October 7, 2020

Hon. Victor Marrero, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

By Electronic Filing.

Re:   Jones et al. v. United States Postal Service, 20-cv-6516-VM

Dear Judge Marrero:

My firm and other counsel who have appeared represent Plaintiffs in the case named above. We write regarding the Court's direction to that the parties "meet and confer to reach an agreement resolving their differences concerning the proposed Guidance Memorandum no later than October 7, 2020."  ECF No. 72.

The parties spent significant time on the phone yesterday conferring, but government counsel did not have the authority to agree to any language or changes.  Because there was no live counter-proposal, the government was to provide suggestions for changes to our draft (the same draft submitted to the Court).  At the time, we also indicated we believed the Court's direction required a submission today and asked that the government attempt to provide the relevant mark up as early as possible in the day today.  Our understanding is that counsel has diligently been following up, but that they do not have an estimate for when approval and/or counter-proposals might exist on various points of discussion.  Thus, the current draft being discussed remains the draft proposed by Plaintiffs.

In order to provide a full summary, we have also asked the government for their position/description of our process.  The have asked us to include the following:

"Yesterday, the parties conferred in an attempt to reach an agreement on aspects of the proposed Supplemental Guidance.  As of the time that Plaintiffs indicated that they wished to file this letter updating the Court, government counsel has not yet been authorized to provide a revised Supplemental Guidance Document to Plaintiffs. If government counsel is authorized to propose a revision, Defendants will provide it to the Court and to the Plaintiffs

As always, we thank the Court for its time and attention.

Respectfully submitted,

/s/
_____



J. Remy Green
 *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
remy@femmelaw.com
*Attorneys for Plaintiffs*

cc:
All relevant parties by ECF and email.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com