

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 8, 2020

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

This Office represents the defendants in the above-referenced case.  We write respectfully, at Plaintiffs' request, to provide the Court with a redline (attached as Exhibit A hereto) comparing a clean version of Defendants' revised proposed Supplemental Guidance Document (ECF No. 77-1) with Plaintiffs' redline of Defendants' original proposal (*see* ECF No. 71-1).  In order to create the attached Exhibit A, the undersigned accepted Plaintiffs' redlines in ECF No. 71-1 and compared that cleaned-up document with ECF No. 77-1.[1]

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:   /s/ Rebecca S. Tinio_____ _
REBECCA S. TINIO
STEVEN J. KOCHEVAR
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2774/2715
E-mail: rebecca.tinio@usdoj.gov
        steven.kochevar@usdoj.gov

---

[1] For the sake of clarity, the redline that Defendants previously provided to the Court (ECF No. 77-2) compared Defendants' original proposed Supplemental Guidance Document (ECF No. 70-1) with a clean version of Defendants' revised proposed Guidance (ECF No. 77-1).