Kristin A. Seaver, CHIEF RETAIL & DELIVERY OFFICER AND EXECUTIVE V.P.
David E. Williams, CHIEF LOGISTICS & PROCESSING OPERATIONS OFFICER AND EXECUTIVE V.P.

October XX, 2020

TO: ~~All USPS~~Officers, PCES, Pay Band Managers, and EAS Employees

SUBJECT: Supplemental Guidance Memorandum

On September 21, 2020, ~~a Federal District Court sitting in the Southern District of New York ordered the Postal Service to take steps to ensure that Election Mail~~we issued Clarifying Operational Instructions about the Postal Service's practices concerning Overtime, Hiring, Retail Hours, Collection Boxes, Late and Extra Trips, Mail Processing, and Election Mail. On September 25, 2020, we issued a Memorandum entitled "Additional Resources for Election Mail Beginning October 1" which identified additional resources being made available for District Managers, Postmasters, Division Directors, and Plant Managers to utilize, as they determine, to support the timely and expeditious handling of the increased volume of Election Mail, ~~as well as to clarify the operational and managerial confusion that has existed for the past few months~~. We write today to ~~give clear instructions on how the Postal Service has been ordered to handle mail up to and through the November Election. To the extent any prior direction – for example in the September 21 "~~supplement the Clarifying Operational Instructions~~" or the September 25 Memorandum titled "~~ and the Additional Resources ~~for Election Mail Beginning October 1" – is inconsistent with this memorandum, you should disregard the prior instructions. However, to the extent those instructions are not contradicted by anything in this document, they remain in effect.~~Memorandum in accordance with a recent federal district court order, in order to reiterate our earlier guidance and to assist in carrying out the specific directives required by the court order.

**Election Mail is the Postal Service's Number One Priority**

Proper handling and timely delivery of Election Mail is the Postal Service's number one priority. As described below, and in the Clarifying Operational Instructions and the Additional Resources Memorandum, many long-standing recommended practices about how to treat Election Mail are now policy requirements and ~~will be enforced as such~~must be followed. District Managers, Postmasters, Division Directors, and Plant Managers are instructed to ensure that all Election Mail is prioritized and delivered on time. To reiterate, and by way of example, it is Postal Service policy that:

• To the extent excess capacity permits, Election Mail should be prioritized, regardless of the paid class. More detailed guidance on the prioritization of Election Mail is laid out ~~below. Any available excess capacity should be used to accomplish this goal.~~in the Clarifying Operational Instructions and the Additional Resources Memorandum, and below.

• Specifically, Election Mail entered as Marketing Mail should be prioritized and advanced ahead of all other Marketing Mail and processed expeditiously so that it is generally delivered in line with First-Class Mail standards;

• Processing windows on letter and flat sorting equipment should be expanded as necessary to ensure that all Election Mail received prior to the First-Class Mail Critical Entry Time is processed that same day;

• To the extent possible, Election Mail received after the Critical Entry Time should be processed and advanced as if it arrived prior to the Critical Entry Time, unless doing

so would disrupt on-time service for Election Mail received prior to the Critical Entry Time;

- Election Mail, including ballots with Green Tags 191, should be prioritized when loading trucks;
- All identifiable ballots returned by voters should be "cancelled" or "postmarked," regardless of the method of payment of postage used, and early cancellations should be conducted the week before Election Day to ensure all collected ballots are processed timely;
- ~~Ballots should be transmitted to their destination regardless of whether there is correct postage on the ballot, and any employee handling, processing, or sorting mail should be made aware that ballots should always be carried to their destination;~~
- ~~International service centers must take extra care to ensure that no ballots are incorrectly marked to be returned to sender, and careful review of international mail should be undertaken for this purpose;~~
- Employees must be aware that balloting materials are handled differently than other unpaid or shortpaid mailpieces. Ballots addressed to an election office, with or without

sufficient postage, must be delivered. Ballots must not be detained or held for postage payment.

- Furthermore, the Postal Service will utilize ballot monitors in each mail processing facility in order to ensure that as many ballots being returned by voters as possible are cancelled as required by our policy;
- Daily "all clears" should be used to ensure that all Election Mail is accounted for in the system and mail scheduled or "committed" to go out is processed accordingly;
- Standardized log sheets should be used to track Election Mail through processing;
- ~~Ballots mailed within eight days prior to Election Day (i.e., as of~~ From October 26 through November 24, 2020~~), regardless of paid class,~~ ballots may ~~and should~~ be manually separated and moved by air or according to Priority Mail Express delivery standards regardless of paid class;
- Extra delivery and collection trips are authorized and instructed to be used to ensure that completed ballots entered ~~within eight days prior to Election Day (i.e., October 26, 2020) and through the state-appropriate number of days after~~ on Election Day reach the appropriate election official by the state's designated deadline on Election Day;
- ~~The use of extraordinary measures beyond our normal course of operations is authorized and expected to be used between October 26, 2020, and November 24, 2020, to accelerate the delivery of identifiable ballots. This is a policy mandate, and violation of this policy will be treated like violation of any other critical policy.~~
- Starting October 26 through November 24, 2020, the use of extraordinary measures beyond our normal course of operations is authorized and expected to be used to accelerate the delivery of identifiable ballots. Please see below for examples of extraordinary measures that may and should be taken if necessary to ensure the expeditious delivery of ballots, which may also include manually separating ballots and moving them by air, consistent with practices used in past elections.

For additional discussion of the Postal Service's policy requirements concerning the treatment of Election Mail, please refer to the Clarifying Operational Instructions and the Additional Resources Memorandum referenced above.

**Recommended Practices and Resources for the Treatment of Election Mail**

Additional resources are available to support the timely and expeditious handling of Election Mail. These resources include, but are not limited to:

~~In addition to the policy requirements above, the use of extraordinary measures beyond our normal course of operations is authorized and expected to be executed by local management between October 26 and November 24, to accelerate the delivery of ballots, when the Postal Service is able to identify the mailpiece as a ballot. As noted in the Additional Resources memorandum, these resources are currently available for managers and have been, beginning on October 1, 2020.~~

~~Extraordinary measures that should be employed include, but are not limited to, expedited handling, extra deliveries, and special pickups as used in past elections, to connect blank ballots entered by election officials to voters or completed ballots returned by voters entered close to or on Election Day to their intended destination (e.g., Priority Mail Express, Sunday deliveries, special deliveries, running collected ballots to Boards of Elections on Election Day, etc.). These measures should be used freely and liberally. We know that, as in past elections, there will be entries of ballots to and from voters that will require us to take the extra steps set forth herein to ensure timely delivery. The additional resources available beginning October 1, and our robust practices and procedures that we employ every election cycle as described above, will help ensure that we are able to do everything in our power to meet our customers' expectations that mail will be delivered in a timely manner when our customers use the mail to facilitate or participate in the electoral process.~~

3

1. 1. **Processing**

Election Mail entered as Marketing Mail should be advanced ahead of all other Marketing Mail and processed expeditiously to the extent feasible so that it is generally delivered in line with First-Class Mail delivery standards. Processing windows on letter and flat sorting equipment should be expanded as necessary to ensure that all Election Mail received prior to the First-Class Mail Critical Entry Time is processed that same day. Further, to the extent possible, Election Mail received after the Critical Entry Time should be processed and advanced as if it arrived prior to the Critical Entry Time, unless doing so would disrupt on-time service for Election Mail received prior to the Critical Entry Time.

Other additional processing resources are also authorized and instructed to be used to ensure that Election Mail stays current and moving through the Postal Service's network. This includes, but is not limited to, early cancellations the week before Election Day to ensure all collected ballots are processed timely.

2. 2. **Transportation**

As described in more detail below, extra transportation resources are authorized and instructed to be used to ensure that Election Mail reaches its intended destination in a timely

manner. This includes, but is not limited to, extra trips from all points of processing and delivery (e.g., retail units and plants), as necessary to connect Election Mail to its intended destination or the next stage in Postal Service processing.

### ~~3.~~ 3. Delivery/Collections

Extra delivery and collection trips are authorized and instructed to be used to ensure that completed ballots entered on Election Day reach the appropriate election official by the state's designated deadline on Election Day. This includes, but is not limited to, early collections the week before Election Day to ensure all collected ballots are processed timely, and delivery of ballots found in collections on Election Day to election boards within states requiring ballots be returned by a designated time on Election Day.

### ~~4.~~ 4. Overtime

As described in more detail below, overtime is authorized and instructed to be used to support these additional resources and the completion of the additional work.

As stated above, the use of extraordinary measures beyond our normal course of operations is authorized and expected to be executed by local management between October 26 and November 24, to accelerate the delivery of ballots, when the Postal Service is able to identify the mailpiece as a ballot.

Extraordinary measures that should be employed include, but are not limited to, expedited handling, extra deliveries, and special pickups as used in past elections, to connect blank ballots entered by election officials to voters or completed ballots returned by voters entered close to or on Election Day to their intended destination (e.g., Priority Mail Express, Sunday deliveries, special deliveries, running collected ballots to Boards of Elections on Election Day, etc.). These measures should be used freely and liberally.

We know that, as in past elections, there will be entries of ballots to and from voters that will require us to take the extra steps set forth herein to ensure timely delivery. The additional resources available, and our robust practices and procedures that we employ every election cycle, will help ensure that we are able to do everything in our power to meet our customers' expectations that mail will be delivered in a timely manner when our customers use the mail to facilitate or participate in the electoral process.

**Late and Extra Trips Are Not Banned and Should Be Used When They Would Facilitate the Expeditious Delivery of Election Mail**

To reiterate, late and extra trips are not banned. ~~The memoranda and guidelines on late and extra trips distributed in July 2020 have been officially rescinded.~~ Pre-approval is not needed for late and extra trips. Authorizing late and extra trips through November ~~30~~6, 2020 ~~and beyond~~, will not result in disciplinary action~~, nor will it at any other time. Through November 30 in particular~~. To the contrary, late and extra trips that would facilitate the on-time delivery of Election Mail are authorized and encouraged—we are committed to using such trips to deliver Election Mail on time.

For example, if a truck needs to be held to receive Election Mail and that delay would not cause the truck to miss a later connection that might delay other Election Mail, the truck should be held until it can receive the Election Mail. ~~If the delay in Election Mail could be stopped altogether by authorizing extra trips and related overtime (even if it would be penalty overtime), extra trips should be used instead. That is, if delaying any truck would cause an overall delay in other Election~~

5

~~Mail~~Additionally, as stated above, extra trips ~~should~~may be used ~~to minimize the effect of such delays.~~ from all points of processing and delivery (e.g., retail units and plants), as necessary to connect Election Mail to its intended destination or the next stage in Postal Service processing.

~~Similarly, if an extra trip would result in Election Mail being delivered more quickly, it should be authorized.~~
~~Finally, we note that other court orders have suspended the July 2020 restrictions that were imposed on late and extra trips. As noted above, these restrictions no longer apply. Even past November, late and extra trips are not banned, and authorization of those trips will not result in discipline of any kind.~~

**Overtime Should Be Used to Deliver Election Mail**

Overtime, including penalty overtime, is authorized and instructed to be used to facilitate the timely delivery of Election Mail. ~~The Clarifying Operational Instructions and Additional Resources Memorandum are both~~ **~~wrong~~** ~~when they place restrictions on the authorization of overtime that relate to whether the overtime is "needed," "necessary," or at all related to "expected work hours." As relates to overtime, the restrictions~~ Further discussion regarding the use of overtime needed to expeditiously move Election Mail is communicated in the Clarifying Operational Instructions ~~and~~ issued on September 21, 2020, and the Additional Resources Memorandum ~~are~~ **rescinded**. ~~Furthermore, until November 24, 2020, you should consider any and all targeted reductions in workhours to be suspended~~ issued on September 25, 2020.
~~For any Election Mail-related overtime, the only consideration should be whether the overtime would ensure Election Mail is delivered more quickly. If the overtime, including penalty overtime, would produce that result, it should be authorized, period.~~

For example, if overtime would ensure that ballots can be processed and delivered in line with First-Class Mail delivery standards, or that a facility clears all of its Election Mail to the greatest extent possible, that overtime is authorized and instructed to be used.
~~Similarly, if authorization of overtime for a facially non-Election Mail related purpose would free other resources that would accelerate delivery of Election Mail, such overtime would be authorized.~~
~~Finally, in the absence of truly extraordinary reasons, in the period between and including October 26, 2020 and November 6, 2020, the rule to be applied is, essentially, any overtime that even touches on delivery of Election Mail *is* authorized. Any questions should be resolved in favor of authorizing overtime.~~
**~~Overtime Should Be Used Prior to the Election to Achieve Ordered Service Standards~~**
~~In the weeks beginning September 12, 2020 and September 19, 2020, our national on-time delivery score for First Class mail dipped nearly 5 points, to 84.23%. The Court has ordered the Postal Service to use best and good faith efforts achieve an on-time score of 93.88%. Achieving this is the highest priority, and overtime and other measures are authorized and encouraged, as of today, to bring on-time delivery up to the required standard.~~

**Report Violations of Election Mail Policies and Practices**

In the event that any of our current Election Mail policies and practices, including the guidance in this memorandum ~~is~~, are not being observed, or any employee has any concern regarding our ability to deliver ~~mail~~ Election Mail on time ~~throughout the election~~, please report any such concerns as soon as possible so they can be corrected promptly. In the first instance, reports should be made to the relevant ballot ambassador. If the relevant ballot ambassador is not available or is not known, reports should be made to a relevant union representative, who can refer reports of any Election Mail concerns to ballot ambassadors on the reporter's behalf. If the individual reporting the concern is unable to reach either a ballot ambassador or union representative, the individual should contact the relevant Election Mail coordinator; the contact information for all Election Mail coordinators is listed at ~~https://about.usps.com/what/government-services/election-mail/pdf/political-election-mail-~~

7

~~coordinators.pdf.~~ https://about.usps.com/what/government-services/election-mail/pdf/political-election-mail-coordinators.pdf.

For example, please report any delayed ballots or any ballots that have not been prioritized, to the relevant ballot ambassador or the Election Mail coordinator.

**~~This~~Recent Guidance, Including this Guidance, Should Be Explained to Your Direct Reports**

As soon as possible, please explain to each of your direct reports the policies and practices described here, including the reporting structure discussed above. Please ~~instruct~~also explain to each of your direct reports ~~to explain~~ the policies and practices described ~~here to their own direct reports, all the way down to line-level employees.  Please also inform all employees that a~~in the Clarifying Operational Instructions and the Additional Resources Memorandum that are relevant to each direct report, taking into account their individual responsibilities. A copy of this memorandum will be posted on ~~bulletin boards in all facilities, and on~~ the Postal Service Intranet ~~both~~ at blue.usps.gov and liteblue.usps.gov.

Headquarters will also be preparing and distributing a Mandatory Stand-Up Talk that will be pushed to all employees, discussing this memorandum.

**If You Have Questions About Recent Guidance, Ask**

To provide consistent guidance across the nation, if you have questions regarding Logistics and Processing Operations, please contact Mike Barber, Vice President, Processing and Maintenance Operations, at [email address to be inserted in version distributed within the Postal Service]. If you have any questions regarding Retail and Delivery Operations, please contact

8

*[Different first page setting changed from on in original to off in modified.].*

Joshua Colin, Vice President, Delivery Operations<ins>, at [email address to be inserted in version distributed within the Postal Service]</ins> or Angela Curtis, Vice President, Retail and Post Office Operations<del>. Contact information for these individuals can be found in the internal directory</del><ins>, at [email address to be inserted in version distributed within the Postal Service]</ins>.

*[Different first page setting changed from on in original to off in modified.].*
*[Link-to-previous setting changed from off in original to on in modified.].*

| Summary report: Litera® Change-Pro for Word 10.10.0.103 Document comparison done on 10/8/2020 12:41:47 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** 2020-10-04 - Plaintiffs' Changes to Defendants Guidance Document (clean).docx ||
| **Modified filename:** 77-1 - Defendants' Memo.pdf ||
| **Changes:** ||
| Add | 73 |
| Delete | 71 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 1 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 145 |