```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED: October 9, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONDAIRE JONES, et al.,                 :
                                        :
                    Plaintiffs,         :   20 Civ. 6516 (VM)
                                        :
    - against -                         :   **ORDER**
                                        :
UNITED STATES POSTAL SERVICE, et al.,   :
                                        :
                                        :
                    Defendants.         :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court has received notice that the parties have reached an agreement on the two issues identified by the Court in its previous order pertaining to the proposed Guidance Memorandum. (See Dkt. No. 83; see also Dkt. No. 81.) Upon review of the revised Guidance Memorandum as agreed upon by the parties (see Dkt. No. 83-1), the Court is satisfied that the Guidance Memorandum complies with the requirements of the Preliminary Injunction (see Dkt. No. 57).

Accordingly, it is hereby

**ORDERED** that proposed Guidance Memorandum (Dkt. No. 83-1) is **APPROVED.**

**SO ORDERED.**

Dated:   New York, New York
         9 October 2020

_____
Victor Marrero
U.S.D.J.