

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 9, 2020

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

      This Office represents the defendants in the above-referenced case.  We write on behalf of all of the parties respectfully to request that the Court consider and, if it is acceptable to the Court, approve the attached corrected Supplemental Guidance Document.  *See* Exhibit A (clean version).  The attached corrected Supplemental Guidance Document would, if approved, supersede the version that the Court approved earlier today.  *See* ECF No. 84.

      The parties apologize for the inconvenience to the Court.  After the parties submitted their agreements regarding the Supplemental Guidance Document to the Court this afternoon, *see* ECF No. 83, Plaintiffs noted that the Supplemental Guidance Document contains language, elsewhere in that document, essentially identical to the provision that was the subject of the parties' first agreement.  *See* ECF No. 83-1 at 2 (bullet point relating to extra delivery and collection trips, as modified per the parties' agreement); *id.* at 3 (unmodified provision titled "Delivery/Collections").  The parties have conferred and have agreed to modify the second instance of this language to match the first.  A redline showing this additional change is attached as Exhibit B.

      The parties thank the Court for its consideration of these issues.

Respectfully,

COHEN&GREEN P.L.L.C.                          AUDREY STRAUSS
*Attorneys for Plaintiffs*                    Acting United States Attorney for the
                                              Southern District of New York
                                              *Attorney for Defendants*

By:  /s/ J. Remy Green, Esq.                  By:   /s/ Rebecca S. Tinio
J. REMY GREEN, ESQ.                           REBECCA S. TINIO
COHEN&GREEN P.L.L.C.                          STEVEN J. KOCHEVAR
1639 Centre St., Suite 216                    Assistant United States Attorneys
Ridgewood, New York 11385                     86 Chambers Street, Third Floor
Tel.: (929) 888.9480                          New York, New York 10007
Facsimile: (929) 888.9457                     Tel.: (212) 637-2774/2715
E-mail: remy@femmelaw.com                     Facsimile: (212) 637-2686
                                              E-mail: rebecca.tinio@usdoj.gov
                                                      steven.kochevar@usdoj.gov