## All Clear Reports

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "EASTERN | All Divisions"

*Processing Operations Summary Report*
*09/26/2020 to 10/02/2020*

| Region | Division | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| EASTERN | Chesapeake | 140 | 0 | 2 | 138 | 98.57 |
| EASTERN | Coastal Southeast | 231 | 1 | 5 | 225 | 97.40 |
| EASTERN | Lakeshores | 245 | 1 | 3 | 241 | 98.37 |
| EASTERN | Mid-Atlantic | 210 | 0 | 3 | 207 | 98.57 |
| EASTERN | New England | 168 | 0 | 8 | 160 | 95.24 |
| EASTERN | New York Metro | 84 | 0 | 6 | 78 | 92.86 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "WESTERN | All Divisions"

*Processing Operations Summary Report*
*09/26/2020 to 10/02/2020*

| Region | Division | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| WESTERN | Mid-South | 224 | 2 | 0 | 222 | 99.11 |
| WESTERN | Midwest | 287 | 0 | 4 | 283 | 98.61 |
| WESTERN | Pacific Northwest | 182 | 0 | 0 | 182 | 100.00 |
| WESTERN | Southern California | 136 | 0 | 6 | 130 | 95.59 |
| WESTERN | Southwest | 189 | 1 | 1 | 187 | 98.94 |
| WESTERN | Westshore | 105 | 2 | 3 | 100 | 95.24 |

**Certificate Name:** "Delivery/Retail All Clear Political/Election Mail"
**Organization Level:** "NATIONAL (All Areas)"

*Delivery/Retail Summary Report*
*09/26/2020 to 10/02/2020*

| Area | Total Count | No Response | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|
| ATLANTIC | 50634 | 1 | 0 | 50633 | 100.00 |
| CENTRAL | 47994 | 24 | 11 | 47959 | 99.93 |
| SOUTHERN | 46962 | 3 | 0 | 46959 | 99.99 |
| WESTERN-PACIFIC | 39912 | 72 | 3 | 39837 | 99.81 |

## Election Mail Service Performance Score

Processing Score
**97.9%**

Processing Score
**97.2%**

Prev Week: