USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MONDAIRE JONES, et al.,                 :
                                        :
                    Plaintiffs,         :   20 Civ. 6516 (VM)
                                        :
     - against -                        :   ORDER
                                        :
UNITED STATES POSTAL SERVICE, et al.,   :
                                        :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Yesterday, this Court issued an order approving a proposed guidance memorandum for distribution. (See Dkt. No. 84.) Following entry of that order, the parties notified the Court that they identified the need for an additional revision to the guidance memorandum that the Court had approved. (See Dkt. No. 85.) Upon review of the corrected guidance memorandum (Dkt. No. 85-1), the Court is satisfied that the corrected guidance memorandum complies with the requirements of the Preliminary Injunction (see Dkt. No. 57).

Accordingly, it is hereby

**ORDERED** that the October 9, 2020 order (Dkt. No. 84) approving a proposed guidance memorandum is superseded by the terms of this Order; and it is further

**ORDERED** that corrected guidance memorandum (Dkt. No. 85-1) is **APPROVED.**

**SO ORDERED.**

Dated:    New York, New York
         10 October 2020

Victor Marrero
U.S.D.J.