**Please note that scores provided for each week in a quarter may not exactly match the official scores filed with the Postal Regulatory Commission (PRC) at the end of the quarter.**

| Week | Overnight | | |
|---|---|---|---|
| | Overall Score | Percent Within +1-Day | Percent Within +2-Day |
| 1/1/2020 | 97.71% | 99.03% | 99.49% |
| 1/4/2020 | 96.33% | 98.84% | 99.39% |
| 1/11/2020 | 95.55% | 98.52% | 99.21% |
| 1/18/2020 | 95.55% | 98.63% | 99.28% |
| 1/25/2020 | 95.23% | 98.26% | 99.03% |
| 2/1/2020 | 95.38% | 98.56% | 99.22% |
| 2/8/2020 | 95.77% | 98.55% | 99.25% |
| 2/15/2020 | 96.51% | 98.80% | 99.36% |
| 2/22/2020 | 96.19% | 98.61% | 99.32% |
| 2/29/2020 | 95.98% | 98.69% | 99.26% |
| 3/7/2020 | 95.71% | 98.39% | 99.05% |
| 3/14/2020 | 95.86% | 98.54% | 99.18% |
| 3/21/2020 | 95.97% | 98.54% | 99.10% |
| 3/28/2020 | 95.45% | 98.53% | 99.19% |
| 4/1/2020 | 96.37% | 98.68% | 99.21% |
| 4/4/2020 | 95.48% | 98.35% | 99.15% |
| 4/11/2020 | 94.42% | 97.60% | 98.71% |
| 4/18/2020 | 95.63% | 98.44% | 99.14% |
| 4/25/2020 | 95.74% | 98.32% | 99.02% |
| 5/2/2020 | 95.91% | 98.46% | 99.18% |
| 5/9/2020 | 95.96% | 98.44% | 99.11% |
| 5/16/2020 | 95.88% | 98.53% | 99.18% |
| 5/23/2020 | 96.38% | 98.75% | 99.30% |
| 5/30/2020 | 95.53% | 98.63% | 99.27% |
| 6/6/2020 | 95.65% | 98.47% | 99.16% |
| 6/13/2020 | 96.07% | 98.54% | 99.22% |
| 6/20/2020 | 95.72% | 98.53% | 99.16% |
| 6/27/2020 | 95.25% | 98.59% | 99.32% |
| 7/1/2020 | 96.52% | 98.53% | 99.14% |
| 7/4/2020 | 95.17% | 98.30% | 99.08% |
| 7/11/2020 | 92.21% | 97.60% | 98.64% |
| 7/18/2020 | 90.35% | 96.79% | 98.53% |
| 7/25/2020 | 89.67% | 96.15% | 98.16% |
| 8/1/2020 | 89.31% | 96.06% | 98.14% |
| 8/8/2020 | 90.34% | 96.19% | 97.91% |
| 8/15/2020 | 92.89% | 97.36% | 98.67% |
| 8/22/2020 | 94.02% | 98.02% | 98.94% |
| 8/29/2020 | 94.25% | 98.22% | 99.09% |
| 9/5/2020 | 94.44% | 98.27% | 99.18% |
| 9/12/2020 | 93.92% | 98.55% | 99.40% |
| 9/19/2020 | 94.42% | 98.57% | 99.37% |
| 9/26/2020 | 94.41% | 98.44% | 99.37% |
| 10/3/2020 | 93.48% | 98.34% | 99.27% |

| | Presort First-Class | | |
| --- | --- | --- | --- |
| | Two-Day | | |
| Percent Within +3-Day | Overall Score | Percent Within +1-Day | Percent Within +2-Day |
| 99.66% | 93.05% | 97.68% | 99.13% |
| 99.58% | 94.55% | 98.09% | 99.03% |
| 99.45% | 94.36% | 98.13% | 99.09% |
| 99.50% | 94.62% | 98.31% | 99.13% |
| 99.33% | 93.99% | 97.98% | 99.08% |
| 99.48% | 93.55% | 97.80% | 98.98% |
| 99.51% | 94.11% | 98.05% | 99.04% |
| 99.57% | 95.52% | 98.56% | 99.27% |
| 99.55% | 94.65% | 98.11% | 99.05% |
| 99.49% | 94.83% | 98.22% | 99.10% |
| 99.41% | 94.46% | 98.05% | 99.03% |
| 99.44% | 94.22% | 98.13% | 99.06% |
| 99.37% | 94.98% | 98.28% | 99.07% |
| 99.50% | 94.09% | 98.32% | 99.19% |
| 99.49% | 95.16% | 97.70% | 98.74% |
| 99.43% | 93.69% | 97.62% | 98.77% |
| 99.27% | 92.45% | 96.62% | 98.10% |
| 99.47% | 92.57% | 96.80% | 98.14% |
| 99.35% | 92.66% | 96.89% | 98.25% |
| 99.44% | 92.24% | 96.95% | 98.35% |
| 99.39% | 91.70% | 96.96% | 98.42% |
| 99.43% | 92.80% | 97.63% | 98.71% |
| 99.55% | 94.17% | 97.83% | 99.01% |
| 99.55% | 94.05% | 98.02% | 99.05% |
| 99.43% | 93.57% | 97.72% | 98.82% |
| 99.49% | 94.21% | 98.01% | 99.01% |
| 99.44% | 94.05% | 98.02% | 99.02% |
| 99.60% | 93.34% | 98.21% | 99.21% |
| 99.39% | 95.41% | 97.97% | 98.93% |
| 99.38% | 93.09% | 97.56% | 98.87% |
| 99.19% | 88.98% | 96.14% | 98.20% |
| 99.14% | 86.81% | 95.38% | 97.94% |
| 98.90% | 87.27% | 94.71% | 97.28% |
| 98.99% | 86.97% | 95.44% | 97.62% |
| 98.77% | 85.42% | 94.66% | 97.43% |
| 99.19% | 90.03% | 96.33% | 98.08% |
| 99.31% | 91.55% | 97.14% | 98.62% |
| 99.45% | 91.16% | 97.04% | 98.58% |
| 99.57% | 92.17% | 97.31% | 98.69% |
| 99.68% | 90.34% | 97.05% | 98.74% |
| 99.66% | 89.73% | 96.75% | 98.62% |
| 99.65% | 90.55% | 97.20% | 98.80% |
| 99.61% | 89.73% | 97.10% | 98.78% |

| | | Three-To-Five-Day | |
|---|---|---|---|
| Percent Within +3-Day | Overall Score | Percent Within +1-Day | Percent Within +2-Day |
| 99.57% | 89.63% | 96.56% | 99.08% |
| 99.47% | 92.12% | 97.30% | 98.84% |
| 99.48% | 91.20% | 97.31% | 98.85% |
| 99.51% | 93.49% | 97.79% | 99.02% |
| 99.47% | 91.38% | 97.48% | 98.85% |
| 99.39% | 90.73% | 97.02% | 98.71% |
| 99.42% | 92.26% | 97.72% | 98.89% |
| 99.54% | 94.58% | 98.09% | 99.12% |
| 99.46% | 93.49% | 97.90% | 98.98% |
| 99.45% | 93.81% | 98.03% | 99.04% |
| 99.43% | 92.80% | 97.64% | 98.93% |
| 99.43% | 92.55% | 97.76% | 98.93% |
| 99.41% | 93.28% | 97.79% | 98.89% |
| 99.52% | 93.29% | 98.40% | 99.24% |
| 99.25% | 92.28% | 96.21% | 98.20% |
| 99.22% | 91.85% | 97.17% | 98.63% |
| 98.86% | 89.04% | 95.79% | 98.05% |
| 98.78% | 91.58% | 96.75% | 98.31% |
| 98.88% | 89.85% | 96.10% | 98.02% |
| 98.97% | 89.65% | 96.13% | 98.12% |
| 99.03% | 89.27% | 96.00% | 98.13% |
| 99.22% | 91.24% | 96.92% | 98.53% |
| 99.41% | 92.29% | 97.23% | 98.66% |
| 99.43% | 90.12% | 97.01% | 98.66% |
| 99.30% | 90.42% | 96.85% | 98.44% |
| 99.40% | 91.80% | 97.18% | 98.65% |
| 99.44% | 90.62% | 97.18% | 98.70% |
| 99.56% | 90.85% | 97.87% | 99.07% |
| 99.39% | 90.92% | 95.16% | 97.57% |
| 99.28% | 91.14% | 97.39% | 98.45% |
| 99.04% | 84.47% | 94.92% | 97.83% |
| 98.84% | 81.63% | 93.50% | 97.17% |
| 98.30% | 83.46% | 93.22% | 96.73% |
| 98.62% | 82.62% | 93.40% | 96.63% |
| 98.61% | 80.35% | 92.28% | 96.34% |
| 98.90% | 84.12% | 94.34% | 97.25% |
| 99.18% | 86.55% | 95.67% | 97.97% |
| 99.23% | 86.70% | 95.70% | 97.94% |
| 99.28% | 87.31% | 95.36% | 97.59% |
| 99.33% | 85.96% | 95.35% | 97.81% |
| 99.32% | 81.41% | 93.07% | 96.86% |
| 99.38% | 83.73% | 94.24% | 97.38% |
| 99.42% | 84.62% | 95.04% | 97.78% |

| | | Two-Day | | |
|---|---|---|---|---|
| Percent Within +3-Day | Overall Score | Percent Within +1-Day | Percent Within +2-Day | |
| 99.48% | 92.34% | 96.91% | 98.02% |
| 99.40% | 93.04% | 97.00% | 98.34% |
| 99.35% | 93.13% | 97.50% | 98.63% |
| 99.45% | 93.10% | 97.48% | 98.41% |
| 99.28% | 93.02% | 97.38% | 98.60% |
| 99.30% | 92.23% | 97.12% | 98.40% |
| 99.33% | 92.86% | 97.27% | 98.42% |
| 99.48% | 93.48% | 97.55% | 98.41% |
| 99.38% | 93.19% | 97.30% | 98.51% |
| 99.44% | 93.51% | 97.60% | 98.65% |
| 99.37% | 93.10% | 97.39% | 98.50% |
| 99.38% | 92.60% | 97.13% | 98.34% |
| 99.36% | 93.30% | 97.26% | 98.36% |
| 99.48% | 92.61% | 97.35% | 98.38% |
| 99.15% | 94.45% | 97.66% | 98.75% |
| 99.20% | 92.23% | 97.03% | 98.48% |
| 98.99% | 91.72% | 96.68% | 98.18% |
| 98.98% | 92.31% | 96.85% | 98.18% |
| 98.88% | 92.16% | 96.89% | 98.28% |
| 98.90% | 91.72% | 96.80% | 98.23% |
| 98.94% | 91.76% | 96.63% | 98.08% |
| 99.10% | 92.42% | 97.13% | 98.40% |
| 99.34% | 93.24% | 97.43% | 98.40% |
| 99.24% | 92.59% | 97.29% | 98.61% |
| 99.09% | 92.41% | 97.10% | 98.37% |
| 99.21% | 92.82% | 97.42% | 98.62% |
| 99.31% | 92.34% | 97.16% | 98.41% |
| 99.42% | 91.68% | 97.39% | 98.59% |
| 98.83% | 93.63% | 97.49% | 98.77% |
| 99.05% | 90.80% | 96.69% | 98.13% |
| 98.90% | 88.54% | 96.10% | 97.94% |
| 98.52% | 85.06% | 94.39% | 97.17% |
| 98.13% | 86.43% | 94.81% | 97.33% |
| 98.15% | 85.54% | 94.83% | 97.45% |
| 98.00% | 85.33% | 94.34% | 97.05% |
| 98.38% | 87.82% | 95.48% | 97.60% |
| 98.83% | 89.35% | 96.21% | 97.95% |
| 98.88% | 90.21% | 96.61% | 98.21% |
| 98.79% | 89.71% | 96.25% | 97.74% |
| 98.81% | 88.81% | 96.44% | 98.37% |
| 98.45% | 89.19% | 96.16% | 98.11% |
| 98.66% | 90.38% | 96.76% | 98.35% |
| 98.89% | 89.44% | 96.81% | 98.44% |

| Single Piece First-Class | | | |
|---|---|---|---|
| | | Three-To-Five-Day | |
| Percent Within +3-Day | Overall Score | Percent Within +1-Day | Percent Within +2-Day |
| 98.63% | 79.01% | 93.35% | 96.86% |
| 98.87% | 80.78% | 91.64% | 96.38% |
| 99.10% | 81.83% | 94.11% | 97.16% |
| 99.03% | 86.64% | 94.97% | 97.40% |
| 99.07% | 79.96% | 94.47% | 97.38% |
| 98.94% | 80.76% | 93.82% | 96.89% |
| 98.91% | 83.48% | 94.85% | 97.35% |
| 98.96% | 87.33% | 94.90% | 97.38% |
| 98.99% | 84.33% | 95.07% | 97.37% |
| 99.12% | 85.26% | 95.22% | 97.53% |
| 98.98% | 84.15% | 94.70% | 97.32% |
| 98.89% | 83.72% | 94.50% | 97.09% |
| 98.87% | 84.84% | 94.71% | 97.07% |
| 98.91% | 84.81% | 95.59% | 97.71% |
| 99.16% | 86.13% | 93.95% | 96.59% |
| 99.02% | 82.99% | 94.38% | 97.24% |
| 98.82% | 80.52% | 92.44% | 96.33% |
| 98.80% | 82.45% | 93.60% | 96.59% |
| 98.83% | 81.00% | 92.86% | 96.22% |
| 98.85% | 80.47% | 92.89% | 96.37% |
| 98.73% | 78.28% | 91.73% | 96.01% |
| 98.94% | 82.76% | 93.93% | 96.88% |
| 99.03% | 84.81% | 93.86% | 96.85% |
| 99.10% | 78.33% | 93.50% | 96.99% |
| 98.91% | 80.76% | 93.27% | 96.69% |
| 99.13% | 82.58% | 94.09% | 97.02% |
| 98.96% | 80.97% | 93.42% | 96.84% |
| 99.14% | 80.96% | 95.04% | 97.83% |
| 99.24% | 83.69% | 93.19% | 96.37% |
| 98.92% | 80.43% | 93.51% | 96.25% |
| 98.70% | 71.92% | 89.69% | 95.29% |
| 98.31% | 66.73% | 87.15% | 93.76% |
| 98.38% | 69.63% | 88.05% | 94.08% |
| 98.50% | 67.69% | 87.57% | 93.71% |
| 98.21% | 66.41% | 86.26% | 93.23% |
| 98.50% | 71.71% | 89.25% | 94.72% |
| 98.77% | 75.64% | 91.34% | 95.69% |
| 98.87% | 76.55% | 91.98% | 96.03% |
| 98.70% | 78.83% | 91.86% | 95.86% |
| 99.00% | 75.68% | 92.58% | 96.34% |
| 98.86% | 71.51% | 88.66% | 94.62% |
| 98.99% | 72.66% | 90.33% | 95.39% |
| 99.07% | 75.11% | 91.30% | 95.84% |

| Percent Within +3-Day |
|---:|
| 97.74% |
| 97.93% |
| 98.37% |
| 98.51% |
| 98.38% |
| 98.20% |
| 98.35% |
| 98.46% |
| 98.31% |
| 98.55% |
| 98.38% |
| 98.23% |
| 98.18% |
| 98.48% |
| 98.15% |
| 98.41% |
| 97.89% |
| 97.94% |
| 97.65% |
| 97.89% |
| 97.73% |
| 98.06% |
| 98.34% |
| 98.18% |
| 98.05% |
| 98.29% |
| 98.22% |
| 98.67% |
| 98.11% |
| 97.93% |
| 97.51% |
| 96.60% |
| 96.69% |
| 96.50% |
| 96.23% |
| 96.89% |
| 97.55% |
| 97.69% |
| 97.86% |
| 97.78% |
| 97.15% |
| 97.42% |
| 97.79% |