**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "EASTERN | All Divisions"

Processing Operations Summary Report
10/03/2020 to 10/09/2020

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| EASTERN | Chesapeake | 140 | 1 | 0 | 7 | 132 | 94.29 |
| EASTERN | Coastal Southeast | 224 | 0 | 2 | 6 | 216 | 96.43 |
| EASTERN | Lakeshores | 245 | 0 | 1 | 9 | 235 | 95.92 |
| EASTERN | Mid-Atlantic | 210 | 2 | 1 | 6 | 201 | 95.71 |
| EASTERN | New England | 168 | 0 | 0 | 6 | 162 | 96.43 |
| EASTERN | New York Metro | 84 | 0 | 0 | 12 | 72 | 85.71 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "WESTERN | All Divisions"

Processing Operations Summary Report
10/03/2020 to 10/09/2020

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| WESTERN | Mid-South | 224 | 0 | 1 | 6 | 217 | 96.88 |
| WESTERN | Midwest | 287 | 0 | 0 | 1 | 286 | 99.65 |
| WESTERN | Pacific Northwest | 182 | 0 | 0 | 4 | 178 | 97.80 |
| WESTERN | Southern California | 133 | 0 | 0 | 3 | 130 | 97.74 |
| WESTERN | Southwest | 189 | 0 | 0 | 3 | 186 | 98.41 |
| WESTERN | Westshore | 105 | 3 | 0 | 0 | 102 | 97.14 |

**Certificate Name:** "Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units"
**Organization Level:** "NATIONAL (All Areas)"

Delivery/Retail Summary Report
10/03/2020 to 10/09/2020

| Area | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| ATLANTIC | 50628 | 75 | 130 | 29 | 50394 | 99.54 |
| CENTRAL | 47991 | 69 | 124 | 39 | 47759 | 99.52 |
| SOUTHERN | 46958 | 44 | 108 | 29 | 46777 | 99.61 |
| WESTERN-PACIFIC | 39900 | 145 | 113 | 139 | 39503 | 99.01 |

# Election Mail Service Performance Score:

Processing score: 92.1 %
Prev. week: 97.9 %