## Contempt of Court in case 1:20-cv-06516-VM

joshua montgomery <da1ofgreatness@yahoo.com>
Wed 10/28/2020 4:31 PM
To: Chambers NYSD Marrero <ChambersNYSDMarrero@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

To the Honorable Judge Marrero,

I have contacted your office several times to notify you that the USPS Louisiana District is still in violation of your 09-28-2020 order from case 1:20-cv-06516-VM.

In Lafayette, LA 2 DBCSes (the machines at are used to process first class letters, certified mail, and most mail ballots) were disconnected whereas only 1 of those 2 DBCSes (DBCS #5) have been brought back into service since your order. New Orleans, LA mail processing facility had 4 DBCSes disconnected whereas only 2 DBCSes have been brought back into service since your ruling. Baton Rouge, LA mail processing facility had 2 DBCSes disconnected whereas no DBCSes have been brought back online since your decision. Shreveport, LA mail processing facility had 2 DBCSes disconnected whereas only 1 of those DBCSes have been brought back only into service since your ruling.

As you are well aware this limits the amount of ballots to be processed, counted in a timely fashion, and may affect the outcomes of several races this election season. As all Judge's orders, it needs to be enforced, the USPS needs to be held to the letter of the law and forced to fulfill your ruling. There have been several national injunctions, District Judge McHugh (2:20-cv-04096-GAM), District Judge Sullivan (1:20-cv-02340-EGS), and District Chief Judge Bastian (1:20-CV-03127-SAB) addressing this issue. This is contempt of court. If your office needs additional input, my contact info is below. With the increase of participation in this 2020 election, the USPS is doing a disservice to the public. Democracy in Louisiana should be no lesser than anywhere in the United States of America.

Thank you,
Joshua Montgomery
APWU Lafayette, LA Local #2803 President
337-288-9521
APWU2803@gmail.com



Defendants are directed to respond by October 29, 2020 at 5:00 p.m. to the matter set forth above.

SO ORDERED.
10/28/2020
DATE   VICTOR MARRERO, U.S.D.J.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.