**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"  
**Organization Level:** "EASTERN | All Divisions"

**Processing Operations Summary Report**  
10/24/2020 to 10/30/2020

Show 15 entries

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| EASTERN | Chesapeake | 140 | 1 | 0 | 13 | 126 | 90.00 |
| EASTERN | Coastal Southeast | 224 | 0 | 0 | 16 | 208 | 92.86 |
| EASTERN | Lakeshores | 252 | 1 | 0 | 12 | 239 | 94.84 |
| EASTERN | Mid-Atlantic | 210 | 0 | 0 | 20 | 190 | 90.48 |
| EASTERN | New England | 168 | 0 | 0 | 13 | 155 | 92.26 |
| EASTERN | New York Metro | 84 | 0 | 0 | 12 | 72 | 85.71 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"  
**Organization Level:** "WESTERN | All Divisions"

**Processing Operations Summary Report**  
10/24/2020 to 10/30/2020

Show 15 entries

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| WESTERN | Mid-South | 231 | 1 | 0 | 3 | 227 | 98.27 |
| WESTERN | Midwest | 287 | 0 | 0 | 4 | 283 | 98.61 |
| WESTERN | Pacific Northwest | 182 | 0 | 0 | 0 | 182 | 100.00 |
| WESTERN | Southern California | 133 | 0 | 0 | 2 | 131 | 98.50 |
| WESTERN | Southwest | 189 | 0 | 0 | 3 | 186 | 98.41 |
| WESTERN | Westshore | 105 | 0 | 0 | 1 | 104 | 99.05 |

**Certificate Name:** "Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units"  
**Organization Level:** "NATIONAL (All Areas)"

**Delivery/Retail Summary Report**  
10/24/2020 to 10/30/2020

Show 15 entries

| Area | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| ATLANTIC | 50643 | 2 | 19 | 22 | 50600 | 99.92 |
| CENTRAL | 47997 | 0 | 2 | 96 | 47899 | 99.80 |
| SOUTHERN | 46965 | 1 | 13 | 59 | 46892 | 99.84 |
| WESTERN-PACIFIC | 39912 | 0 | 11 | 144 | 39757 | 99.61 |

| Week Start Date | Inbound Ballot Processing Score | Outbound Ballot Processing Score | Election Mail (Non Ballot) Processing Score |
|---|---:|---:|---:|
| 24-Oct | 94.84% | 94.60% | 76.76% |
| Please Note: this only includes scores for mailpieces that have been properly identified by the mailer as election mail, outbound ballots, or inbound ballots and if it adhered to Service Performance Measurement business rules. | | | |