UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MONDAIRE JONES, et al.,              :
                                     :
                   Plaintiffs,       :      20 Civ. 6516 (VM)
                                     :
      - against -                    :      **ORDER**
                                     :
UNITED STATES POSTAL SERVICE, et al.,:
                                     :
                                     :
                   Defendants.       :
-------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _November 17, 2020_
```

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to confer and advise the Court

as to whether further litigation, requests for relief, or

submission of status and compliance reports are contemplated

in this matter.

**SO ORDERED.**

Dated:      New York, New York
            17 November 2020

                                    _____
                                        Victor Marrero
                                          U.S.D.J.