**Certificate Name:** "Political/Election Mail "All Clear" and Yard Check Certification"
**Organization Level:** "EASTERN | All Divisions"

Processing Operations Summary Report
11/28/2020 to 12/04/2020

Export to Excel | Print | Show 15 entries | Search:

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| EASTERN | Chesapeake | 140 | 3 | 0 | 0 | 137 | 97.86 |
| EASTERN | Coastal Southeast | 217 | 0 | 0 | 0 | 217 | 100.00 |
| EASTERN | Lakeshores | 245 | 7 | 0 | 0 | 238 | 97.14 |
| EASTERN | Mid-Atlantic | 210 | 5 | 0 | 4 | 201 | 95.71 |
| EASTERN | New England | 182 | 3 | 0 | 1 | 178 | 97.80 |
| EASTERN | New York Metro | 84 | 0 | 0 | 1 | 83 | 98.81 |

**Certificate Name:** "Political/Election Mail "All Clear" and Yard Check Certification"
**Organization Level:** "WESTERN | All Divisions"

Processing Operations Summary Report
11/28/2020 to 12/04/2020

Export to Excel | Print | Show 15 entries | Search:

| Region | Division | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|
| WESTERN | Mid-South | 231 | 6 | 0 | 0 | 225 | 97.40 |
| WESTERN | Midwest | 294 | 0 | 0 | 0 | 294 | 100.00 |
| WESTERN | Pacific Northwest | 182 | 0 | 0 | 0 | 182 | 100.00 |
| WESTERN | Southern California | 133 | 0 | 0 | 0 | 133 | 100.00 |
| WESTERN | Southwest | 189 | 0 | 0 | 0 | 189 | 100.00 |
| WESTERN | Westshore | 105 | 3 | 0 | 0 | 102 | 97.14 |

**Certificate Name:** "Political/Election Mail "All Clear" Checklist Certification"
**Organization Level:** "NATIONAL (All Areas)"

Delivery/Retail Summary Report
11/28/2020 to 11/30/2020

Export to Excel | Print | Show 15 entries | Search:

| Area | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| ATLANTIC | 25323 | 5037 | 50 | 4 | 20232 | 79.90 |
| CENTRAL | 23997 | 4667 | 9 | 2 | 19319 | 80.51 |
| SOUTHERN | 23487 | 4368 | 46 | 2 | 19071 | 81.20 |
| WESTERN-PACIFIC | 19950 | 4177 | 20 | 4 | 15749 | 78.94 |

**Certificate Name:** "Political/Election Mail "All Clear" Checklist Certification"
**Organization Level:** "NATIONAL (All Areas)"

**Delivery/Retail Summary Report**
12/01/2020 to 12/04/2020

[Export to Excel] [Print]   Show [15] entries          Search: [      ]

| Area | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|
| ATLANTIC | 33764 | 0 | 5 | 1 | 33758 | 99.98 |
| CENTRAL | 31996 | 0 | 0 | 0 | 31996 | 100.00 |
| SOUTHERN | 31316 | 0 | 0 | 1 | 31315 | 100.00 |
| WESTERN-PACIFIC | 26600 | 0 | 0 | 2 | 26598 | 99.99 |

| Week Start Date | Inbound Ballot Processing Score | Outbound Ballot Processing Score | Election Mail (Non Ballot) Processing Score |
|---|---|---|---|
| 28-Nov | 95.71% | 80.91% | 48.45% |
| Please Note: this only includes scores for mailpieces that have been properly identified by the mailer as election mail, outbound ballots, or inbound ballots and if it adhered to Service Performance Measurement business rules. | | | |