**U.S. Department of Justice**

*United Sta...*
*Southern ...*

*86 Chambers S...*
*New York, New...*

March 8,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 9, 2021

**VIA ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

     This Office represents the defendants in the above-referenced case.  We write respectfully to request an extension, from March 10, 2021, to April 26, 2021, of defendants' time to answer or otherwise respond to plaintiffs' Second Amended Complaint.  Defendants seek the extension to allow the parties time to continue exploring whether this matter can be resolved without further litigation; since defendants' last correspondence to the Court, *see* ECF No. 114, the parties have had additional discussions regarding potential next steps.  This is defendants' fifth request for an extension of this deadline; the Court granted defendants' prior requests.  *See* ECF Nos. 89, 100, 110, 115.  Plaintiffs' counsel consents to the present request.

     We thank the Court for its consideration of this submission.

                      Respectfully,

                      AUDREY STRAUSS
                      United States Attorney for the
                      Southern District of New York
                      *Attorney for Defendants*

                        */s/ Rebecca S. Tinio*
                      REBECCA S. TINIO
                      CHARLES S. JACOB
                      Assistant United States Attorneys
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Tel.: (212) 637-2774/2725
                      E-mail: rebecca.tinio@usdoj.gov
                                charles.jacob@usdoj.gov

**Request GRANTED.**
Defendants' response to the
Complaint is hereby due by April
26, 2021.

**SO ORDERED.**

March 9, 2021

**DATE**                    VICTOR MARRERO, U.S.D.J.

cc (by ECF): Counsel of Record