

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 17, 2021

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case. We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act. The deadline is currently November 19, 2021. (ECF No. 132). The parties seek an adjournment until January 7, 2022, to allow them additional time to discuss the issue of fees and whether litigation will be required. In particular, the defendants continue to analyze and assess Plaintiffs' demand, and have also continued to be delayed by other docket responsibilities of the undersigned counsel, including an imminent trial scheduled to take place before the end of the year.

    The parties thank the Court for its consideration of this joint request.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendants*

By:   /s/ Rebecca S. Tinio_____
    REBECCA S. TINIO
    CHARLES S. JACOB
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2774/2725
    E-mail: rebecca.tinio@usdoj.gov
           charles.jacob@usdoj.gov