

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

86 Chambers Street, 3rd Floor
New York, New York 10007

February 18, 2022

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case. We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act. The deadline is currently February 25, 2022. (ECF No. 138). The parties seek an adjournment until April 8, 2022, to allow them additional time to discuss the issue of fees and whether litigation will be required. In particular, the defendants have been able to conduct further consultations since the parties' last update to the Court with respect to Plaintiffs' demand, and continue to endeavor to complete their internal consultation within the Government regarding the same.

    The parties thank the Court for its consideration of this joint request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

/ Rebecca S. Tinio_____
REBECCA S. TINIO
CHARLES S. JACOB
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2774/2725
E-mail: rebecca.tinio@usdoj.gov
        charles.jacob@usdoj.gov

---

**Request GRANTED.**

The deadline to file an application for fees is adjourned until April 8, 2022.

**SO ORDERED.**

2/22/2022     *[signature]* VICTOR MARRERO, U.S.D.J.
DATE