USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022

U.S. Department

United States At
Southern Distric

86 Chambers Street, 3rd
New York, New York 100

May 19, 2022

**BY ECF**
Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

      This Office represents the defendants in the above-referenced case. We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act. The deadline is currently May 20, 2022. (ECF No. 142). The parties seek an adjournment until July 1, 2022, to allow them additional time to discuss the issue of fees. Since the parties' last update to the Court (ECF No. 141), the undersigned counsel conducted further consultations with the defendants, and subsequently informed counsel for the Plaintiffs that they are now authorized to confer substantively about a potential consensual resolution of this outstanding issue. In the coming days and weeks, the parties expect to engage in these conferrals, and will also alert the Court if the parties believe that the Court's assistance may be helpful.

      The parties thank the Court for its consideration of this joint request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendants*

By:  /s/ Rebecca S. Tinio_____
      REBECCA S. TINIO
      CHARLES S. JACOB
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2774/2725
      E-mail: rebecca.tinio@usdoj.gov
              charles.jacob@usdoj.gov

---

Request **GRANTED**.

The requested extension is granted.

**SO ORDERED.**

5/23/2022
DATE

/s/ Victor Marrero, U.S.D.J.