

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/1/2022_

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 30, 2022

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re:   *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

  This Office represents the defendants in the above-referenced case.  We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act.  The deadline is currently July 1, 2022.  (ECF No. 144).  The parties seek an adjournment until August 15, 2022, to allow them additional time to discuss the issue of fees.  Since the parties' last update to the Court (ECF No. 143), the parties have conferred substantively regarding a potential consensual resolution of this outstanding issue, and have made progress. In the coming days and weeks, the parties intend to continue these discussions, and will also alert the Court if the parties believe that the Court's assistance may be helpful.

  The parties thank the Court for its consideration of this joint request.

                    Respectfully,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendants*

          By:   /s/ Charles S. Jacob_____
                    REBECCA S. TINIO
                    CHARLES S. JACOB
                    Assistant United States Attorneys
                    86 Chambers Street, Third Floor
                    New York, New York 10007
                    Tel.: (212) 637-2774/2725
                    E-mail: rebecca.tinio@usdoj.gov
                              charles.jacob@usdoj.gov

Request **GRANTED.**
The deadline shall be extended  until
August 15, 2022.


**SO ORDERED.**

7/1/2022                    
_____
**DATE**                    VICTOR MARRERO, U.S.D.J.