

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 12, 2022

**BY ECF**
Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case. We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act. The deadline is currently August 15, 2022. (ECF No. 146). The parties have conferred several times and made substantial progress in their discussions since the last adjournment of this deadline, and seek a further extension until September 23, 2022, to allow them additional time to negotiate and hopefully resolve the issue of fees. The parties will alert the Court if the parties believe that the Court's assistance may be helpful.

    The parties thank the Court for its consideration of this joint request.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendants*

By:   /s/ Rebecca S. Tinio
    REBECCA S. TINIO
    CHARLES S. JACOB
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2774/2725
    E-mail: rebecca.tinio@usdoj.gov
           charles.jacob@usdoj.gov