U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022

August 12, 2022

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case. We write jointly on behalf of all parties respectfully to request a further adjournment of the deadline for Plaintiffs to file an application, if they choose to do so, for fees under the Equal Access to Justice Act. The deadline is currently August 15, 2022. (ECF No. 146). The parties have conferred several times and made substantial progress in their discussions since the last adjournment of this deadline, and seek a further extension until September 23, 2022, to allow them additional time to negotiate and hopefully resolve the issue of fees. The parties will alert the Court if the parties believe that the Court's assistance may be helpful.

    The parties thank the Court for its consideration of this joint request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

/s/ Rebecca S. Tinio_____
REBECCA S. TINIO
CHARLES S. JACOB
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2774/2725
E-mail: rebecca.tinio@usdoj.gov
        charles.jacob@usdoj.gov

---

Request **GRANTED.**
The deadline is extended until September 23, 2022.

**SO ORDERED.**

8/15/2022
DATE

/s/ Victor Marrero, U.S.D.J.