

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

September 21, 2022

**BY ECF**
Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

This Office represents the defendants in the above-referenced case. We write respectfully on behalf of all parties in accordance with the Court's order to provide a further status report regarding the parties' EAJA fees negotiations. ECF No. 148. The parties are happy to report that they have reached an agreement-in-principle on a consensual resolution of this issue. In light of this development, the parties jointly request the Court's leave to submit a proposed stipulation regarding EAJA fees no later than October 28, 2022.

The parties thank the Court for its consideration of this joint request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:   /s/ Rebecca S. Tinio_____
REBECCA S. TINIO
CHARLES S. JACOB
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2774/2725
E-mail: rebecca.tinio@usdoj.gov
              charles.jacob@usdoj.gov