

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022

September 21, 2022

**BY ECF**

Hon. Victor Marrero, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Jones* et al. *v. United States Postal Service* et al., No. 20 Civ. 6516 (VM)

Dear Judge Marrero:

    This Office represents the defendants in the above-referenced case. We write respectfully on behalf of all parties in accordance with the Court's order to provide a further status report regarding the parties' EAJA fees negotiations. ECF No. 148. The parties are happy to report that they have reached an agreement-in-principle on a consensual resolution of this issue. In light of this development, the parties jointly request the Court's leave to submit a proposed stipulation regarding EAJA fees no later than October 28, 2022.

    The parties thank the Court for its consideration of this joint request.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendants*

By:    /s/ Rebecca S. Tinio
    REBECCA S. TINIO
    CHARLES S. JACOB
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2774/2725
    E-mail: rebecca.tinio@usdoj.gov
            charles.jacob@usdoj.gov



Request GRANTED.

The parties' request to file a proposed stipulation regarding EAJA fees by October 28, 2022 is hereby GRANTED.

SO ORDERED.

9/22/2022
DATE — VICTOR MARRERO, U.S.D.J.